<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number <em>(if known)</em></td><td>Chapter  <strong>11</strong></td></tr>
</table>

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Adams Resources Exploration Corporation** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **74-1599131** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**17 S. Briar Hollow Lane**<br>**Suite 100**<br>**Houston, TX 77027**<br>Number, Street, City, State & ZIP Code<br><br>**Harris**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 844**<br>**Houston, TX 77001**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Nacogdoches, TX; Reagan, TX;**<br>**Irion, TX; Burleson, TX; Lee, TX;**<br>**Crockett, TX; Fort Bend, TX**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | http://www.adamsexploration.com/ | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   **Adams Resources Exploration Corporation**                Case number *(if known)* _____
       Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2111**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number, if known _____ |

---

| Debtor | Adams Resources Exploration Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
_____ Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Adams Resources Exploration Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/21/2017
          MM / DD / YYYY

X _____          John Riney
  Signature of authorized representative of debtor          Printed name

Title  President

**18. Signature of attorney**

X _____          Date  4/21/2007
  Signature of attorney for debtor                MM / DD / YYYY

William D. Sullivan
Printed name

Sullivan Hazeltine Allinson LLC
Firm name

901 N. Market Street, Wilmington, DE  19801
Number, Street, City, State & ZIP Code

Contact phone  (302) 428-8191    Email address  bsullivan@sha-llc.com

2820 - Delaware
Bar number and State

## ADAMS RESOURCES EXPLORATION CORPORATION

April 21, 2017

I, David B. Hurst, Secretary of Adams Resources Exploration Corporation, a Delaware corporation ("AREC"), do hereby certify the following:

1. I am the duly appointed Secretary of AREC.

2. Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by AREC's board of directors acting pursuant to AREC's bylaws.

3. The resolutions attached as Exhibit A are not inconsistent with AREC's bylaws.

4. The resolutions attached as Exhibit A have not been amended, modified, repealed, or rescinded since they were adopted, and they remain in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of April 21, 2017:

Name: David B. Hurst
Title: Secretary

1

EXHIBIT A

### RESOLUTION OF BOARD OF DIRECTORS OF ADAMS RESOURCES EXPLORATION CORPORATION

April 20, 2017

WHEREAS, Adams Resources Exploration Corporation (the "Company") has evaluated the Company's assets, liabilities and operating performance;

WHEREAS, various parties have asserted claims and demands against the Company including without limitation by filing lawsuits and legal actions against the Company;

WHEREAS, if the Company's creditors continue to further exercise their rights and remedies, the Company's ability to continue operating could be compromised, with a risk of substantial loss of value for the Company and all of its stakeholders;

WHEREAS, the Company's Board of Directors (the "Board") has determined that it is in the best interest of the Company to file for Chapter 11 bankruptcy protection in order to preserve its assets and value;

NOW, THEREFORE, BE IT

RESOLVED that the Board has determined that it is advisable and in the best interests of the Company that the Company file a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as debtor-in-possession will be sought; and the filing of such petition be, and it hereby is, authorized in all respects.

RESOLVED that John Riney, be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company in connection with the Chapter 11 proceedings authorized herein.

RESOLVED that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 11 of the Bankruptcy Code (commencing the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (or another bankruptcy court of proper venue) at such time as the Authorized Signatory executing the same shall determine.

RESOLVED, that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Chapter 11 Case.

RESOLVED, that an Authorized Signatory be, and is hereby authorized, empowered and directed for, on behalf of, and in the name of, the Company to retain and employ attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other

3

professionals to assist in the Chapter 11 Case of the Company on such terms as are deemed necessary, proper, or desirable.

RESOLVED, that in connection with the commencement of the Chapter 11 Case by the Company the Authorized Signatory, be, and is hereby authorized, empowered, and directed for, and on behalf of, and in the name of, the Company to negotiate, execute, and deliver a cash collateral agreement and/or debtor-in-possession loan facility (including, in connection therewith, such notes, security agreements, mortgages and other agreements or instruments or amendments or modifications thereto as the Authorized Signatory considers appropriate) on the terms and conditions as the Authorized Signatory executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and with such security instruments containing such terms and conditions including, without limitation, a confession of judgment, waivers of appraisal and notice, consent to executory process and a pact de non-aliendo.

RESOLVED, that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

RESOLVED that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

RESOLVED that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

RESOLVED that the Authorized Signatory be and is hereby authorized, empowered and directed for, and on behalf of, and in the name of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing Resolutions.

RESOLVED, that any and all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company within the terms of the

4

foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company.

RESOLVED, that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

# United States Bankruptcy Court
### District of Delaware

In re __Adams Resources Exploration Corporation__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Adams Resources Exploration Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Adams Resources & Energy, Inc.

☐ None [*Check if applicable*]

4/21/2017

Date

/s/ William D. Sullivan

Signature of Attorney or Litigant
Counsel for __Adams Resources Exploration Corporation__

# United States Bankruptcy Court
## District of Delaware

In re   **Adams Resources Exploration Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adams Resources & Energy, Inc.**<br>17 S. Briar Hollow Lane, Suite 100<br>Houston, TX  77027 | | 10,000 | Common (100%) |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    4/21/17

Signature _____

John Riney

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Adams Resources Exploration Corporation |
| United States Bankruptcy Court for the: _____ District of Delaware | |
| | (State) |
| Case number (if known): 17- ( ) _____ | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SEM Operating Company, LLC 909 ESE Loop 323, Suite 777 Tyler, TX 75701 | Kristi Gordon 903-526-5800 kgordon@sequiturenergy.com | | | | | $466,451.97 |
| 2 | FDL Operating, LLC 909 Lake Carolyn Parkway Suite 500 Irving, TX 75039 | Sarah Meux 469-543-7464 smeux@fdlenergy.com | | | | | $10,834.06 |
| 3 | Enervest Operating, L.L.C Dept. 962 P.O. Box 4346 Houston, TX 77210-4346 | Ross Miller 713-659-3500 ramiller@enervest.net | | | | | $3,566.94 |
| 4 | VSO Petroleum Consultants, Inc. 550 Club Drive, Suite 100 Montgomery, TX 77316 | Townes Pressler 713-904-1221 | | | | | $1,398.50 |
| 5 | Lafayette County Tax Assessor #6 Courthouse Square Lewisville, AR 71845 | Gayla Teague 870-921-4255 | | | | | $807.55 |
| 6 | Permian Resources, LLC P.O. Box 205811 Dallas, TX 75320 | Danielle Elliott 405-608-5644 danielle.elliott@permianresources.com | | | | | $540.17 |
| 7 | Sheridan Production Company P.O. Box 203497 Dallas, TX 75320 | Bola Balogun 713-548-1006 jointinterest@sheridanproduction.com | | | | | $311.18 |
| 8 | Enlink LIG LLC c/o NeunerPate One Petroleum Center P.O. Drawer 52828 1001 W. Pinhook Road, Suite 200 Lafayette, LA 70503 | Frank X. Neuner, Jr., Esq. 337-237-7000 fneuner@neunerpate.com | | Disputed and Unliquidated | | | |

Debtor  Adams Resources Exploration Corporation
              Name

Case number (if known)  17- ( )

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Enlink Processing Services, LLC c/o NeunerPate One Petroleum Center P.O. Drawer 52828 1001 W. Pinhook Road, Suite 200 Lafayette, LA 70503 | Frank X. Neuner, Jr., Esq. 337-237-7000 fneuner@neunerpate.com | | Disputed and Unliquidated | | | |
| 10 | Enlink Midstream Operating, LP c/o NeunerPate One Petroleum Center P.O. Drawer 52828 1001 W. Pinhook Road, Suite 200 Lafayette, LA 70503 | Frank X. Neuner, Jr., Esq. 337-237-7000 fneuner@neunerpate.com | | Disputed and Unliquidated | | | |
| 11 | Crosstex Energy Services, LP c/o NeunerPate One Petroleum Center P.O. Drawer 52828 1001 W. Pinhook Road, Suite 200 Lafayette, LA 70503 | Ben L. Mayeaux, Esq. 337-237-7000 bmayeaux@neunerpate.com | | Disputed and Unliquidated | | | |
| 12 | Crosstex LIG, LLC c/o NeunerPate One Petroleum Center P.O. Drawer 52828 1001 W. Pinhook Road, Suite 200 Lafayette, LA 70503 | Ben L. Mayeaux, Esq. 337-237-7000 bmayeaux@neunerpate.com | | Disputed and Unliquidated | | | |
| 13 | Crosstex Processing Services, LLC c/o NeunerPate One Petroleum Center P.O. Drawer 52828 1001 W. Pinhook Road, Suite 200 Lafayette, LA 70503 | Ben L. Mayeaux, Esq. 337-237-7000 bmayeaux@neunerpate.com | | Disputed and Unliquidated | | | |
| 14 | Occidental Chemical Corporation c/o CURRY & FRIEND, PLC 228 St. Charles Avenue, Suite 1200 New Orleans, LA 70130 | Christoffer C. Friend, Esq. (504) 524-8556 christofferfriend@curryandfriend.com | | Disputed and Unliquidated | | | |
| 15 | Texas Brine Company, LLC c/o Sher Garner Cahill Richter Klein & Hilbert, L.L.C. 909 Poydras Street, Suite2800 New Orleans, Louisiana 70112 | Christopher Chocheles , Esq. 504-299-2100 cchocheles@shergarner.com | | Disputed and Unliquidated | | | |
| 16 | Le Petite Chateau de Luxe and Phillip L. Desourmeaux c/o Talbot, Carmouche & Marcello 17405 Perkins Road Baton Rouge, LA 70810 | Leah Cotten Poole, Esq. lpoole@tcmlawfirm.net | | Disputed and Unliquidated | | | |
| 17 | Acadian Gas Pipeline System c/o Jones Walker Four United Plaza Blvd. 8555 United Plaza Blvd. Baton Rouge, LA 70809 | James Conner Percy, Esq. 225-248-2130 jpercy@joneswalker.com | | Disputed and Unliquidated | | | |
| 18 | K/S/D Promix, L.L.C. c/o Jones Walker Four United Plaza Blvd. 8555 United Plaza Blvd. Baton Rouge, LA 70809 | James Conner Percy, Esq. 225-248-2130 jpercy@joneswalker.com | | Disputed and Unliquidated | | | |
| 19 | Pontchartrain Natural Gas System c/o Jones Walker Four United Plaza Blvd. 8555 United Plaza Blvd. Baton Rouge, LA 70809 | James Conner Percy, Esq. 225-248-2130 jpercy@joneswalker.com | | Disputed and Unliquidated | | | |
| 20 | Florida Gas Transmission Company, LLC Plauche, Maselli, Parkerson, L.L.P. 701 Poydras Street, Suite 3800 New Orleans, LA 70139 | James K. Ordeneaux, Esq. (504) 582-1142 | | Disputed and Unliquidated | | | |

| Fill in this information to identify the case: |
| --- |

**Debtor name**   Adams Resources Exploration Corporation

United States Bankruptcy Court for the:   *DISTRICT OF DELAWARE*

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/21/17       X _____
Signature of individual signing on behalf of debtor

John Riney
Printed name

President
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy