**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| Debtor. | ) ) | |

**NOTICE OF HEARING AGENDA FOR FIRST DAY MOTIONS SCHEDULED FOR APRIL 25 AT 1:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**VOLUNTARY PETITIONS**

1. Adams Resources Exploration Corporation (Case No. 17-10866) (Docket No. 1; Filed April 21, 2017).

**FIRST DAY DELCARATION**

2. Declaration of John Rines in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 8; Filed April 21, 2017).

   Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

**FIRST-DAY MOTIONS AND APPLICATIONS GOING FORWARD**

3. Debtor's Motion for Entry an Order (I) Authorizing Payment of Wages and Employee Benefits; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Claims Under the Workers' Compensation Programs; and (III) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations (Docket No. 3; Filed April 21, 2017).

4. Motion for Entry of an Order (I) Authorizing the Debtor to Continue Prepetition Insurance Policies and Practices; (II) Continuing Bond Coverage, and (III) Directing Banks to Honor All Payments Related Thereto (Docket No. 4; Filed April 21, 2017).

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System and Procedures; (II) Authorizing the Continuation of

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

Intercompany Transactions and Granting Post-Petition Intercompany Claims Administrative Expense Status; (III) Authorizing Maintenance of Existing Bank Accounts; and (IV) Waiving the Requirements of 11 U.S.C. § 345(B) (Docket No. 5; Filed April 21, 2017).

6. Motion for Entry of an Order (I) Authorizing the Debtor to Pay Royalty and Working Interest Obligations, Lease Operating Expenses, JIBs, and Potential Holders of Statutory Liens and (II) Granting Related Relief (Docket No. 6; Filed April 21, 2017).

7. Debtor's Motion for Interim and Final Orders (I) Authorizing and Approving Emergency Post-Petition Financing; (II) Granting Liens; and (III) Providing Superpriority Administrative Expense Status (Docket No. 7; Filed April 21, 2017).

Date: April 24, 2017
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email:  bsullivan@sha-llc.com
whazeltine@sha-llc.com
zallinson@sha-llc.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*