**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

Chapter 11

Adams Resources Exploration Corporation,
    Debtor

Case No. 17-10866 (KG)

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(    )    Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(    )    No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x )    Insufficient response to the United States Trustee communication/contact for service on the committee.

(    )    No unsecured creditor interest

(    )    Non-operating debtor-in-possession - - No creditor interest.

(    )    Application to convert to Chapter 7 or to dismiss pending.

(    )    Converted or dismissed.

(    )    Other:

                         ANDREW R. VARA
                         **ACTING UNITED STATES TRUSTEE**

                         /s/ *Juliet Sarkessian for*
                         T. PATRICK TINKER
                         Assistant United States Trustee

DATED: May 16, 2017
Trial Attorney Assigned to Case: Juliet Sarkessian, Esq.
cc: Attorneys for Debtors: William Hazeltine, Esq.