**Fill in this information to identify the case:**

Debtor name: Adams Resources Exploration Corporation

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 17-10866 (KG)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 199,600.86

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $ 6,680,909.62

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................................ $ 6,880,510.48

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 870.55

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. + $ 483,691.54

4. **Total liabilities**...........................................................................................................................................
Lines 2 + 3a + 3b                                                                                                                                    $ 484,499.09