## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION | ) | Case No. 17-10866 (KG) |
| CORPORATION,[1] | ) | |
| | ) | |
| Debtor. | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 24, 2017, AT 11:00 A.M.[3]

## I.    MATTERS WITH CERTIFICATIONS OF COUNSEL

1.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System and Procedures; (II) Authorizing the Continuation of Intercompany Transactions and Granting Post-Petition Intercompany Claims Administrative Expense Status; (III) Authorizing Maintenance of Existing Bank Accounts; and (IV) Waiving the Requirements of 11 U.S.C. § 345(B) (Docket No. 5; Filed April 21, 2017).

**Related Documents:**

(a)    Interim Order (I) Authorizing Continued Use of Cash Management System and Procedures; (II) Authorizing the Continuation of Intercompany Transactions and Granting Post-Petition Intercompany Claims Administrative Expense Status; and (III) Authorizing Maintenance of Existing Bank Accounts (Docket No. 15; Entered April 25, 2017).

(b)    Notice of Entry of Interim Order (I) Authorizing Continued Use of Cash Management System and Procedures; (II) Authorizing the Continuation of Intercompany Transactions and Granting Post-Petition Intercompany Claims Administrative Expense Status; and (III) Authorizing Maintenance of Existing Bank Accounts (Docket No. 23; Filed April 27, 2017).

(c)    Certification of Counsel (Docket No. 48; Filed May 19, 2017).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131).  The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

[2] Amended items appear in **boldface** type.

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

**(d)      Final Order on Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System and Procedures; (II) Authorizing the Continuation of Intercompany Transactions and Granting Post-Petition Intercompany Claims Administrative Expense Status; (III) Authorizing Maintenance of Existing Bank Accounts; and (IV) Waiving the Requirements of 11 U.S.C. § 345(B) (Docket No. 58; Entered May 23, 2017).**

**Objection Deadline:** May 17, 2017 at 4:00 p.m.

**Objections/Responses:** Informal comments from Wells Fargo Bank, N.A.

**Status:  An order has been entered.  No hearing is necessary.**

2.      Motion for Entry of an Order (I) Authorizing the Debtor to Pay Royalty and Working Interest Obligations, Lease Operating Expenses, JIBs, and Potential Holders of Statutory Liens and (II) Granting Related Relief (Docket No. 6; Filed April 21, 2017).

**Related Documents:**

(a)      Interim Order (I) Authorizing the Debtor to Pay Royalty and Working Interest Obligations, Lease Operating Expenses, JIBs, and Potential Holders of Statutory Liens and (II) Granting Related Relief (Docket No. 14; Entered April 25, 2017).

(b)      Notice of Entry of Interim Order (I) Authorizing the Debtor to Pay Royalty and Working Interest Obligations, Lease Operating Expenses, JIBs, and Potential Holders of Statutory Liens and (II) Granting Related Relief (Docket No. 22; Filed April 27, 2017).

(c)      Certification of Counsel (Docket No.49; Filed May 19, 2017).

**(d)      Final Order (I) Authorizing the Debtor to Pay Royalty and Working Interest Obligations, Lease Operating Expenses, JIBs, and Potential Holders of Statutory Liens and (II) Granting Related Relief (Docket No. 61; Entered May 23, 2017).**

**Objection Deadline:** May 17, 2017 at 4:00 p.m.

**Objections/Responses:** Informal Comments from the Office of the United States Trustee.

**Status:  An order has been entered.  No hearing is necessary.**

3.      Application Pursuant to Sections 327(A) and 1107 of the Bankruptcy Code, Fed. R. Bankr. P. 2014(A) and Del. Bankr. L. R. 2014-1 for an Order Authorizing the Employment and Retention of Sullivan Hazeltine Allinson LLC as Counsel for the Debtor and Debtor-In-Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 29; filed May 3, 2017).

**Related Documents:**

(a)     Certification of Counsel (Docket No.44; Filed May 18, 2017).

(b)     **Order Pursuant to Sections 327(A) and 1107 of the Bankruptcy Code, Authorizing the Employment and Retention of Sullivan Hazeltine Allinson LLC as Counsel for the Debtor and Debtor-In-Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 62; Entered May 23, 2017).**

**Objection Deadline:**  May 17, 2017 at 4:00 p.m.

**Objections/Responses:**  Informal comments from the Office of the United States Trustee.

**Status:  An order has been entered.  No hearing is necessary.**

4.     Motion of the Debtor for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 30; filed May 3, 2017).

**Related Documents:**

(a)     Certification of Counsel (Docket No.45; Filed May 18, 2017).

(b)     **Order Granting Motion of the Debtor for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 63; Entered May 23, 2017).**

**Objection Deadline:  May 17, 2017 at 4:00 p.m.**

**Objections/Responses:**  Informal comments from the Office of the United States Trustee.

**Status:  An order has been entered.  No hearing is necessary.**

5.     Motion for Entry of an Order Authoring Retention and Payment of Professionals Utilized by Debtors in the Ordinary Course of Business (Docket No. 31; filed May 3, 2017).

**Related Documents:**

(a)     Certification of Counsel (Docket No.46; Filed May 18, 2017).

(b)     **Order Authorizing Retention and Payment of Professionals Utilized by Debtor in the Ordinary Course of Business (Docket No. 59; Entered May 23, 2017).**

**Objection Deadline:**  May 17, 2017 at 4:00 p.m.

**Objections/Responses:**  Informal comments from the Office of the United States Trustee.

**Status:  An order has been entered.  No hearing is necessary.**

6.      Application of the Debtor, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014–1 and 2016–2(h), for Authorization to Employ and Retain Oil & Gas Assets Clearinghouse, LLC as Broker for the Debtor *Nunc Pro Tunc to May 3, 2017* (Docket No. 32; filed May 3, 2017).

**Related Documents:**

(a)      Certification of Counsel (Docket No.47; Filed May 19, 2017).

(b)      **Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014–1 and 2016–2(h), Authorizing the Employment and Retention of Oil & Gas Assets Clearinghouse, LLC as Broker for the Debtor *Nunc Pro Tunc to May 3, 2017* (Docket No. 60; Entered May 23, 2017),**

**Objection Deadline:**  May 17, 2017 at 4:00 p.m.

**Objections/Responses:** Informal comments from the Office of the United States Trustee.

**Status:  An order has been entered.  No hearing is necessary**.

## II.    <u>MATTERS GOING FORWARD</u>

7.      Debtor's Motion for Interim and Final Orders (I) Authorizing and Approving Emergency Post-Petition Financing; (II) Granting Liens; and (III) Providing Superpriority Administrative Expense Status (Docket No. 7; Filed April 21, 2017).

**Related Documents:**

(a)      Interim Order (I) Authorizing and Approving Emergency Post-Petition Financing; (II) Granting Liens; and (III) Providing Superpriority Administrative Expense Status (Docket No. 13; Entered April 25, 2017).

(b)      Notice of Entry of Interim Order (I) Authorizing and Approving Emergency Post-Petition Financing; (II) Granting Liens; and (III) Providing Superpriority Administrative Expense Status (Docket No. 20; Filed April 27, 2017).

(c)      Notice of Entry of Filing Schedules to Debtor in Possession Credit and Security Agreement (Docket No. 42; Filed May 11, 2017).

    **(d)**     **Notice of Filing of Proposed Final Order (I) Authorizing Debtor in Possession to Obtain Postpetition Financing; and (II) Granting Liens, Security Interests and Superpriority Claims (Docket No. 66; Filed May 23, 2017).**

    **Objection Deadline:** May 17, 2017 at 4:00 p.m. The Objection Deadline has been extended to May 24, 2017 for the Office of the United States Trustee.

    **Objections/Responses:** Informal comments from Sequitur Energy Resources LLC and the Office of the United States Trustee.

    **Status:** This matter is going forward. **The Debtor expects to submit a consensual order at the hearing.**

    8.     Debtor's Motion for Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts (Docket No. 36; filed May 4, 2017).

    **Related Documents:**

    **(a)**     **Notice of Filing of (i) Revised Proposed Sale Procedures Order, (II) Revised Proposed Sale Procedures, and (III) Revised Sale and Cure Notices (Docket No. 67; Filed May 23, 2017).**

    **Objection Deadline:** May 17, 2017 at 4:00 p.m. The Objection Deadline has been extended to May 24, 2017 for the Office of the United States Trustee

    **Objections/Responses:** Informal comments from the Office of the United States Trustee.

**Status: This matter is going forward as a contested matter.**

    9.     Motion of the Debtor for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim and (B) Approving Form, Manner, and Sufficiency of Notice Thereof (Docket No. 38; filed May 4, 2017).

    **Related Documents:**

    **(a)**     **Certification of Counsel (Docket No. 65; Filed May 23, 2017).**

    **Objection Deadline:** May 17, 2017 at 4:00 p.m.

    **Objections/Responses:** Informal comments from the Office of the United States Trustee.

    **Status: A certification of counsel has been filed. No hearing is necessary unless the Court has any questions.**

10. Application of the Debtor for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to April 21, 2017 (Docket No. 39; filed May 4, 2017).

**Related Documents:**

**(a)** **First Supplemental Declaration of Edward T. Gavin, CTP in Support of Application of the Debtor for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to April 21, 2017 (Docket No. 57; Filed May 23, 2017).**

**(b)** **Certification of Counsel (Docket No. 64; Filed May 23, 2017).**

**Objection Deadline:**  May 17, 2017 at 4:00 p.m.  The Objection Deadline has been extended to May 22, 2017 for the Office of the United States Trustee

**Objections/Responses:**

(a) United States Trustee's Objection to Application of the Debtor for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to April 21, 2017 (Docket No. 50; filed May 22, 2017).

**Status:  The objection of the United States Trustee has been resolved.  A certification of counsel has been filed.  No hearing is necessary unless the Court has any questions.**

Date:  **May 23, 2017**              **SULLIVAN · HAZELTINE · ALLINSON LLC**
       Wilmington, DE

                                     */s/ William A. Hazeltine*
                                     William D. Sullivan (No. 2820)
                                     William A. Hazeltine (No. 3294)
                                     901 North Market Street, Suite 1300
                                     Wilmington, DE 19801
                                     Tel: (302) 428-8191
                                     Fax: (302) 428-8195
                                     Email:  bsullivan@sha-llc.com
                                             whazeltine@sha-llc.com

                                     *Attorneys for the Debtor and Debtor-in-Possession*