# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | ADAMS RESOURCES EXPLORATION CORPORATION | |
| **Case Number:** | 17-10866-KG | **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 24, 2017 11:00 AM   CRT#3, 6TH FL. | |
| **Bankruptcy Judge:** | KEVIN GROSS | |
| **Courtroom Clerk:** | GINGER MACE | |
| **Reporter / ECR:** | GINGER MACE | |

## *Matter:*

2nd day motions

**R / M #:**   51 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - #6 -  Certification of Counsel filed -  ORDER SIGNED

#7 - ORDER SIGNED

#8 - ORDER SIGNED

#9 - ORDER SIGNED

#10 - ORDER SIGNED

5/24/2017    12:12:44PM