**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORATION,[1] | ) ) | Case No. 17-10866 (KG) |
| | ) | **Related Docket No. 82** |
| Debtor. | ) | |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED)**
**REGARDING FIRST MONTHLY APPLICATION OF**
**SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION**
**FOR THE PERIOD FROM APRIL 21, 2017 THROUGH APRIL 30, 2017**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Monthly Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor and Debtor-in-Possession for the Period from April 21, 2017 through April 30, 2017* (the "Application") [D.I. 82].  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 16, 2017 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 63], the Debtors are authorized to pay Sullivan Hazeltine Allinson LLC $17,952.00, which represents 80% of the fees, and $4,429.98, which represents 100% of the expenses requested in the Application upon filing of this Certification and without the need for entry of Court order approving the application.

Date:  June 19, 2017
       Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for the Debtor and Debtor-in-Possession*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131).  The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on June 19, 2017, I caused one copy of the foregoing to be served upon the parties listed below via First Class, U.S. Mail.

Adams Resources Exploration Corporation
c/o John Riney
17 S. Briar Hollow Lane, Suite 100
Houston, TX 77027

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
844 North King Street
Room 2207, Lockbox 35
Wilmington, DE 19801

Ricardo Palacio, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE, 19899

*June 19, 2017*
Date

*/s/ William A. Hazeltine*
William A. Hazeltine