## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION | ) | Case No. 17-10866 (KG) |
| CORPORPORATION,[1] | ) | |
| | ) | **Related Docket No. 71** |
| Debtor. | ) | |

### NOTICE OF PREVAILING BIDDERS AND CONTINUATION OF AUCTION

**PLEASE TAKE NOTICE THAT**, on May 4, 2017, Adams Resources Exploration Corporation, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed *Debtor's Motion for Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* [Docket No. 36] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on May 24, 2017, the Court entered the *Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* (the "Sale Procedures Order") [Docket No. 71], which, among other things, approved certain sale procedures attached thereto as Exhibit 1 (the "Sale Procedures).

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Sale Procedures Order and the *Notice of Change of Auction Location* [Docket No. 133], the Auction for the Debtor's Oil and Gas Assets (as defined in the Motion) took place on July 19, 2017 at the offices of Locke Lord LLP, JPMorgan Chase Tower, 600 Travis, Suite 2800, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE THAT**, at the Auction, the Debtor determined that Sequitur Permian, LLC ("Sequitur") is the Prevailing Bidder for the Debtor's Oil and Gas Assets (as defined in the Motion) located within the boundaries of Crocket and Irion Counties, Texas that are operated by SEM Operating Company LLC or its affiliates, as more fully described on **Exhibit A** attached hereto, for a purchase price of $2,560,950. No executory contracts or unexpired leases are being assumed and assigned to Sequitur.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion and/or the Sale Procedures.

**PLEASE TAKE FURTHER NOTICE THAT** Bendel Ventures LP 1 ("Bendel") is the Prevailing Bidder for the Debtor's Oil and Gas Assets identified on **Exhibit B** attached hereto for a purchase price of $1,705,000. In connection with the sale of these Oil and Gas Assets to Bendel, the Debtor will ask the Court to approve the assumption and assignment of the executory contracts and unexpired leases identified on **Exhibit C** attached hereto to Bendel.

**PLEASE TAKE FURTHER NOTICE THAT** the Bid Deadline (as defined in the Sale Procedures) is extended through 5:00 p.m. EDT on July 21, 2017 with respect to the Debtor's Oil and Gas Assets identified on **Exhibit D** attached hereto (the "Remaining Assets"). Any bid submitted on the remaining assets must comply with the Sale Procedures

**PLEASE TAKE FURTHER NOTICE THAT**, if more than one Qualifying Bid is submitted for the Remaining Assets, the Debtor shall conduct a telephonic auction (the "Continued Auction") with respect to the Remaining Assets to be scheduled during the week of July 24, 2017.

**PLEASE TAKE FURTHER NOTICE THAT** only parties and their advisors that have been advised that they have submitted Qualifying Bids and the DIP Lender and its advisors will be permitted to participate in and/or make any statements on the record at the Continued Auction provided, however, that any creditor of the Debtor may attend the Continued Auction. Any party that wants to attend the Continued Auction should contact undersigned counsel for the Debtor to receive the date and time of the Continued Auction and the conference call instructions

Date: July 20, 2017
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

*Attorneys for Debtor and Debtor in Possession*

## EXHIBIT A

**Successful Bid – Sequitur Permian LLC**

## ADAMS RESOURCES EXPLORATION CORP
**Sequitur Permian, LLC Purchased Wells**

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| SEM Operating | 4335007 | Noelke A #1H | Irion, TX | Permian |
| SEM Operating | 4335008 | Faudree #1H | Irion, TX | Permian |
| SEM Operating | 4335009 | Faudree #2H | Irion, TX | Permian |
| SEM Operating | 4337301 | University 40 #1301H | Irion, TX | Permian |
| SEM Operating | 4341501 | University 40 #1402H | Irion, TX | Permian |
| SEM Operating | 4341502 | University 40 #1404H | Irion, TX | Permian |
| SEM Operating | 4341503 | University 40 #1405H | Irion, TX | Permian |
| SEM Operating | 4341504 | University 40 #1302 | Irion, TX | Permian |
| SEM Operating | 4341505 | University 40 #1501H | Crockett, TX | Permian |
| SEM Operating | 4341506 | University 40 #1502H | Crockett, TX | Permian |
| SEM Operating | 4341507 | Munson #2701H | Irion, TX | Permian |
| SEM Operating | 4341508 | Linthicum I #5H | Irion, TX | Permian |
| SEM Operating | 4341509 | University 43 #1001H | Irion, TX | Permian |
| SEM Operating | 4341510 | University 40 #1503H | Irion, TX | Permian |
| SEM Operating | 4341511 | University 40 #1504H | Irion, TX | Permian |
| SEM Operating | 4341512 | University 38 #0701H | Irion, TX | Permian |
| SEM Operating | 4341513 | University 40A #0401H | Irion, TX | Permian |
| SEM Operating | 4341514 | University 40 #1308H | Irion, TX | Permian |
| SEM Operating | 4341515 | University 40 #1309H | Irion, TX | Permian |
| SEM Operating | 4341516 | University 43 #0901H | Irion, TX | Permian |
| SEM Operating | 4341518 | University 40 #1305H | Irion, TX | Permian |
| SEM Operating | 4341519 | University 40 #1306H | Irion, TX | Permian |
| SEM Operating | 4341520 | University 40 #1307H | Irion, TX | Permian |
| SEM Operating | 4341521 | Linthicum I #4H | Irion, TX | Permian |
| SEM Operating | 4341522 | University 43 #0902H | Irion, TX | Permian |
| SEM Operating | 4341523 | University 40 #2102H | Crockett, TX | Permian |
| SEM Operating | 4341525 | Mayer #5002H | Irion, TX | Permian |
| SEM Operating | 4341526 | University 40 #1401H RE | Irion, TX | Permian |
| SEM Operating | 4341527 | University 40 #1304H | Irion, TX | Permian |
| SEM Operating | 4341528 | University 40 #1403H | Irion, TX | Permian |
| SEM Operating | 4341529 | University 38 #0601H | Irion, TX | Permian |
| SEM Operating | 4341530 | University 40A #0402H | Irion, TX | Permian |
| SEM Operating | 4341531 | University 40A #0403H | Irion, TX | Permian |
| SEM Operating | 4341532 | Linthicum M #1H | Irion, TX | Permian |
| SEM Operating | 4341533 | University 40#1505H | Irion, TX | Permian |
| SEM Operating | 4341534 | University 40 #1303H | Irion, TX | Permian |
| SEM Operating | 4341535 | Faudree #4H | Irion, TX | Permian |
| SEM Operating | 4341536 | Mayer #5001H | Irion, TX | Permian |
| SEM Operating | 4341538 | University 43A #0801H | Irion, TX | Permian |
| SEM Operating | 4341539 | University 43A #0802H | Irion, TX | Permian |
| SEM Operating | 4341540 | University 43A #0803H | Irion, TX | Permian |
| SEM Operating | 4341541 | University 43A #0804H | Irion, TX | Permian |
| SEM Operating | 4341542 | University 43A #0805H | Irion, TX | Permian |
| SEM Operating | 4341543 | University 43A #0806H | Irion, TX | Permian |
| SEM Operating | 4341544 | University 43A #0807H | Irion, TX | Permian |
| SEM Operating | 4341545 | Linthicum M #2H | Irion, TX | Permian |
| SEM Operating | 4341546 | University 40 #1311H | Irion, TX | Permian |
| SEM Operating | 4341547 | University 40 #1310H | Irion, TX | Permian |
| SEM Operating | 4341548 | University 40 #1312H | Irion, TX | Permian |
| SEM Operating | 4341549 | University 40 #1313H | Irion, TX | Permian |
| SEM Operating | 4341550 | University 40 #1314H | Irion, TX | Permian |
| SEM Operating | 4341551 | Linthicum A #1H | Irion, TX | Permian |
| SEM Operating | 4341552 | Linthicum A #2H | Irion, TX | Permian |
| SEM Operating | 4341553 | Munson #1001H | Irion, TX | Permian |
| SEM Operating | 4341554 | Munson #1002H | Irion, TX | Permian |
| SEM Operating | 4341555 | Munson #1003H | Irion, TX | Permian |
| SEM Operating | 4341556 | Faudree #5H | Crockett, TX | Permian |
| SEM Operating | 4341557 | Faudree #6H | Crockett, TX | Permian |
| SEM Operating | 4341558 | Faudree #7H | Crockett, TX | Permian |
| SEM Operating | 4341559 | University 40 #2104H | Crockett, TX | Permian |

# ADAMS RESOURCES EXPLORATION CORP
## Sequitur Permian, LLC Purchased Wells

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| SEM Operating | 4341560 | University 40 #2106H | Crockett, TX | Permian |
| SEM Operating | 4341561 | Mayer #5003H | Irion, TX | Permian |
| SEM Operating | 4341562 | Mayer #5005H | Irion, TX | Permian |
| SEM Operating | 4341563 | Mayer #5007H | Irion, TX | Permian |
| SEM Operating | 4341564 | Mayer #5009H | Irion, TX | Permian |
| SEM Operating | 4341565 | Faudree #8H | Crockett, TX | Permian |
| SEM Operating | 4341566 | Linthicum M #3H | Irion, TX | Permian |
| SEM Operating | 4341567 | Linthicum M #4H | Irion, TX | Permian |
| SEM Operating | 4341568 | Linthicum M #5H | Irion, TX | Permian |
| SEM Operating | 4341569 | University 40B #1601H | Irion, TX | Permian |
| SEM Operating | 4341570 | University 40B #1602H | Irion, TX | Permian |
| SEM Operating | 4341571 | University 40B #1603H | Irion, TX | Permian |
| SEM Operating | 4341572 | Mayer SL #5013UH | Irion, TX | Permian |
| SEM Operating | 4341573 | Mayer SL #5013LH | Irion, TX | Permian |
| SEM Operating | 4341574 | University 43 #0903H | Irion, TX | Permian |
| SEM Operating | 4341575 | University 43 #0905H | Irion, TX | Permian |
| SEM Operating | 4341576 | University 43 #0907H | Irion, TX | Permian |
| SEM Operating | 4341577 | University 43 #0909H | Irion, TX | Permian |
| SEM Operating | 4341578 | University 43 #0911H | Irion, TX | Permian |
| SEM Operating | 4341579 | Munson #1004H | Irion, TX | Permian |
| SEM Operating | 4341580 | Linthicum I #1H | Irion, TX | Permian |
| SEM Operating | 4341581 | Linthicum I #2H | Irion, TX | Permian |
| SEM Operating | 4341582 | Linthicum I #3H | Irion, TX | Permian |
| SEM Operating | 4341583 | Linthicum I #6H | Irion, TX | Permian |
| SEM Operating | 4341584 | Linthicum I #7H | Irion, TX | Permian |
| SEM Operating | 4341585 | University 43 #1009H | Irion, TX | Permian |
| SEM Operating | 4341586 | University 43 #1011H | Irion, TX | Permian |
| SEM Operating | 4341587 | University 38 #0602H | Crockett, TX | Permian |
| SEM Operating | 4341588 | University 38 #0603H | Crockett, TX | Permian |
| SEM Operating | 4341589 | University 38 #0604H | Crockett, TX | Permian |
| SEM Operating | 4341590 | University 38 #0605H | Crockett, TX | Permian |
| SEM Operating | 4341591 | University 38 #0606H | Crockett, TX | Permian |
| SEM Operating | 4341592 | University 43 #0913H | Irion, TX | Permian |
| SEM Operating | 4341594 | University 40 #1407H | Irion, TX | Permian |
| SEM Operating | 4341595 | University 40 #1408H | Irion, TX | Permian |
| SEM Operating | 4341596 | University 40 #1409H | Irion, TX | Permian |
| SEM Operating | 4341597 | University 43 #1003H | Irion, TX | Permian |
| SEM Operating | 4341598 | University 43 #1005H | Irion, TX | Permian |
| SEM Operating | 4341599 | University 43 #1007H | Irion, TX | Permian |
| SEM Operating | 4345501 | Faudree #9H | Irion, TX | Permian |
| SEM Operating | 4345502 | Faudree #10H | Irion, TX | Permian |
| SEM Operating | 4345503 | Faudree #11H | Irion, TX | Permian |
| SEM Operating | 4345504 | Faudree #12H | Irion, TX | Permian |
| SEM Operating | 4345505 | Munson #1005H | Irion, TX | Permian |
| SEM Operating | 4345506 | Munson #1006H | Irion, TX | Permian |
| SEM Operating | 4345507 | Munson #1007H | Irion, TX | Permian |
| SEM Operating | 4345508 | University 40C #1701H | Irion, TX | Permian |
| SEM Operating | 4345509 | University 40C #1702H | Irion, TX | Permian |
| SEM Operating | 4345510 | University 40C #1703H | Irion, TX | Permian |
| SEM Operating | 4345512 | Linthicum M #6H | Irion, TX | Permian |
| SEM Operating | 4345513 | Linthicum M #7H | Irion, TX | Permian |
| SEM Operating | 4345514 | Linthicum M #8H | Irion, TX | Permian |
| SEM Operating | 4345515 | University 40D #0701H | Irion, TX | Permian |
| SEM Operating | 4345516 | University 40D #0702H | Irion, TX | Permian |
| SEM Operating | 4345517 | University 40D #0703H | Irion, TX | Permian |
| SEM Operating | 4345520 | University 40 #1412H | Irion, TX | Permian |
| SEM Operating | 4345521 | Mayer #4501 | Irion, TX | Permian |
| SEM Operating | 4345522 | Mayer #4503 | Irion, TX | Permian |
| SEM Operating | 4345523 | Mayer #5011H | Irion, TX | Permian |
| SEM Operating | 4345525 | University 43 #0906H | Irion, TX | Permian |

# ADAMS RESOURCES EXPLORATION CORP

**Sequitur Permian, LLC Purchased Wells**

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| SEM Operating | 4345527 | University 40C #1705H | Irion, TX | Permian |
| SEM Operating | 4345528 | University 40C #1706H | Irion, TX | Permian |
| SEM Operating | 4345529 | University 40C #1707H | Irion, TX | Permian |
| SEM Operating | 4345530 | University 38R #0701H | Crockett, TX | Permian |
| SEM Operating | 4345531 | University 38R #0702H | Crockett, TX | Permian |
| SEM Operating | 4345532 | University 38R #0703H | Crockett, TX | Permian |
| SEM Operating | 4345533 | University 38R #0704H | Crockett, TX | Permian |
| SEM Operating | 4345534 | Noelke A #701 | Irion, TX | Permian |
| SEM Operating | 4345535 | Noelke A #702 | Irion, TX | Permian |
| SEM Operating | 4345536 | Noelke A #703 | Irion, TX | Permian |
| SEM Operating | 4345537 | Mayer #5015H | Irion, TX | Permian |
| SEM Operating | 4345538 | Mayer #5017H | Irion, TX | Permian |
| SEM Operating | 4345539 | University 40 #1001H | Crockett, TX | Permian |
| SEM Operating | 4345540 | University 40 #1002H | Crockett, TX | Permian |
| SEM Operating | 4345541 | University 40 #1003H | Crockett, TX | Permian |
| SEM Operating | 4345543 | Faudree #13H | Irion, TX | Permian |
| SEM Operating | 4345544 | Faudree #14H | Irion, TX | Permian |
| SEM Operating | 4345545 | Faudree #15H | Irion, TX | Permian |
| SEM Operating | 4345546 | University 38D #1501H | Irion, TX | Permian |
| SEM Operating | 4345547 | University 38D #1502H | Irion, TX | Permian |
| SEM Operating | 4345548 | University 38D #1503H | Crockett, TX | Permian |
| SEM Operating | 4345549 | University 38D #1504H | Crockett, TX | Permian |
| SEM Operating | 4345550 | Munson A #1701H | Irion, TX | Permian |
| SEM Operating | 4345551 | Munson A #1702H | Irion, TX | Permian |
| SEM Operating | 4345552 | Munson A #1703H | Irion, TX | Permian |
| SEM Operating | 4345553 | Mayer #4505H | Irion, TX | Permian |
| SEM Operating | 4345554 | Mayer #4507H | Irion, TX | Permian |
| SEM Operating | 4345557 | University 38O #1501H | Irion, TX | Permian |
| SEM Operating | 4345558 | University 38O #1502H | Irion, TX | Permian |
| SEM Operating | 4345559 | Faudree # 16H | Irion, TX | Permian |
| SEM Operating | 4345560 | Faudree # 17H | Irion, TX | Permian |
| SEM Operating | 4345561 | University Lucy #0101H | Irion, TX | Permian |
| SEM Operating | 4345562 | Munson B #1801H | Irion, TX | Permian |
| SEM Operating | 4345563 | Munson B #1802H | Irion, TX | Permian |
| SEM Operating | 4345564 | Mayer #4513H | Irion, TX | Permian |
| SEM Operating | 4345565 | Mayer #4515H | Irion, TX | Permian |
| SEM Operating | 4345566 | Mayer #4517H | Irion, TX | Permian |
| SEM Operating | 4345567 | Munson B #1704H | Irion, TX | Permian |
| SEM Operating | 4345568 | Munson B #1705H | Irion, TX | Permian |
| SEM Operating | 4345569 | University 38OR #1401H | Irion, TX | Permian |
| SEM Operating | 4345570 | University 38OR #1402H | Irion, TX | Permian |
| SEM Operating | 4345571 | Noelke A #0704H | Irion, TX | Permian |
| SEM Operating | 4345572 | Noelke A #0705H | Irion, TX | Permian |
| SEM Operating | 4345573 | University Lucy #0102H | Irion, TX | Permian |
| SEM Operating | 4345574 | University Lucy #0103H | Irion, TX | Permian |
| SEM Operating | 4345575 | Munson B #1706H | Irion, TX | Permian |
| SEM Operating | 4345580 | University Lucy #0104H | Irion, TX | Permian |
| SEM Operating | 4345581 | University Lucy #0105H | Irion, TX | Permian |
| SEM Operating | 4345582 | Noelke A #0706H | Irion, TX | Permian |
| SEM Operating | 4345583 | Noelke A #0707H | Irion, TX | Permian |
| SEM Operating | 4345585 | University 40 #2101WC | Crockett, TX | Permian |

# Exhibit B

## Successful Bid – Bendel Ventures LP 1

# ADAMS RESOURCES EXPLORATION CORP
## Bendel Ventures LP 1 Purchased Wells

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| Covey Park Resources, LLC | 4332717 | 4M Tall Pines #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340901 | ACLCO #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340907 | ACLCO #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340908 | ACLCO #3H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340909 | ACLCO #4H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340910 | ACLCO #5H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340911 | ACLCO #6H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340912 | ACLCO #7H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340902 | Atkinson #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332718 | Attoyac River Ranch #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332719 | Attoyac River Ranch #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341203 | Badders Family GU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341310 | Baker #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335209 | Barton #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332729 | Bettye Jane #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332730 | Bettye Jane GU #2H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340929 | Brent Miller A2 #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340930 | Brent Miller A2 #2H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340923 | Brent Miller A6 #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340924 | Brent Miller A6 #2H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340925 | Brent Miller A6 #3H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335211 | Brittain #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340913 | Cameron Minerals #2H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340914 | Cameron Minerals #4H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340915 | Cameron Minerals #6H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340916 | Cameron Minerals #8H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340905 | Cameron Minerals SU #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340917 | Cameron Minerals SU #3HB | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340918 | Cameron Minerals SU #5HB | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340919 | Cameron Minerals SU #7HB | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340920 | Cameron Minerals SU #9HB | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335203 | Clayton #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341307 | Coffman #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340601 | Crane #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340904 | Crane #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341308 | Dorothy #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335202 | Edgar #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335205 | El Camino Real #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332702 | Gammage #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332728 | George #1H | Nacogdoches, TX | Haynesville |
| Samson Lone Star | 4343801 | Glass Onion GU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341313 | Glaze #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341314 | Glaze #2H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340921 | Gomez SU B #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340922 | Gomez SU C #1H | Nacogdoches, TX | Haynesville |
| XTO Energy | 4332727 | Grizzlies DU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332721 | Hanna GU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332704 | Hassell #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332706 | Hassell #2 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332707 | Hassell #3 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332708 | Hassell #5H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332709 | Hassell #7H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332722 | Haynes #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332723 | Haynes #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332724 | Haynes #3H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332725 | Haynes #4H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332726 | Haynes #5H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341302 | Henderson Trust #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332703 | Hill #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332712 | Hill #3 | Nacogdoches, TX | Haynesville |

## ADAMS RESOURCES EXPLORATION CORP
**Bendel Ventures LP 1 Purchased Wells**

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| Covey Park Resources, LLC | 4332714 | Hill #4 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332715 | Hill #5 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332713 | Hill #7 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335201 | Irvine #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341402 | Jenkins #1H | Nacogdoches, TX | Haynesville |
| Samson Lone Star | 4342901 | Jude GU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335204 | Kendrick #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341305 | Kurth Investments #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341303 | Lauren Alston #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341304 | Lauren Alston #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341401 | Leinart #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4339301 | Murray #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341201 | Murray #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335208 | Pace #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335210 | Patton #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4340928 | Phillips SU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332705 | Pop Pop #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4342001 | Russell #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4332716 | Scoggins #1H | Nacogdoches, TX | Haynesville |
| Samson Lone Star | 4343202 | Sgt. Pepper GU #1H RE | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335206 | Shofner #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4335207 | Simpson #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341306 | Stanaland Trust #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341312 | Steve #1H | Nacogdoches, TX | Haynesville |
| Samson Lone Star | 4332720 | Sunshine GU #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341202 | Sutton #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340926 | T.G. Bailey #1H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341403 | Thomas Oliver #1H | Nacogdoches, TX | Haynesville |
| Exco Operating Company | 4342002 | Red River 164-Phillips ALLOC #1H | San Augustine, TX | Haynesville |
| Covey Park Resources, LLC | 4341404 | Thomas Oliver #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341405 | Thomas Oliver #3H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340903 | Trainer Trust #1 | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4340906 | Trainer Trust #2H | Nacogdoches, TX | Haynesville |
| Covey Park Resources, LLC | 4341309 | Wallace #2H | Nacogdoches, TX | Haynesville |
| B&G Production, Inc. | 4309401 | Ward #1 | Hansford, TX | Other |
| Bonanza Creek Energy | 400212 | James Lime Unit | Lafayette, AR | Other |
| Browning Oil Company, Inc. | 4303202 | Eva Mae #3 | Lee, TX | Other |
| Browning Oil Company, Inc. | 4303204 | Eva Mae #4 | Lee, TX | Other |
| Croft Petroleum Company | 2600104 | Marquest-Swisher #1-24 | Glacier, MT | Other |
| ECA Holdings, L.P. | 4319501 | Foster Farms Deep #1 | Fort Bend, TX | Other |
| Enervest Operating, LLC | 4305504 | Bredthauer #2-H | Lee, TX | Other |
| Enervest Operating, LLC | 4305505 | Bredthauer #3-H | Lee, TX | Other |
| Enervest Operating, LLC | 4310701 | Daniel B #1 | Lee, TX | Other |
| Enervest Operating, LLC | 4304801 | Trisha #1 RE | Washington, TX | Other |
| Enervest Operating, LLC | 4305503 | Bredthauer #1-H | Washington, TX | Other |
| Enervest Operating, LLC | 4312601 | Massey #1-H | Lee, TX | Other |
| Enervest Operating, LLC | 4312901 | Mozelle Hancock #2 | Lee, TX | Other |
| Enervest Operating, LLC | 4305506 | Levi Goodrich #2 RE | Washington, TX | Other |
| Enervest Operating, LLC | 4305507 | Myrtle Collins #1 RE | Lee, TX | Other |
| Enervest Operating, LLC | 4303503 | Pamela #1 | Lee, TX | Other |
| Enervest Operating, LLC | 4303504 | Pamela #2 | Lee, TX | Other |
| Enervest Operating, LLC | 4311503 | Mattie Fischer #1 RE | Washington, TX | Other |
| Enervest Operating, LLC | 4311504 | Five Star Ranch #1 | Washington, TX | Other |
| Enervest Operating, LLC | 4305602 | Rappaport #1-H | Lee, TX | Other |
| Enervest Operating, LLC | 4304602 | Schulze Unit #1-H | Lee, TX | Other |
| Covey Park Resources, LLC | 4341315 | Wilma Jean #1H | Nacogdoches, TX | Haynesville |
| Hilcorp Energy | 4310005 | Morningside #1-H | Grimes, TX | Other |
| Hilcorp Energy | 4310001 | Que Pasa #1-H | Grimes, TX | Other |
| Hilcorp Energy | 4310003 | Que Pasa #2-H | Grimes, TX | Other |
| Hilcorp Energy | 4310007 | Que Pasa #3-H | Grimes, TX | Other |

# ADAMS RESOURCES EXPLORATION CORP

**Bendel Ventures LP 1 Purchased Wells**

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| Hilcorp Energy | 4310008 | Que Pasa #4-H | Grimes, TX | Other |
| Hilcorp Energy | 4310004 | Robinson #1-H | Grimes, TX | Other |
| Hilcorp Energy | 4310006 | Robinson #2-H | Grimes, TX | Other |
| Hilcorp Energy | 4315901 | Dalio #1 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317601 | McMillan #1 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317602 | Imparato #1 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317603 | McMillan #2 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317606 | Imparato #3 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317607 | McMillan #3 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317608 | McMillan #4 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317609 | McMillan #5 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317610 | Foster Farms #2 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317611 | Foster Creek Estates #1 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317613 | Foster Farms #1 COPH | Fort Bend, TX | Other |
| Hilcorp Energy | 4317614 | Imparato #5 | Fort Bend, TX | Other |
| Hilcorp Energy | 4317615 | Gless #1 | Fort Bend, TX | Other |
| K3 Oil & Gas Operating Company | 1500201 | Barker #1-21 | Pratt, KS | Other |
| Mortimer Production | 4340301 | Coates/Wright #1 | Starr, TX | Other |
| Oblaen Resources, LLC | 4339601 | Gardner-Duncan #1 | Wharton, TX | Other |
| Penn Virginia | 4347001 | Wild Hare #1H | Lavaca, TX | Other |
| Penn Virginia | 4347002 | Wild Hare #2H | Lavaca, TX | Other |
| Ram Energy, LLC | 4309501 | Birch Creek Forest #1-H | Burleson, TX | Other |
| Raptor Resources, Inc. | 4321801 | Sunkist #1 | Orange, TX | Other |
| Royalty/ORRI | 400203 | BODCAW I-2 | Lafayette, AR | Other |
| Royalty/ORRI | 4302103 | WARD, RIP #1-100 | Sutton, TX | Other |
| Royalty/ORRI | 4302105 | WARD, RIP #2-92 | Sutton, TX | Other |
| Royalty/ORRI | 4302107 | WARD, RIP #3-101 | Sutton, TX | Other |
| Royalty/ORRI | 4302108 | WARD, RIP #4-100 | Sutton, TX | Other |
| Royalty/ORRI | 4302109 | WARD, RIP #4-092 | Sutton, TX | Other |
| Royalty/ORRI | 4302110 | WARD, RIP #4-101 | Sutton, TX | Other |
| Royalty/ORRI | 4302111 | WARD, RIP #5-92 | Sutton, TX | Other |
| Royalty/ORRI | 4302112 | WARD, RIP #5-101 | Sutton, TX | Other |
| Royalty/ORRI | 4302113 | WARD, RIP #6-101 | Sutton, TX | Other |
| Royalty/ORRI | 4302115 | WARD, RIP #6-92 | Sutton, TX | Other |
| Royalty/ORRI | 4302116 | WARD, RIP #5-100 | Sutton, TX | Other |
| Royalty/ORRI | 4302117 | WARD, RIP #6-100 | Sutton, TX | Other |
| Royalty/ORRI | 4302118 | WARD, RIP #7-100 | Sutton, TX | Other |
| Royalty/ORRI | 4302119 | WARD, RIP #8-100 | Sutton, TX | Other |
| Sheridan Production | 3600102 | Hill E #2-25 | Garvin, OK | Other |
| Synergy | 2600102 | South Central Cutbank | Glacier, MT | Other |
| Weiser-Brown | 401701 | Warnock FLP #1H | Nevada, AR | Other |
| Weiser-Brown | 401702 | J&B Smith #1 | Nevada, AR | Other |
| Weiser-Brown | 401703 | Foote #1 | Nevada, AR | Other |
| Weiser-Brown | 401704 | Dockery #1 | Nevada, AR | Other |
| Weiser-Brown | 401801 | Esters #1 | Lafayette, AR | Other |
| Weiser-Brown | 402701 | Mill Creek #1 | Lafayette, AR | Other |
| XTO Energy | 4332401 | Head #1 | Orange, TX | Other |
| XTO Energy | 4332501 | Gilmer Estate #1 | Orange, TX | Other |
| Royalty/ORRI | unknown | WARD, RIP #3-92 | Sutton, TX | Other |

# EXHIBIT C

## Executory Contracts to be Assumed by Bendel Ventures LP 1

## EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| EOG Resources, Inc.<br>Petrohawk Properties, LP<br>K.S. Adams, Jr., Owner | Joint Operating Agreement for Pearson South Kendrick Prospect - Oil and Gas Leases | $0.00 |
| EOG Resources, Inc.<br>Petrohawk Properties, LP<br>K.S. Adams, Jr., Owner | Joint Operating Agreement for Jeterville South Prospect - Oil and Gas Leases | $0.00 |
| Anadarko E&P Company LP<br>Sakco, Ltd. | Joint Operating Agreement for Pamela Unit No. 1 RE - Oil and Gas Leases | $0.00 |
| Penn Virginia Oil & Gas, L.P.<br>Ted Collins, Jr.<br>Plein Sud Holdings, LLC<br>CEP Holdings, Ltd.<br>Big Covey Exploration, LP<br>Fairways Exploration & Production, LLC | Joint Operating Agreement for the Shiner Prospect Wild Hare Unit - Oil and Gas Leases | $0.00 |
| Penn Virginia Oil & Gas, L.P.<br>Ted Collins, Jr.<br>Plein Sud Holdings, LLC<br>CEP Holdings, Ltd.<br>Big Covey Exploration, LP<br>Fairways Exploration & Production, LLC | Designation of Pooled Unit for Shiner Prospect Wild Hare Unit | $0.00 |
| Penn Virginia Oil & Gas, L.P.<br>Ted Collins, Jr.<br>Plein Sud Holdings, LLC<br>CEP Holdings, Ltd.<br>Big Covey Exploration, LP<br>Fairways Exploration & Production, LLC | Recording Supplement to Operating Agreement and Financing Statement for the Shiner Prospect Wild Hare Unit | $0.00 |
| James & Patricia Allen Family Partnership, LP<br>Orlofsky Mineral Holdings<br>FFP, Ltd.<br>Heathary Resources, Inc.<br>Kossak Oil & Gas, LP<br>New Life Ventures 1, LLC<br>Shuler Drilling Company, Inc.<br>Trent Investments, LLC<br>R.L. Zinn, et al, Ltd.<br>Weiser-Brown Oil Company<br>KSA Oil & gas Properties, LP<br>Atlanta Exploration Company<br>Erryot Partners, Ltd.<br>Ginger Oil Company<br>Joyce Oil & Gas, Inc.<br>Lanoco, LLC<br>Mike Rogers Drilling Company<br>Southern Management Service<br>D.E. Wilkins<br>Nanzin Family Limited Partnership | Joint Operating Agreement for the S/2 of Section 1, S/2 of Section 2, S/2 NE/4, SE/4 of Section 3, N/2 of Section 11, N/2 NW/4, SW/4 NW/4 of Section 12, all in T14S-R22W SW/4 of Section 6-T14S-R21W, Nevada County, Arkansas | $0.00 |

### EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| Alice-Sidney Oil Company Limited Partnership<br>Arkel Oil & Gas, LLC<br>FFP, Ltd.<br>Heathary Resources, Inc.<br>Kossak Oil & Gas, LP<br>Wendell Moore<br>Mike Rogers Oil & Gas, Inc.<br>Southern Management Service<br>D.E. Wilkins<br>Nanzin Family Limited Partnership<br>Weiser-Brown Oil Company<br>KSA Oil & Gas Properties, LP<br>James & Patricia Allen Family Partnership, LP<br>Orlofsky Mineral Holdings<br>Ginger Oil Company<br>Joyce Oil & Gas, Inc.<br>Lanoco, LLC<br>New Life Ventures 1, LLC<br>Shuler Drilling Company, Inc.<br>Trent Investments, LLC<br>R.L. Zinn, et al, Ltd.<br>Turnaround Oil, LLC | Joint Operating Agreement for the S/2 NE/4, NW/4 SE/4, N/2 NE/4 SE/4, NE/4 SW/4, SE/4 SW/4 of Section 4-T15S-R22W, Nevada County, Arkansas | $0.00 |
| XH, LLC<br>Samson Lone Star, LLC<br>EOG Resources, Inc.<br>Valence Operating Company<br>K. S. Adams, Jr.<br>Montierra Minerals & Production, L.P.<br>Petrohawk Properties, L.P. | Joint operating Agreement for Grizzelies DU No. 1H | $0.00 |
| BHP Billiton Petroleum Properties (N.A.) LP<br>Riachuelo Limited Partnership<br>Siana Oil & Gas Co., LLC | AFE #16TXN00001: Bettye Jane Unit 2H HZ Haynesville well; Jeterville South Prospect; J. Ybarbo Survey, A-60, Nacogdoches County, Texas | $0.00 |
| EOG Resources, Inc.<br>BHP Billiton Petroleum<br>Petrohawk Energy Corp. | Division Order for:  839.5109 acres, more or less, as described in the EOG Resources, Inc. - 4M Tall Pines Gas Unit dated December 16, 2010 covering lands located in the J. I. Y'Barbo Survey, A-60 and being comprised of 8 Tracts of land. | $0.00 |
| EOG Resources, Inc.<br>Riachuelo Limited Partnership | Ratification of Amendment And Supplement To Unit Designations:  Dorothy Gas Unit, the EOG Resources, Inc. - Lauren Alston Gas Unit and the EOG Resources, Inc. - Kurth Investment Gas Unit, Nacogdoches County, Texas. | $0.00 |
| Covey Park Resources LLC | Gas Marketing Agreement for the Bettye Jane GU 2H dated March 13, 2017. | $0.00 |
| Rimrock Resource Operating Company | Well Proposal<br>Mote #1-26/23H<br>Sections 26 & 23 2N 2W<br>Garvin County, OK. | $0.00 |

## EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| EOG Resources, Inc. | Division Order for ACLCO #1, Nacogdoches, County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order: EOG Resources, Inc., ACLCO #1, located in J A Chireno Survey, A-17, more particularly described in ACLCO Gas Unit Designation, Nacogdoches, County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order No. 0668110001, Haynesville South, Atkinson #1 H. | $0.00 |
| EOG Resources, Inc. | Division Order for ATTOYAC River Ranch #1, located in Nacogdoches County, Texas. Amendment. | $0.00 |
| EOG Resources, Inc. | Division Order for Badders Family Gas Uni, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Badder's Family #1H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Bailey T G #1 H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Baker Unit #1H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Lease # 1199; Barker 1 – 21 # SEC 21-27S-12W. | $0.00 |
| EOG Resources, Inc. | Division Order for Barton #1H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Barton #1H, Property No. 0709990001 - Barton #lH Gas Unit, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Bettye Jane #1H, Nacogdoches County, Texas. | $0.00 |
| Chaparral Energy LLC | Amended Division Order for Birch Creek Forest #lH (Oil and Casinghead Gas), Burleson County, Texas. | $0.00 |
| Chaparral Energy LLC | Amended Division Order for Birch Creek Forest #lH (0309.001) (Oil and Casinghead Gas), Burleson County, Texas. | $0.00 |
| Lion Oil Trading & Transportation, Inc. Bonanza Creek Energy Resources, LLC | Division Order for 18-2578 - Bonanza Creek Energy Resources, LLC, McKamie-Patton Field, Lafayette County, Arkansas. | $0.00 |
| Sakco, LTD. | Division Order for Bredthauer 1 H, Washington County, Texas. | $0.00 |
| Union Pacific Resources Co. | Revised Division Order for Bredthauer #2-H Unit, Well No. 2-H, Lee County, Texas. | $0.00 |
| SAKCO, Ltd. Union Pacific Resources Co. M & B Royalty Co. | Revised Division Order for Bredthauer #2-H: Bredthauer Unit, Well No. 2-H, , Lee County, Texas. | $0.00 |
| EXCO Operating Company, LP | Division Order for Brent Miller Unit A-2 1H & Brent Miller Unit A-2 2H Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Brittain #1 H, Nacogdoches County, Texas. | $0.00 |

## EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| EXCO Operating Company, LP | Division Order for Cameron Minerals SU 2H, Cameron Minerals SU 3HB, Cameron Minerals SU 4H, Cameron Minerals SU 5HB, Cameron Minerals SU 7HB, and Cameron Minerals SU 8: TRACT 1, Nacogdoches County, Texas. | $0.00 |
| EXCO Operating Company, LP | Division Order for Cameron Minerals SU 2H, Cameron Minerals SU 3HB, Cameron Minerals SU 4H, Cameron Minerals SU 5HB, Cameron Minerals SU 7HB, and Cameron Minerals SU 8: TRACT 1 and being the same land described as Tract 7, Third Parcel, in that certain General Warranty Deed dated March 14, 1966, from Angelina County Lumber Company to Owens-Illinois, Inc., and recorded in Volume 334, Page 369 of the Deed Records of Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Clayton #1H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Clayton #1H, Nacogdoches County, Texas. | $0.00 |
| Mortimer Production Company | Division Order for Coates/Wright Unit#1, Starr County, Texas. | $0.00 |
| Mortimer Production Company | Division Order for Coates/Wright Unit#1, Starr County, Texas. [Correct Payout Date] | $0.00 |
| Mortimer Production Company | Division Order for Coates/Wright Unit#1, Starr County, Texas. [Corrections to improper payout interest] | $0.00 |
| Devon Energy Production Co, LP | Division Order for Coronado SA 3H: Section 56, Washington County Railroad Company Survey, A-1248; Section 57, Washington County Railroad Company Survey, A·692; and Section 58, Washington County Railroad Company Survey, A·865. | $0.00 |
| Devon Energy Production Co, LP | Division Order For Coronado SA 4H: The Coronado SA 4H is a Sharing Agreement Well, Comprising of 2 Leases. | $0.00 |
| EOG Resources, Inc. | Division Order for Crane, *et al.* #1, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Crane et al #1 located in Nacogdoches County, Texas. | $0.00 |
| Amoco Shared Services Center | Division Order for Daniel B #1 Re-Entry. | $0.00 |
| Weiser-Brown Operating Company | Division Order - Field Wide Unit - Weiser-Brown Dockery# 1, Foote #1, Warnock FLP #1, J & B Smith # 1, & S W Willisville Smackover Unit Wells. | $0.00 |
| EOG Resources, Inc. | Division Order for Edgar #1H Gas Unit, located in Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for - El Camino Rea located in Nacogdoches County, Texas. | $0.00 |

## EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| EOG Resources, Inc. | Gas Marketing Arrangements for Various Wells in Nacogdoches and Angelina Counties, Texas: Leinart#1, Haynes#1H, Haynes #2H, Haynes #3, Haynes#4H, Haynes#5H, Hanna #1H, Russell#1, George #1H, Bettye Jane #1H, Dorthy#1, Wallace #2 H Tyler, Henderson Trust #1 H, Lauren Alston #1, Stanaland Trust#1H, Coffman#1H, Baker#1H, Steve #1H, Glaze#1H, Glaze #2H, Wilma Jean #1H, Shofner#1H, Simpson #1H, Lauran Alston #2H, Crane et al #1, Trainer Trust #1H, Crane et al #2, Trainer Trust #2H II, Murray Gas Unit #1, Atkinson #1H, Murray Gas Unit #2H, Sutton #1H, Badder, Aclco #1H, Aclco #2H, Aclco#3H, Aclco#4H, Aclco #5H, Aclco #6H, Aclco#7H, Bailey T.G. #1H, and Sarge #1 | $0.00 |
| Weiser-Brown Operating Company | Division Order for Weiser-Brown Esters# 1 Well | $0.00 |
| Weiser-Brown Operating Company | Division Order for Weiser-Brown Foote# 1 Well | $0.00 |
| ECA Holdings, LP<br>CEP Holdings Ltd. | Division Order for Foster Farms Deep 1. | $0.00 |
| EOG Resources, Inc. | Division order for Gammage #1 EFF 05.01.2011 - Present – located in Nacogdoches County, Texas. | $0.00 |
| DCP South Central Texas, LLC | Gas Lift Amendment to Gas Purchase Contract, dated November 1, 2015, DCP's File No. GDS0962PUR, Lois 3A RE and Bredthauer 2H Unit Well #3H wells, Washington and Burleson Counties, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for George #1 Unit located in Nacogdoches County, Texas. | $0.00 |
| XTO Energy, Inc. | Amended Division Order for Gilmer, A Estate 010 | $0.00 |
| EOG Resources, Inc. | Division Order for Glaze #1H located in Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Glaze #1H located in Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Glaze #2 H located in Nacogdoches County, Texas. | $0.00 |
| Exco Operating Company, L.P. | Division Order for Gomez SU C #1: Gomez SU C 1H Unit, Unit Tracts 1 through 5 located in Nacogdoches County, TX. | $0.00 |
| EOG Resources, Inc. | Division Order for Hanna #1H: located in Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc.<br>Petroha WK Properties, LP<br>K. S. Adams, Jr.<br>Montierra Minerals & Production, LP<br>Valence Operating Company | Third Amendment and Supplement To Unit Designation - Hassell Gas Unit. | $0.00 |
| EOG Resources, Inc. | Division Order for Haynes #1H locate in Nacogdoches County, Texas. | $0.00 |

# EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| EOG Resources, Inc. | Division Order for Henderson Trust #1H located in Nacogdoches County, Texas. | $0.00 |
| ConocoPhillips Company | Division Order for Imparto No. 1 | $0.00 |
| Weiser-Brown Operating Company | Division Order for Weiser-Brown J&B Smith# 1 Well. | $0.00 |
| EOG Resources, Inc. | Division Order for Jenkins #1H located in Nacogdoches County, Texas. | $0.00 |
| Samson Lone Star, LLC | Division Order for Jude GU #lH located in Nacogdoches County, Texas; Samson Property #301928-3 [Rev. 2-16]. | $0.00 |
| Samson Lone Star, LLC | Division Order for Jude GU #lH located in Nacogdoches County, Texas, Samson Prop. #301928-3. | $0.00 |
| EOG Resources, Inc. | Division Order for Kendrick Unit #1H located in Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Lauren Alston #1 located in Nacogdoches County, Texa. | $0.00 |
| EOG Resources, Inc. | Division Order for Leinert #1 located in Nacogdoches County, Texas. | $0.00 |
| ConocoPhillips Company | Division Order for McMillan #2. | $0.00 |
| EOG Resources, Inc. | Division Order for Murray #1 located in Nacogdoches County, Texas. | $0.00 |
| Enervest Operating Andarko E&P Company LP | Division Order for Myrtle Collins #1 RE located in Lee County, Texas consisting of Portions of the Rappaport Unit# L, Well No. 2139601 (21.58%), The Susie "B" Unit, Well No. 2364701 (7.42%) and the Wolz-Best #2 Re Unit, Well No. 4070202. | $0.00 |
| Anadarko E&P Co. LP | Division Order For Pamela #1, Lee County, TX. | $0.00 |
| Penn Virginia Oil & Gas, L.P. | Marketing Arrangement for the Wild Hare #lH & Wild Hare #2H wells located in Lavaca County, Texas. | $0.00 |
| EXCO Operating Company, L.P. | Division Order for Phillips SU #1 H: (Bossier, Haynesville Shale Formation), Nacogdoches County, Texas. | $0.00 |
| Amoco Production Company | Division Order for Que Pasa #4. | $0.00 |
| Forest Oil Corporation | Division Order for Que Pasa B 02H ST, located in the County of Grimes, State of Texas. | $0.00 |
| Sakco, Ltd. | Division Order for Rappaport #1-H: Bredthauer (Rappaport) Unit No. 1, Lee County, Texas. | $0.00 |
| EXCO Operating Company, LP | Division Order for Red River 164 - Phillips Alloc 1H, San Augustine County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Russel #1H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Russel #1H, Nacogdoches County, Texas. | $0.00 |
| Union Pacific Resources Enervest Operating | Division Order for Schulte Unit #1-H OL. | $0.00 |

## EXHIBIT C

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| EOG Resources, Inc. | Division Order For Scoggins #1, Nacogdoches County, Texas. | $0.00 |
| Samson Lone Star, LLC | Division Order for Sgt. Pepper GU #1-H-R. | $0.00 |
| EOG Resources, Inc. | Division Order for Stanaland Trust #1H, Nacogdoches County, Texas . | $0.00 |
| EOG Resources, Inc. | Division Record for Steve #1H: Nacogdoches County, TX, 522.6033 Acres M/L in the J.M. Mora Survey A·827 | $0.00 |
| EOG Resources, Inc. | Division Order for Sutton #1: Jose Anotnio Chirino Survey, A-17, Haynesville South, 807.48 AC M/L | $0.00 |
| EOG Resources, Inc. | Division Order for Trainer Trust #1: Nacogdoches County, Texas, 535.584 Acres M/L Remijio Totin Survey, A-56 and J.A Chireno Survey, A-17 | $0.00 |
| EOG Resources, Inc. | Division Order for Wallace #2H, Nacogdoches County, Texas. | $0.00 |
| EOG Resources, Inc. | Division Order for Wallace #2, Nacogdoches County, Texas. | $0.00 |
| Penn Virginia Oil & Gas, L.P. | Division Order For Wild Hare #1H & 2H | $0.00 |
| EOG Resources, Inc. | Division Order for Wilma Jean #1 (BCAF), Nacogdoches County, Texas. | $0.00 |

# EXHIBIT D

## Remaining Assets

# ADAMS RESOURCES EXPLORATION CORP

## Permian Basin Wells Available

| Operator | Unit / Well No | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| FDL Operating, LLC | 4342801 | Pizarro #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342802 | Orellana #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342803 | University 43-13 #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342804 | Pizarro #2H | Irion, TX | Permian |
| FDL Operating, LLC | 4342805 | Orellana #2H | Irion, TX | Permian |
| FDL Operating, LLC | 4342806 | University 43-15 #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342807 | Orellana #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342808 | Pizarro #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342809 | Coronado SA #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342810 | Orellana C #4H | Irion, TX | Permian |
| FDL Operating, LLC | 4342811 | Pizarro #4H | Irion, TX | Permian |
| FDL Operating, LLC | 4342812 | University 43-13 #2H | Irion, TX | Permian |
| FDL Operating, LLC | 4342813 | University 43-13 #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342814 | University 43-13 #4H | Irion, TX | Permian |
| FDL Operating, LLC | 4342815 | University 43-13 #5H | Irion, TX | Permian |
| FDL Operating, LLC | 4342816 | University 43-13 #6H | Irion, TX | Permian |
| FDL Operating, LLC | 4342817 | Orellana #5H | Irion, TX | Permian |
| FDL Operating, LLC | 4342818 | Orellana #6H | Irion, TX | Permian |
| FDL Operating, LLC | 4342819 | Orellana #7H | Irion, TX | Permian |
| FDL Operating, LLC | 4342820 | Orellana #8H | Irion, TX | Permian |
| FDL Operating, LLC | 4342821 | Orellana B #19H | Irion, TX | Permian |
| FDL Operating, LLC | 4342822 | Orellana B #20H | Irion, TX | Permian |
| FDL Operating, LLC | 4342823 | Hinde #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342824 | University 43-14 #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342825 | University 43-14 #2H | Irion, TX | Permian |
| FDL Operating, LLC | 4342826 | University 43-14 #5H | Irion, TX | Permian |
| FDL Operating, LLC | 4342827 | University 43-14 #6H | Irion, TX | Permian |
| FDL Operating, LLC | 4342828 | Orellana F #13H | Irion, TX | Permian |
| FDL Operating, LLC | 4342829 | Orellana F #14H | Irion, TX | Permian |
| FDL Operating, LLC | 4342830 | Orellana G #15H | Irion, TX | Permian |
| FDL Operating, LLC | 4342831 | Orellana G #16H | Irion, TX | Permian |
| FDL Operating, LLC | 4342832 | University 43-14 #3H | Reagan, TX | Permian |

# ADAMS RESOURCES EXPLORATION CORP

## Permian Basin Wells Available

| | Operator | Unit / Well No | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|---|
| 38 | FDL Operating, LLC | 4342833 | University 43-14 #4H | Reagan, TX | Permian |
| 39 | FDL Operating, LLC | 4342834 | University 43-15 #2H | Reagan, TX | Permian |
| 40 | FDL Operating, LLC | 4342835 | University 43-15 #3H | Reagan, TX | Permian |
| 41 | FDL Operating, LLC | 4342836 | University 43-15 #4H | Reagan, TX | Permian |
| 42 | FDL Operating, LLC | 4342837 | University 43-15 #5H | Reagan, TX | Permian |
| 43 | FDL Operating, LLC | 4342838 | University 43-15 #6H | Reagan, TX | Permian |
| 44 | FDL Operating, LLC | 4342839 | University 43-15 #7H | Reagan, TX | Permian |
| 45 | FDL Operating, LLC | 4342840 | Orellana E #1H | Irion, TX | Permian |
| 46 | FDL Operating, LLC | 4342841 | Orellana E #12H | Irion, TX | Permian |
| 47 | FDL Operating, LLC | 4342842 | Orellana D #17H | Irion, TX | Permian |
| 48 | FDL Operating, LLC | 4342843 | Orellana D #18H | Irion, TX | Permian |
| 49 | FDL Operating, LLC | 4342844 | Hinde #2H | Irion, TX | Permian |
| 50 | FDL Operating, LLC | 4342845 | Orellana E #9H | Irion, TX | Permian |
| 51 | FDL Operating, LLC | 4342846 | Orellana E #10H | Irion, TX | Permian |
| 52 | FDL Operating, LLC | 4342847 | Orellana E #25H | Irion, TX | Permian |
| 53 | FDL Operating, LLC | 4342848 | Hinde #3H | Irion, TX | Permian |
| 54 | FDL Operating, LLC | 4342849 | Hinde #4H | Irion, TX | Permian |
| 55 | FDL Operating, LLC | 4342851 | Coronado SA #4H | Irion, TX | Permian |
| 56 | FDL Operating, LLC | 4342852 | Hinde SA #5H | Irion, TX | Permian |
| 57 | FDL Operating, LLC | 4342853 | Hinde SA #6H | Irion, TX | Permian |
| 58 | FDL Operating, LLC | 4342854 | Hinde SA #7H | Irion, TX | Permian |
| 59 | FDL Operating, LLC | 4342855 | University 43-13 #7H | Irion, TX | Permian |
| 60 | FDL Operating, LLC | 4342856 | University 43-13 #8H | Irion, TX | Permian |
| 61 | FDL Operating, LLC | 4342857 | Orellana K #28H | Irion, TX | Permian |
| 62 | FDL Operating, LLC | 4342858 | Orellana K #29H | Irion, TX | Permian |
| 63 | FDL Operating, LLC | 4342859 | University 43-15 #9H | Irion, TX | Permian |
| 64 | FDL Operating, LLC | 4342860 | University 43-15 #10H | Reagan, TX | Permian |
| 65 | FDL Operating, LLC | 4342861 | University 43-15 #11H | Reagan, TX | Permian |
| 66 | FDL Operating, LLC | 4342863 | Orellana C #24H | Reagan, TX | Permian |
| 67 | FDL Operating, LLC | 4342864 | Orellana C #30H | Irion, TX | Permian |
| 68 | Foreland | 4345577 | Munson C #2002H | Irion, TX | Permian |
| 69 | Foreland | 4345579 | Munson C #2003H | Irion, TX | Permian |

|  | A | C | D | E | F |
|---|---|---|---|---|---|
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | |
| 2 | Permian Basin Wells Available | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
| 70 | Permian Resources, LLC | 4335003 | Mayer #3801 | Irion, TX | Permian |
| 71 | Permian Resources, LLC | 4335004 | Noelke #801 | Irion, TX | Permian |
| 72 | Permian Resources, LLC | 4335005 | Faudree #1 | Irion, TX | Permian |
| 73 | Permian Resources, LLC | 4335006 | Noelke #701 | Irion, TX | Permian |
| 74 | Permian Resources, LLC | 4346001 | Miller 1242 #6H | Irion, TX | Permian |
| 75 | Permian Resources, LLC | 4346002 | Miller 1242 #7H | Irion, TX | Permian |
| 76 | Permian Resources, LLC | 4346003 | Miller 1242 #3H | Irion, TX | Permian |
| 77 | Permian Resources, LLC | 4346004 | Miller 1242 #4H | Irion, TX | Permian |
| 78 | Permian Resources, LLC | 4346005 | Miller 1244 #11H | Irion, TX | Permian |
| 79 | Endeavor Energy | 4326201 | Windham #6 | Midland, TX | Permian |
| 80 | Endeavor Energy | 4326202 | Rebel Fee #5 | Midland, TX | Permian |

# ADAMS RESOURCES EXPLORATION CORP

## Other Available Wells

| Operator | Unit / Well No | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| Exco Operating Company | 4344701 | Cameron Minerals SU #10 | Nacogdoches, TX | Haynesville |
| Sonerra | 4339302 | Wallace #1H | Nacogdoches, TX | Haynesville |
| EOG Resources, Inc. | 4326502 | Weaver #1 | Nacogdoches, TX | Other |
| Dynamic Production, Inc. | 4398469 | Novak Gas Unit #1-A | Fort Bend, TX | Other |
| ECA Holdings, L.P. | 4318001 | Paul Cortez #1 - Cook Mountain | Fort Bend, TX | Other |
| Eland Energy, Inc. | 4300202 | Altman #1 | Dewitt, TX | Other |
| Hilcorp Energy | 4310002 | Quinn #1-H | Grimes, TX | Other |
| K3 Oil & Gas Operating Company | 1502201 | Greengroup 14A - SWD | Pratt, KS | Other |
| K3 Oil & Gas Operating Company | 1502202 | Greengroup 14A - 1H | Pratt, KS | Other |
| Mantle Oil & Gas | 1810705 | Dugas & LeBlanc #3 | Assumption, LA | Other |
| Mantle Oil & Gas | 1810706 | Dugas & LeBlanc #2 SWD | Assumption, LA | Other |
| Petrodome | 1811101 | Hensarling #1 | Assumption, LA | Other |
| Petrodome | 1811301 | Templer #1 | Assumption, LA | Other |
| Royalty/ORRI | 100802 | TAYLOR 12-10 #1 ST | Conecuh, AL | Other |
| Royalty/ORRI | 103601 | FEDERAL 30-10 #1 | Excambia, AL | Other |
| Royalty/ORRI | 400202 | CALLON-BODCAW #1-1 | Lafayette, AR | Other |
| Royalty/ORRI | 150203 | BOCK 3-1H | Lafayette, AR | Other |
| Royalty/ORRI | 2600401 | COPLEY | Pratt, KS | Other |
| Royalty/ORRI | 2600405 | HABER "A" | Pratt, KS | Other |
| Royalty/ORRI | 2600408 | KINGSBURY | Pondera, MT | Other |
| Royalty/ORRI | 2600409 | PVSB | Pondera, MT | Other |
| Royalty/ORRI | 3600303 | DANZINGER, SAM | Garvin, OK | Other |
| Royalty/ORRI | 3600304 | VAUGHN, T.A. #3 | Garvin, OK | Other |
| Royalty/ORRI | 3600306 | SCHWARTZ "A" #1 | Oklahoma, OK | Other |
| Royalty/ORRI | 3600309 | GRACE "A" #2-10 | Garvin, OK | Other |
| Royalty/ORRI | 3600702 | MONTGOMERY #1 | Logan, OK | Other |
| Royalty/ORRI | 3600900 | W. EDMOND HUNTON LIME UNIT | Oklahoma, OK | Other |
| Royalty/ORRI | 3600902 | MURPHY, WALTER J. | Oklahoma, OK | Other |
| Royalty/ORRI | 3600908 | DAWSON-HOOKER UNIT-TRACT 750 | Oklahoma, OK | Other |
| Royalty/ORRI | 3600909 | DAWSON, S.P.-TRACT 754 | Oklahoma, OK | Other |
| Royalty/ORRI | 3600911 | MURPHY, WALTER J. "A" | Logan, OK | Other |
| Royalty/ORRI | 3601202 | JUNE, NEVA #1 | Garvin, OK | Other |

|  | A | C | D | E | F |
|---|---|---|---|---|---|
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | |
| 2 | Other Available Wells | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
| 38 | Royalty/ORRI | 3601602 | CHARLES, J.L. #1 | Grady, OK | Other |
| 39 | Royalty/ORRI | 3601605 | CHARLES #3-13 | Grady, OK | Other |
| 40 | Royalty/ORRI | 3603401 | PETERS 1H-15X | Canadian, OK | Other |
| 41 | Royalty/ORRI | 4300205 | SCHLOSSER GAS UNIT #1 | Dewitt, TX | Other |
| 42 | Royalty/ORRI | 4300402 | J. CLEO THOMPSON WILLIS #1 | Andrews, TX | Other |
| 43 | Royalty/ORRI | 4306406 | STEWART, MARY F. #1 | Wise, TX | Other |
| 44 | Royalty/ORRI | 4307601 | CUMMINS 11-A-5,A,B-1,B-4 | Winkler, TX | Other |
| 45 | Royalty/ORRI | 4309801 | WHITNER #1-H | Burleson, TX | Other |
| 46 | Royalty/ORRI | 4311007 | SPRING BRANCH #1-H | Giddings, TX | Other |
| 47 | Royalty/ORRI | 4317654 | MCMILLIAN UNIT (HILCORP) | Fort Bend, TX | Other |
| 48 | Royalty/ORRI | 4317655 | IMPARATO UNIT (HILCORP) | Fort Bend, TX | Other |
| 49 | Royalty/ORRI | 4317656 | FOSTER FARMS UNIT (HILCORP) | Fort Bend, TX | Other |
| 50 | Royalty/ORRI | 4330701 | DUNCAN #1 (MUSTANG) | Wharton, TX | Other |
| 51 | Royalty/ORRI | 4330707 | DUNCAN, F.B. #1 | Wharton, TX | Other |
| 52 | Royalty/ORRI | 4330709 | DUNCAN, F.B. #2 | Wharton, TX | Other |
| 53 | Royalty/ORRI | 4330711 | GILBERT-FREEMAN #1 | Wharton, TX | Other |
| 54 | Royalty/ORRI | 4330712 | GILBERT-FREEMAN #2 | Wharton, TX | Other |
| 55 | Royalty/ORRI | 4330714 | DUNCAN, F.B. #3 | Wharton, TX | Other |
| 56 | Royalty/ORRI | 4330715 | GILBERT-FREEMAN #3 | Wharton, TX | Other |
| 57 | Royalty/ORRI | 4330722 | GILBERT-FREEMAN #5 | Wharton, TX | Other |
| 58 | Royalty/ORRI | 4339701 | HENDERSON ET AL G.U. #2 | Lavaca, TX | Other |
| 59 | Royalty/ORRI | 4339702 | HENDERSON ET AL GU 3 | Lavaca, TX | Other |
| 60 | Royalty/ORRI | 4341902 | ARMOUR TRUST #2 | Wharton, TX | Other |
| 61 | Weiser-Brown | 401803 | Vickers #1 SWD | Lafayette, AR | Other |
| 62 | XTO Energy | 4332301 | Odom GU #1 | Newton, TX | Other |