## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION | ) | Case No. 17-10866 (KG) |
| CORPORPORATION,[1] | ) | |
| | ) | **Objection Deadline: August 15, 2017 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if an objection is filed** |
| Debtor. | ) | |

### SUMMARY OF THIRD MONTHLY APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2017 THROUGH JUNE 30, 2017

Name of Applicant:  Sullivan Hazeltine Allinson LLC ("SHA-LLC")

Authorized to Provide
Professional Services to:  Debtor Adams Resources Exploration Corporation

Date of Retention:  April 21, 2017 (*nunc pro tunc*)

Period for which compensation and
reimbursement is sought:  June 1, 2017 through June 30, 2017
(the "Compensation Period")

Amount of Compensation sought
as actual, reasonable and necessary:  $36,575.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $1,297.60

This is an:  X  interim  __ final application.

The total time expended for preparation of this fee application is approximately 2.50 hours and the corresponding compensation of approximately $850.00 will be requested in a subsequent fee application.

This is SHA-LLC's third monthly fee application in this case.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees and Expenses | Date Approved | Approved |
|---|---|---|---|---|
| May 26, 2017 | April 21, 2017 - April 30, 2017 | $22,440.00 (fees) $4,429.98 (exp) | June 19, 2017 (CNO) | $17,952.00 (fees) $4,429.98 (exp) |
| June 26, 2017 | May 1, 2017 – May 30, 2017 | $48,382.50 (fees) $6,841.44 (exp) | July 18, 2017 (CNO) | $38,706.00 (fees) $6,841.44 (exp) |

The SHA-LLC professionals who rendered professional services in these cases during the Compensation Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Member | 27 | Bankruptcy | $425.00 | 38.80 | $16,490.00 |
| William A. Hazeltine | Member | 23 | Bankruptcy | $375.00 | 42.20 | $15,825.00 |
| Heidi M. Coleman | Paralegal | - | Bankruptcy | $150.00 | 28.40 | $4,260.00 |
| TOTAL | | | | | 109.40 | $36,575.00 |

**GRAND TOTAL:** $ 36,575.00 Fees
109.40 Hours
**BLENDED RATE:** $ 334.32 Per Hour

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Compensation |
|---|---|---|
| Asset Disposition | 23.90 | $5,805.00 |
| Case Administration | 5.60 | $1,805.00 |
| Claims Administration | 7.70 | $2,255.00 |
| Court Hearings | 2.30 | $590.00 |
| Fee Applications | 5.00 | $1,267.50 |
| Financial/Operating Reports | 1.30 | $457.50 |
| Financing and Cash Collateral | 2.00 | $765.00 |
| Lease and Contract Issues | 1.40 | $525.00 |
| Litigation | 1.40 | $580.00 |
| Plan Disclosure Statement | 4.40 | $1,650.00 |
| Retention of Professionals | 3.50 | $1,157.50 |
| Schedules/Statement of Financial Affairs | 2.30 | $592.50 |
| Stay Relief and Adequate Protection | 48.60 | $19,125.00 |
| TOTAL | 109.40 | $36,575.00 |

2

This interim fee application also seeks the reimbursement of the following expenses advanced on behalf of the Debtor in this matter.

| Project Category | Type of Expense and Vendor | Amount |
|---|---|---|
| Case Administration | Conference Call Charges (West unified Communications) | $10.63 |
| | Copying and Service by Outside Vendor (Reliable) | $889.12 |
| | Courier Service – (Blue Marble) | $25.00 |
| | FedEx | $158.26 |
| | In house copying | $132.90 |
| | Postage | $81.69 |
| | **TOTAL** | **$1,297.60** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION | ) | Case No. 17-10866 (KG) |
| CORPORPORATION,[1] | ) | |
| | ) | **Objection Deadline:  August 15, 2017 at 4:00 p.m.** |
| Debtor. | ) | **Hearing Date: Only if an objection is filed** |
| | ) | |

## THIRD MONTHLY APPLICATION OF
## SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION
## FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
## COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
## FOR THE PERIOD FROM JUNE 1, 2017 THROUGH JUNE 30, 2017

Sullivan Hazeltine Allinson LLC ("SHA-LLC"), counsel to Adams Resources

Exploration Corporation (the "Debtor"), the debtor and debtor-in-possession, hereby submits its

application, pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(4), Rule 2016 of the Federal Rules of

Bankruptcy Procedure and Del. Bankr. L.R. 2016-2, for interim allowance of compensation for

services rendered and for reimbursement of expenses incurred solely for the Debtor, and in

further explanation respectfully represents:

### I.    INTRODUCTION

1.    By this application, SHA-LLC seeks (i) interim allowance and an award of

compensation for professional services rendered by SHA-LLC as counsel for the Debtors for the

period from June 1, 2017 through and including June 30, 2017 (the "Compensation Period") in

the amount of $36,575.00, representing 109.40 hours in professional services rendered by SHA-

LLC on behalf of the Debtor, and (ii) reimbursement of actual and necessary expenses incurred

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131).  The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

by SHA-LLC during the Compensation Period in connection with the rendition of such professional services in the amount of $1,297.60 (the "Application").

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330, 331, and 503(b)(4), Federal Rule of Bankruptcy Procedure 2016 and Del. Bankr. L.R. 2016-2.

## II.    BACKGROUND

3.      On April 21, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned chapter 11 case.  The factual background regarding the Debtor, including its business operations, its capital and debt structure, and the events leading to the filing of this bankruptcy case, is set forth in detail in the *Declaration of John Riney in Support of Chapter 11 Petition and First Day Pleadings* (the "Riney Declaration"), filed on April 21, 2017 [Docket No. 8].

4.      The Debtor has continued in possession of its property and has continued to operate and maintain its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      No creditor's committee has been appointed or designated under section 1102(a) of the Bankruptcy Code

6.      SHA-LLC has received no payments or promises of payment from any source other than as provided in the Bankruptcy Code for services rendered or to be rendered in any capacity whatsoever in these cases.  There is no agreement or understanding between SHA-LLC and any other person for the sharing of compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

7.    The services for which compensation is being sought by SHA-LLC were rendered for and on behalf of the Debtor and not for or on the behalf of any other interested party in this bankruptcy proceeding.

### III.    TIME RECORDS AND HOURLY RATES

8.    The total time spent by SHA-LLC representing the Debtor during the Compensation Period was 109.40 hours and the compensation sought for the Compensation Period is $36,575.00. This equates to a blended rate of $334.32 per hour.

9.    Attached hereto as Exhibit A and incorporated herein by reference are SHA-LLC's time records showing a daily log of all time spent by SHA-LLC providing services for the Debtor during the Compensation Period by Project Category. The attached time records provide a detailed, day-by-day explanation of the services rendered by SHA-LLC in connection with this matter during that time. The undersigned certifies that he has reviewed Del. Bankr. L.R. 2016-2 and believes that the Application complies therewith.

10.    Also included in Exhibit A, and incorporated herein by reference, is a summary of the expenses incurred by SHA-LLC during the Compensation Period on behalf of the Debtor. Expenses that SHA-LLC bills to its clients include charges for photocopying, postage, courier services, Federal Express, court costs and transcript fees. The total expenses for which reimbursement is sought in the Application is $1,297.60. In a future fee application, SHA-LLC may seek reimbursement of additional expenses advanced or incurred on behalf of the Debtor during this Compensation Period that do not appear on Exhibit A.

### IV.    SUMMARY OF SERVICES BY PROJECT

11.    The services rendered by SHA-LLC during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached

3

Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are identified in Exhibit A attached hereto.

### IV.    GENERAL DESCRIPTION OF SERVICES RENDERED

12.    The services rendered by SHA-LLC that are the subject of this Application include the following:

(a)    Asset Disposition.

Fees:  $5,805.00                    Total Hours:  23.90

This category includes time related to reviewing sale process updates, reviewing contracts, division orders and authorizations for expenditures in preparation for drafting cure notice, reviewing revised form of asset purchase agreement, drafting a notice of change of auction location, correspondence with taxing authorities concerning treatment in sale order, and discussions with parties in interest concerning the upcoming auction.

(b)    Case Administration.

Fees:  $2,187.50                    Total Hours:  6.50

This category includes all matters related to communicating with Bank of America creditors concerning case status and royalty payments, communicating with the client regarding payment obligations, prepare and updating a critical dates chart, preparing an extension of exclusivity motion, and reviewing conflict waiver for special litigation counsel.

(c)    Claims Administration.

Fees:  $3,645.00                    Total Hours:  11.50

This category includes all matters related to communicating with American Oil & Gas Reporter regarding publishing of bar date notice, preparing amended bar date order,

communicating with a creditor regarding bankruptcy filing and deadline to file claims, and reviewing and updating internal claims register.

    (d)    <u>Court Hearings</u>.

    Fees:  $590.00            Total Hours:  2.30

This category includes time related to preparing for and attending a hearing on June 22, 2017.

    (e)    <u>Fee Applications</u>.

    Fees:  $1,267.50        Total Hours:  5.00

This category includes all matters related to preparing SHA's second monthly fee application and reviewing and commenting on Gavin/Solmonese LLC's first staffing report.

    (f)    <u>Financial/Operating Reports</u>.

    Fees:  $1,267.50        Total Hours:  5.00

This category includes all matters related to preparing, reviewing and commenting on the April 2017 operating report.

    (g)    <u>Financing and Cash Collateral</u>.

    Fees:  $765.00            Total Hours:  2.00

This category includes time related to reviewing the final cash management order and updated budget, discussions with parties in interest concerning payments for AFEs and discussions concerning authorization for inter-company transactions.

    (h)    <u>Lease and Contract Issues</u>.

    Fees:  $525.00            Total Hours:  1.40

This category includes time related to communicating with certain creditors concerning cure amount issues and possible assignment of JOA.

(i)    Litigation.

Fees:  $580.00                                   Total Hours:  1.40

This category includes all matters related to communicating with proposed Special Litigation Counsel, reviewing litigation status, and review of claims asserted in the sinkhole cases.

(j)    Plan and Disclosure Statement.

Fees:  $1,650.00                                 Total Hours:  4.40

This category includes all matters related to drafting a disclosure statement.

(k)    Retention of Professionals.

Fees:  $1,157.50                                 Total Hours:  3.50

This category includes time related to reviewing application for Special Litigation Counsel and reviewing and responding to the U.S. Trustee's comments.

(l)    Schedules/Statement of Financial Affairs.

Fees:  $592.50                                   Total Hours:  2.30

This category includes all matters related to preparing amendments to Debtor's schedules of assets and liabilities and the statement of financial affairs.

(m)    Stay Relief and Adequate Protection.

Fees:  $18,742.50                                Total Hours:  47.70

This category includes matters related to drafting a response to Texas Brine's relief from stay motion, negotiation of a resolution of that motion (including plan treatment of Texas Brine's claims), and communicating with a creditor who was in violation of the automatic stay.

## V.    CONCLUSION

13.    The compensation sought by SHA-LLC is based on the normal hourly rates charged by SHA-LLC for work of this character.  The services rendered by SHA-LLC to the

Debtor were necessary and appropriate. The amount of compensation sought by SHA-LLC is consistent with the factors enumerated in 11 U.S.C. §330, in that the amount sought is reasonable compensation for actual, necessary services rendered by SHA-LLC taking into account all relevant factors, including time spent on such services; the rates charged for such services; the complexity, importance, and nature of the problem, issue or task addressed; and the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

**WHEREFORE,** SHA-LLC respectfully requests that this Court enter an order:

(a)     approving the allowance of compensation for professional services that were rendered by SHA-LLC to the Debtor during the period from June 1, 2017 through and including June 30, 2017 in the amount of $36,575.00;

(b)     approving the reimbursement of SHA-LLC's expenses incurred in connection with the rendering of such services in the amount of $1,297.60; and

(c)     granting to SHA-LLC such other relief as this Court may deem just and proper.

Dated:  July 25, 2017          **SULLIVAN • HAZELTINE • ALLINSON LLC**
        Wilmington, Delaware

                               */s/ William D. Sullivan*
                               William D. Sullivan (No. 2820)
                               William A. Hazeltine (No. 3294)
                               901 North Market Street, Suite 1300
                               Wilmington, DE  19801
                               Tel: (302) 428-8191
                               Fax: (302) 428-8195

                               *Attorneys for the Debtor and Debtor in Possession*