## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ADAMS RESOURCES EXPLORATION | ) Case No. 17-10866 (KG) |
| CORPORATION,[1] | ) |
| | ) **Related Docket No. 71** |
| Debtor. | ) |

### NOTICE OF FILING OF AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that pursuant to the Court's *Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* [Docket No. 71], an auction with respect to any and all of the Debtors' assets was held on July 19, 2017.

**PLEASE TAKE FURTHER NOTICE** that the transcript of the auction is attached hereto as Exhibit A.

Dated: July 26, 2017
Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for the Debtor and Debtor-in-Possession*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

# Exhibit A

1
       IN THE UNITED STATES BANKRUPTCY COURT
2
         FOR THE DISTRICT OF DELAWARE
          BANKRUPTCY PETITION #: 17-10866-KG
3

4

5    DEBTOR,
    ADAMS RESOURCES
6    EXPLORATION CORPORATION

7

8

9

10
              BANKRUPTCY AUCTION
11
               JULY 19, 2017

12

13

14

15

16

17

18

19

20

21

22

23

24    Reported By: Kateri A. Flot-Davis

25    Job No: 127208

```
 1
 2
 3
 4
 5        The BANKRUPTCY AUCTION was taken in the above
 6     styled and numbered cause on July 19, 2017,
 7     from 10:00 a.m. to 1:00 p.m., before KATERI A.
 8     FLOT-DAVIS, CSR, CCR in and for the State of
 9     Texas, reported by machine shorthand, at the
10     offices of Locke Lord, LLP, 600 Travis Street,
11     Ste. 2800, Houston, Texas, pursuant to the
12     Federal Rules of Civil Procedure and the
13     provisions stated on the record herein.
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    A P P E A R A N C E S

2

3     FOR THE DEBTOR:

4      WILLIAM SULLIVAN, ESQ.
       WILLIAM HAZELTINE, ESQ.
5      Sullivan Hazeltine Allison
       901 North Market Street
6      Wilmington, DE 19801

7

8     Also Present:

9     STAN MASTIL, Gavin/Solomese, LLC
      JOHN RINEY, Adams Resources Exploration Corp.
10    DEON WARNER, Oil & Gas Clearinghouse
      PATRICK DAPRA, Oil & Gas Asset Clearinghouse
11    ROBIN OWEN, Sequitur
      JOSHUA WOLFSHOHL, Sequitur
12    MIKE VAN DENBOLD, Sequitur
      STEPHANIE HOLDEN, Texas Brine, Sher Gamer
13    ROBIN GALVIN, Bendel Ventures, LP1
      (Via Conference Call)
14    SANDY CHALMERS, Bendel Ventures, LP1
      (Via Conference Call)
15    JOE BARRY, Young Connoway
      JASON CERISE, Locke Lord, LLP
16    JOSH ANDERS, Adams Resources & Energy, Inc.
      RICARDO PALACIO, Ashby & Geddes

17

18

19

20

21

22

23

24

25

1                     INDEX

                                        PAGE
2

3

4

5    Appearances.............................    3

6

7

8    Reporter's Certificate...................   12

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    EXHIBITS

2

3    NO.    DESCRIPTION                        PAGE

4

5    Exhibit 1    Letter dated July 17, 2017
                  From Sequitur Energy
6                  Resources, LLC, addressed to
                  John Riney, et al.......... 10
7

8

9    Exhibit 2    Letter dated July 17, 2017
                  From Bendel Ventures, LP1,
10                 Att:  Pat Dapra, Re:  Bid
                  Offer to Purchase Certain
11                 Assets of Adams Resources
                  Exploration Corporation
12                 ("Adams").................. 10

13

14

15

16

17

18

19

20

21

22

23

24

25

1                P R O C E E D I N G S

2

3

4              MR. SULLIVAN:  This is Bill

5   Sullivan and Bill Hazeltine, counsel for

6   the counsel for the debtor, Adams

7   Resources Exploration Corporation in

8   Case No. 17-10866-KG, pending in the

9   United States Bankruptcy Court for the

10  District of Delaware.  This is the time

11  scheduled for the auction of the debtor's

12  assets, pursuant to procedures approved by

13  the court under the Sale Procedures Order

14  in the Act of Sale Procedures.

15              We are in a conference room

16  in Houston, Texas, at the offices of Locke

17  Lord.

18              The bidders attending the

19  auction are Sequitur Energy Resources,

20  LLC, attending in person, and Bendel

21  Ventures, LP, attending by telephone.

22              Are there any other bidders

23  present for the auction?

24              Okay.

25              The debtor has reviewed the

P R O C E E D I N G S

1
2    bids that have been submitted and the
3    debtor accepts two bids for separate sets
4    of assets as the highest and best bids
5    received to date for those assets.
6              Those bids are as follows:
7    First, the debtor is accepting a bid,
8    which is being made by Sequitur Permian,
9    LLC, for approximately 170 wells in the
10   Permian Basin.
11             The terms of the bid for
12   those assets are set forth in Sequitur's
13   letter, dated July 17, 2017, which amends
14   its original Bid Letter, dated July 12,
15   2017 and as amended July 14, 2017.
16             There is one change to the
17   Sequitur bid, and that is in Paragraph 7
18   A, Romanette 4, the sentence regarding
19   "representations and warranties relative
20   to title and environmental defects" is
21   being removed from the portion of the
22   offer set forth in the July 14, 2017,
23   letter.
24             The purchase price for the
25   assets Sequitur is acquiring is

```
 1              P R O C E E D I N G S
 2    $2,560,950.
 3                The debtor, in consultation
 4    with its professionals and its lender, has
 5    determined that the Sequitur bid is the
 6    highest and best bid for the assets that
 7    are subject to the bid and there is no
 8    backup bidder.
 9                The second bid is a bid made
10    by Bendel Ventures, LP1.  It is a bid for
11    approximately 170 wells outside of the
12    Permian Basin.
13                The terms of the bid are set
14    forth in a letter, dated July 17, 2017,
15    with an attached Exhibit 1 listing the
16    wells included in the bid.
17                The bid is for a purchase
18    price amount of $1,705,000.
19                There has been one change to
20    the Bid Letter.  That change is with
21    respect to the deposit provision in
22    Paragraph 7.  The deposit has been
23    received by the escrow agent and,
24    therefore, that condition in Paragraph 7
25    has been satisfied.
```

P R O C E E D I N G S

1
2           The debtor, in connection
3   with its professionals and its lender, has
4   determined that the Bendel Ventures, LP1
5   bid for the assets identified on Exhibit 1
6   to the Bendel Ventures' bid is the highest
7   and best bid for those assets, and that
8   bid is accepted.  There is no backup bid.
9           With respect to the wells
10  and other assets which were not included
11  in either the Bendel Ventures' bid or the
12  Sequitur Permian bid -- the auction is
13  being continued.  There is a revised bid
14  deadline of 5:00 p.m. on Friday, July 21.
15  That's 5:00 p.m. Eastern Time for bids on
16  the additional assets to be submitted.
17          Bids are subject to the same
18  sale procedures approved by the court, and
19  the debtor will review those bids and
20  schedule an auction, if necessary, to be
21  held telephonically early the week of
22  July 24th, again, only if necessary, and
23  the scheduling of the auction will be
24  handled in coordination with qualifying
25  bidders.

```
1              P R O C E E D I N G S
2                   Copies of the two bids that
3   have been accepted will be attached to the
4   transcript of this auction.
5
6                   (Exhibit No. 1 Marked)
7                   (Exhibit No. 2 Marked)
8
9                   MR. SULLIVAN:  Does any
10  party have anything further for the record
11  for the auction?  Okay.
12                  MS. CHALMERS:  I have one
13  thing to add that I want to put on the
14  record.
15                  Under the sales procedures,
16  I think was a three-day funding, and we
17  had communicated that we would be funding
18  10 business days after the APA was
19  concluded and closing requirements had
20  been met.
21                  MR. SULLIVAN:  Can you
22  please identify yourself for the record?
23                  MS. CHALMERS:  Sandy
24  Chalmers with Bendel Ventures, LP1.
25                  MR. SULLIVAN:  Okay.  And to
```

1              P R O C E E D I N G S

2    confirm that:  The funding issue will be

3    dealt in connection with an APA to be

4    signed and a Sale Order to be approved by

5    the court and we will address that with

6    those documents.

7                MS. CHALMERS:  Perfect.

8    Thank you.

9                MR. SULLIVAN:  Any party

10   have anything else for the record?

11               Okay.  This portion of the

12   auction is closed, and as noted, the

13   auction will be reconvened, if necessary

14   and appropriate, early the week of

15   July 24th.

16               Thanks everyone.

17

18

19

20

21

22

23

24

25

1

2    STATE OF TEXAS:

3

4    COUNTY OF HARRIS:

5

6           I, Kateri A. Flot-Davis,

7    Certified Shorthand Reporter in and for

8    the State of Texas, hereby certify  that

9    the foregoing transcript is done to the

10   best of my ability and reflects

11   proceedings.

12           I further certify that I am

13   neither counsel for, related to, nor

14   employed by any of the parties or

15   attorneys in the action in which this

16   proceeding was taken, and further that I

17   am not financially or otherwise interested

18   in the outcome of the action.

19           Certified to by me this 24th day of

20   July, 2017.

21

22   _____
          Kateri A. Flot-Davis
          Texas CSR No. 8462
23        Expiration Date: 12-31-17
          TSG Worldwide Reporting
24        (877) 702-9580

25

# EXHIBIT 1



July 17, 2017

**VIA ELECTRONIC MAIL**

Mr. John Riney    johnr@adamsresources.com
Adams Resources Exploration Corporation
17 South Briar Hollow Lane, Suite 100
Houston, Texas 77027

Mr. Gavin Solmonese LLC
919 North Market Street, Suite 600
Wilmington, DE 19801
Attn: Mr. Stan Mastil    stanley.mastil@gavinsolmonese.com

Mr. Patrick DaPra    pdapra@ogclearinghouse.com
Oil & Gas Asset Clearinghouse, LLC
1235 North Loop West, Suite 500
Houston, Texas 77088

Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Attn:    William D. Sullivan    bsullivan@sha-llc.com
         William A. Hazeltine    whazeltine@sha-llc.com

Ashby & Geddes
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Attn:    Ricardo Palacio    rpalacio@ashby-geddes.com
         Gregory A. Taylor    gtaylor@ashby-geddes.com

To Whom it May Concern:

Pursuant to the *Order (A) Approving Sales Procedures in Connection with Sale of Substantially All of the Debtors' Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* (the "Sale Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware, (the "Bankruptcy Court") on May 24, 2017, in Case No. 17-10866 (KG), Sequitur Permian, LLC ("Sequitur") offered to purchase, under the terms and conditions set forth in its bid letter dated July 12, 2017, as amended on July 14, 2017 but effective as July 12, 2017, (the "Offer"), that portion of the Oil and Gas Assets and other assets relating thereto of Adams Resources Exploration Corporation ("Seller") INSOFAR AND ONLY INSOFAR as such Oil and Gas Assets are located in the Permian Basin area in Crockett, Irion, Midland, Reagan, Sutton and Lavaca

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
July 17, 2017
Page 2

Counties, Texas (the "Permian Basin Assets"), free and clear of all liens, claims and other burdens, other than noted in the oil and gas leases of record or agreed to by Sequitur in advance, as well as a Bill of Sale for all wells and associated equipment and personal property.

In conjunction with the Offer, Sequitur performed due diligence to ascertain the extent of potential title and environmental matters affecting the Permian Basin Assets. Sequitur is the Operator for many of the Permian Basin Assets, but there are approximately 77 wells within the Permian Basin Assets that Sequitur does not operate and is unable to acquire sufficient data via Adams' data room or public records.

Sequitur hereby amends its Offer (the "Offer Amendment") as follows:

    1. The Offer Amendment shall pertain to the Oil and Gas Assets INSOFAR AND ONLY INSOFAR as such Oil and Gas Assets are (i) located within the boundaries of Crockett and Irion Counties, Texas, and (ii) operated by SEM Operating Company LLC or its affiliates.

    2. The Purchase Price is hereby amended to be $2,560,950.

    3. All other terms and conditions of the Offer shall remain unchanged except as amended by this Offer Amendment.

    4. Terms used but not defined herein shall have the meaning ascribed to such terms in the Sale Procedures Order.

We appreciate your consideration of this Offer Amendment and look forward to hearing from you.

SEQUITUR PERMIAN, LLC

By: _____
Mike C. van den Bold
President and Chief Operating Officer


Sequitur
ENERGY RESOURCES LLC

July 14, 2017

**<u>VIA ELECTRONIC MAIL</u>**

Mr. John Riney    johnr@adamsresources.com
Adams Resources Exploration Corporation
17 South Briar Hollow Lane, Suite 100
Houston, Texas 77027

Mr. Gavin Solmonese
919 North Market Street, Suite 600
Wilmington, DE 19801
Attn: Mr. Stan Mastil    stanley.mastil@gavinsolmonese.com

Mr. Patrick DaPra    pdapra@ogclearinghouse.com
Oil & Gas Assets Clearinghouse, LLC
1235 North Loop West, Suite 500
Houston, Texas 77088

Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Attn:    William D. Sullivan    bsullivan@sha-llc.com
         William A. Hazeltine    whazeltine@sha-llc.com

Ashby & Geddes
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Attn:    Ricardo Palacio    rpalacio@ashby-geddes.com
         Gregory A. Taylor    gtaylor@ashby-geddes.com

To Whom it May Concern:

Pursuant to the *Order (A) Approving Sales Procedures in Connection with Sale of Substantially All of the Debtors' Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* (the "Sale

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
July 14, 2017
Page 2

Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware, (the "Bankruptcy Court") on May 24, 2017, in Case No. 17-10866 (KG), Sequitur Permian, LLC ("Sequitur") offers to purchase, under the terms and conditions set forth in this letter (the "Offer"), that portion of the Oil and Gas Assets and other assets relating thereto of Adams Resources Exploration Corporation ("Seller") INSOFAR AND ONLY INSOFAR as such Oil and Gas Assets are located in the Permian Basin area in Crockett, Irion, Midland, Reagan, Sutton and Lavaca Counties, Texas (the "Permian Basin Assets"), free and clear of all liens, claims and other burdens, other than noted in the oil and gas leases of record or agreed to by Sequitur in advance, as well as a Bill of Sale for all wells and associated equipment and personal property. Terms used but not defined herein shall have the meanings ascribed to such terms in the Sale Procedures Order.

As Operator of a majority of the wells comprising the Permian Basin Assets, Sequitur is well qualified to acquire the Permian Basin Assets. Sequitur is well capitalized, and its management team has a successful track record of acquiring and operating Midland Basin assets. Sequitur has corporate authority to submit this proposal, subject to approval of final terms and definitive documents by Sequitur's Board of Directors.

This Offer, dated July 14, 2017, but effective as of July 12, 2017, is submitted in supplement to Sequitur's initial Offer of July 12, 2017, the collective terms of which are hereby conditioned upon Seller's acceptance of the following terms and conditions:

    1. Agreement to Buy and Sell. Subject to and upon the terms and conditions of this Offer and a mutually acceptable Asset Purchase Agreement (the "Agreement"), with terms substantially similar to those set forth in the APA attached to the Sale Procedures Order, Seller shall sell to Sequitur, and Sequitur shall purchase and receive from Seller, the Permian Basin Assets. Sequitur is positioned to move quickly to negotiate and conclude the Agreement.

    2. Consideration. In consideration for the sale of the Permian Basin Assets, Sequitur shall pay or deliver in accordance with the Agreement cash upon closing in the amount of $3,414,600 (the "Purchase Price"), subject to normal and customary adjustments as set forth in the Agreement. Sequitur's Offer is not subject to any financing contingencies of any kind, and does not request or entitle Sequitur to any transaction or break-up fee, expense reimbursement, or similar type of payment. Sequitur does not anticipate designating any executory contracts to be assumed and assigned under the Agreement at this time.

    3. Effective Date. The Effective Date of the purchase and apportionment of revenue and expenses of the Permian Basin Assets sale shall be 7:00 a.m. Central Standard Time on August 1, 2017 (the "Effective Date").

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
July 14, 2017
Page 3

4. <u>Due Diligence</u>. Sequitur (i) has completed its due diligence with respect to this Offer for the purchase of the Permian Basin Assets, and this Offer is not subject to the completion of any unperformed or uncompleted due diligence; (ii) has relied solely upon its own independent review, investigation, and inspection of the Permian Basin Assets; (iii) did not rely upon any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express, implied, by operation of law, or otherwise, regarding the Permian Basin Assets, or the completeness of any information provided in connection therewith or the Auction, except what shall be stated in the Agreement, and (iv) agrees any non-disclosure agreement/confidentiality agreement entered into with the <u>Debtor</u> shall be enforceable by the <u>Prevailing Bidder(s)</u>.

5. <u>Ability to Close</u>. Sequitur has sufficient cash or other sources committed and available funds to enable it to perform all of its obligations under the Agreement and the other transaction documents to which it will be a party, including to pay or deliver the Purchase Price in accordance with the terms of the Agreement.

6. <u>Authority</u>. Sequitur has the requisite power and authority to submit, execute, deliver and perform the Agreement and consummate the transaction contemplated thereby.

7. <u>Other Contingencies</u>. This Offer is specifically subject to the following:

   a. Execution of a mutually acceptable Agreement which includes, among other provisions or attachments: (i) an Assignment of the oil and gas leases/working interests constituting the Permian Basin Assets, (ii) a Bill of Sale identifying and conveying all wells and equipment associated with the Permian Basin Assets, (iii) terms providing for a <u>Deposit</u> in the amount of Ten (10%) Percent of the Purchase Price and (iv) Seller's representations and warranties relative to title and environmental defects with a Purchase Price adjustment for material defects; and

   b. Seller shall notify Sequitur at 10:00 a.m. CST on July 13, 2017, whether Sequitur is the highest monetary bidder for the Permian Basin Assets, in which event Sequitur shall deliver to Seller the Deposit within 24 hours and Seller shall deem Sequitur to be a Qualifying Bidder per the terms of the Sale Procedures.

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
Page 4

8. <u>Notices</u>.  All contacts or communications to Sequitur should be directed as follows:

> Sequitur Permian, LLC
> Two Briarlake Plaza
> 2050 W. Sam Houston Pkwy. S., Suite 1850
> Houston, Texas 7042
> Attn:  Mike van den Bold
> mcvdb@sequiturenergy.com
> 713.395.3004

We appreciate your consideration of this Offer and look forward to hearing from you.

SEQUITUR PERMIAN, LLC

By: _____

Mike C. van den Bold
President and Chief Operating Officer



## Sequitur
ENERGY RESOURCES LLC

July 12, 2017

<u>**VIA ELECTRONIC MAIL**</u>

Mr. John Riney    johnr@adamsresources.com
Adams Resources Exploration Corporation
17 South Briar Hollow Lane, Suite 100
Houston, Texas 77027

Mr. Gavin Solmonese
919 North Market Street, Suite 600
Wilmington, DE 19801
Attn: Mr. Stan Mastil    stanley.mastil@gavinsolmonese.com

Mr. Patrick DaPra    pdapra@ogclearinghouse.com
Oil & Gas Assets Clearinghouse, LLC
1235 North Loop West, Suite 500
Houston, Texas 77088

Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Attn:   William D. Sullivan    bsullivan@sha-llc.com
        William A. Hazeltine   whazeltine@sha-llc.com

Ashby & Geddes
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Attn:   Ricardo Palacio      rpalacio@ashby-geddes.com
        Gregory A. Taylor    gtaylor@ashby-geddes.com

To Whom it May Concern:

Pursuant to the *Order (A) Approving Sales Procedures in Connection with Sale of Substantially All of the Debtors' Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* (the "Sale

Sequitur Permian, LLC.
24 Smith Road, Suite 600 · Midland, Texas 79705      Two Briarlake Plaza · 2050 West Sam Houston Parkway S, Suite 1850
P.O. Box 50608 · Midland, Texas 79710                Houston, Texas 77042 · SequiturEnergy.com
432·218·2001 · f) 888·400·4170                       713·395·3000 · f) 713·395·3099

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
Page 2


Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware, (the "Bankruptcy Court") on May 24, 2017, in Case No. 17-10866 (KG), Sequitur Permian, LLC ("Sequitur") offers to purchase, under the terms and conditions set forth in this letter (the "Offer"), that portion of the Oil and Gas Assets and other assets relating thereto of Adams Resources Exploration Corporation ("Seller") INSOFAR AND ONLY INSOFAR as such Oil and Gas Assets are located in the Permian Basin area in Crockett, Irion, Midland and Reagan Counties, Texas (the "Permian Basin Assets"), free and clear of all liens, claims and other burdens, other than noted in the oil and gas leases of record or agreed to by Sequitur in advance, as well as a Bill of Sale for all wells and associated equipment and personal property. Terms used but not defined herein shall have the meanings ascribed to such terms in the Sale Procedures Order.

As Operator of a majority of the wells comprising the Permian Basin Assets, Sequitur is well qualified to acquire the Permian Basin Assets. Sequitur is well capitalized, and its management team has a successful track record of acquiring and operating Midland Basin assets. Sequitur has corporate authority to submit this proposal, subject to approval of final terms and definitive documents by Sequitur's Board of Directors. Sequitur will promptly seek and anticipates expedited approval of such terms and documents after receipt of Seller's notice that Sequitur is the Prevailing Bidder pursuant to the Auction.

This Offer is conditioned upon Seller's acceptance of the following terms and conditions:

1. _Agreement to Buy and Sell._  Subject to and upon the terms and conditions of this Offer and a mutually acceptable Asset Purchase Agreement (the "Agreement"), with terms substantially similar to those set forth in the APA attached to the Sale Procedures Order, Seller shall sell to Sequitur, and Sequitur shall purchase and receive from Seller, the Permian Basin Assets. Sequitur is positioned to move quickly to negotiate and conclude the Agreement.

2. _Consideration._  In consideration for the sale of the Permian Basin Assets, Sequitur shall pay or deliver in accordance with the Agreement cash upon closing in the amount of $3,414,600 (the "Purchase Price"), subject to normal and customary adjustments as set forth in the Agreement. Sequitur's Offer is not subject to any financing contingencies of any kind, and does not request or entitle Sequitur to any transaction or break-up fee, expense reimbursement, or similar type of payment. Sequitur does not anticipate designating any executory contracts to be assumed and assigned under the Agreement at this time.

3. _Effective Date._  The Effective Date of the purchase and apportionment of revenue and expenses of the Permian Basin Assets sale shall be 7:00 a.m. Central Standard Time on August 1, 2017 (the "Effective Date").

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
Page 3

4.  Due Diligence.  Sequitur (i) other than confirmatory title and environmental due diligence, has completed its due diligence with respect to this Offer for the purchase of the Permian Basin Assets, and this Offer is not otherwise subject to the completion of any unperformed or uncompleted due diligence; (ii) has relied solely upon its own independent review, investigation, and inspection of the Permian Basin Assets; (iii) did not rely upon any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express, implied, by operation of law, or otherwise, regarding the Permian Basin Assets, or the completeness of any information provided in connection therewith or the Auction, except what shall be stated in the Agreement, and (iv) agrees any non-disclosure agreement/confidentiality agreement entered into with the Debtor shall be enforceable by the Prevailing Bidder(s).

5.  Ability to Close.  Sequitur has sufficient cash or other sources committed and available funds to enable it to perform all of its obligations under the Agreement and the other transaction documents to which it will be a party, including to pay or deliver the Purchase Price in accordance with the terms of the Agreement.

6.  Authority.  Sequitur has the requisite power and authority to submit, execute, deliver and perform the Agreement and consummate the transaction contemplated thereby.

7.  Other Contingencies.  This Offer is specifically subject to the following:

    a.  Execution of a mutually acceptable Agreement which includes, among other provisions or attachments, an Assignment of the oil and gas leases/working interests constituting the Permian Basin Assets, and a Bill of Sale identifying and conveying all wells and equipment associated with the Permian Basin Assets, and terms providing for a Deposit in the amount of Ten (10%) Percent of the Purchase Price (due upon Sequitur's receipt of notice from Seller that Sequitur is deemed to be the Prevailing Bidder);

    b.  Approval of the transaction of Sequitur's Board of Directors, which shall be promptly requested if Sequitur is deemed to be the Prevailing Bidder, with anticipated approval within three (3) business days;

    c.  Approval of any regulatory agencies required, if any, including the State of Texas or appropriate county authorities for the transfer of the Permian Basin Assets; and

    d.  Seller having secured any necessary consents to assign the Permian Basin Assets.

Mr. John Riney and Notice Parties
Adams Resources Exploration Corporation
Page 4

8. Notices.  All contacts or communications to Sequitur should be directed as follows:

Sequitur Permian, LLC
Two Briarlake Plaza
2050 W. Sam Houston Pkwy. S., Suite 1850
Houston, Texas 7042
Attn:  Mike van den Bold
mcvdb@sequiturenergy.com
713.395.3004

We appreciate your consideration of this Offer and look forward to hearing from you.

SEQUITUR PERMIAN, LLC

By: _____
Mike C. van den Bold
President and Chief Operating Officer

# EXHIBIT 2

Bendel Ventures, LP1

July 17, 2017


Attn: Pat Dapra
Oil and Gas Asset Clearinghouse
pdapra@ogclearinghouse.com


Re: Bid Offer to Purchase Certain Assets of Adams Resources Exploration Corporation
("Adams")

Bendel Ventures LP 1 ("Bendel") hereby offers to purchase from Adams all of Adams' right,
title and interest in and to the Assets (defined below), subject to the following conditions:

1. The Assets shall be comprised solely of the leases and interests identified in Exhibit 1
   attached hereto, together with all written contracts, Permits, books and records and
   ancillary rights relating thereto ( "Assets");
2. The effective date of the purchase shall be July 1st, 2017 ("Effective Date");
3. All revenues resulting from production from the Assets on and after the Effective Date
   shall belong to Bendel, and all obligations arising out of the ownership and operation of
   the Assets after the Effective Date shall be assumed by Bendel;
4. The transfer of the Assets shall be by Assignment, Bill of Sale and Assumption
   Agreement ( "Assignment"), in a form mutually acceptable to Bendel and Adams;
5. Bendel shall purchase the Assets As Is Where Is, provided that Assumed Environmental
   Liabilities shall relate only to ownership and operation of the Assets after the Effective
   Date;
6. The Purchase Price bid herein for the Assets shall be $1,705,000, inclusive of the
   Deposit. The "Deposit" shall be $85,250 which is 5% of the Purchase Price bid. All
   Deposit funds delivered by Bendel shall be either applied to the Purchase Price at
   consummation of the sale and delivery of the Assignment by Adams or returned in full to
   Bendel by the Escrow Agent;
7. The Deposit shall be delivered by Bendel in to the Escrow Agent under the Escrow
   Account identified by Adams or its agent upon execution of the Asset Purchase
   Agreement ("APA") by Adams and Bendel, which execution may be done by
   counterpart, the signature pages of which electronically transmitted among the parties;
8. The form of the APA shall be the form APA delivered by Adams to Bendel prior to this
   bid, but the APA shall be modified to fit the Assets and the terms and conditions of this
   bid. Bendel shall provide Adams with a redlined markup of the APA within 5 business
   days after acceptance of this bid in writing by Adams or its agent for review and
   consideration by Adams; and Closing will occur no later than ten business days following
   the satisfaction and/or waiver of all conditions to Closing as agreed in the APA.
9. Any Cure Amounts, as defined in the APA and attributable to the Assets, shall reduce the
   Purchase Price bid herein dollar for dollar, so that the final Purchase Price for the Assets
   shall be net of the Cure Amounts;

10. This bid shall remain effective until either accepted or rejected in writing by Adams; provided however, if the Bankruptcy Court shall have not, within 30 days from the date of this bid, entered the Approval Order covering the sale by Adams of the Assets to Bendel under the terms hereof, this bid shall be deemed withdrawn by Bendel, with no further obligation of either Bendel or Adams to each other.

We appreciate the opportunity to make the offer.  We look forward to hearing from you.

Regards,

BENDEL VENTURES, LP1

By:    RS Reserve Management, LLC
       General Partner

By:    Robin C. Galvin
       President

**Exhibit 1**
Offer to Purchase, July 17, 2017
Between Bendel Ventures, LP1 (Buyer) and Adams Resources Exploration, Corp.

| Well/Unit Name | Operator | County | State | Status | API Number | WI (dec) | NRI (dec) |
|---|---|---|---|---|---|---|---|
| BODCAW 1 & 2 | BONANZA CREEK ENERGY | LAFAYETTE | AR | Producing | 03-073-10353 | 0.00000000 | 0.06250000 |
| ESTERS 1 | WEISER-BROWN OPER. | LAFAYETTE | AR | Producing | 03-073-11472 | 0.05352900 | 0.04145431 |
| JAMES LIME UNIT | BONANZA CREEK ENERGY | LAFAYETTE | AR | Producing | 03-073-10395 | 0.02897000 | 0.03520615 |
| DOCKERY 1 | WEISER-BROWN OPER. | NEVADA | AR | Producing | | 0.00562500 | 0.00484977 |
| FOOTE 1 | WEISER-BROWN OPER. | NEVADA | AR | Producing | | 0.00562500 | 0.00484977 |
| J&B SMITH 1 | WEISER-BROWN OPER. | NEVADA | AR | Producing | | 0.00562500 | 0.00484977 |
| MILL CREEK 1 | WEISER-BROWN OPER. | NEVADA | AR | Shut-in | | 0.01782240 | 0.01530006 |
| WARNOCK FLP 1 | WEISER-BROWN OPER. | NEVADA | AR | Shut-in | 03-099-11084 | 0.00562500 | 0.00484977 |
| BARKER 1-21 | SENECA RES. | PRATT | KS | Shut-in | | 0.05000000 | 0.04018750 |
| MARQUEST-SWISHER 1-24 | CROFT PETROLEUM | GLACIER | MT | Producing | 25-035-21449 | 0.12500000 | 0.11093750 |
| S CENT CUTBANK UNT | QUICK SILVER | GLACIER | MT | Producing | | 0.00732120 | 0.00628328 |
| HILL E 2-25 | SHERIDAN PRODUCTION | GARVIN | OK | Producing | 35-049-23512 | 0.12500000 | 0.09625000 |
| BIRCH CREEK FOREST 1-H | RAMTEX | BURLESON | TX | Producing | 42-051-32277 | 0.11998004 | 0.09284850 |
| DALIO 1 | HILCORP | FORT BEND | TX | Producing | 42-157-32169 | 0.09130000 | 0.06761901 |
| FOSTER CREEK ESTATES 1 | HILCORP | FORT BEND | TX | Shut-in | 42-157-32320 | 0.01000000 | 0.00775315 |
| FOSTER FARMS 1 | HILCORP | FORT BEND | TX | Producing | 42-157-32352 | 0.01000000 | 0.00700000 |
| FOSTER FARMS 2 | HILCORP | FORT BEND | TX | Producing | 42-157-32328 | 0.01000000 | 0.00700000 |
| FOSTER FARMS DEEP 1 | ECA HOLDINGS | FORT BEND | TX | Producing | 42-157-32218 | 0.05000000 | 0.03700000 |
| GLESS 1 | HILCORP | FORT BEND | TX | Producing | 42-157-32363 | 0.01000000 | 0.00766501 |
| IMPARATO 1 | HILCORP | FORT BEND | TX | Producing | 42-157-32234 | 0.01000000 | 0.00779784 |
| IMPARATO 3 | HILCORP | FORT BEND | TX | Producing | 42-157-32296 | 0.01000000 | 0.00779784 |
| IMPARATO 5 | HILCORP | FORT BEND | TX | Shut-in | 42-157-32345 | 0.01000000 | 0.00779784 |
| MCMILLIAN 1 | HILCORP | FORT BEND | TX | Producing | 42-157-32205 | 0.01000000 | 0.00790235 |
| MCMILLIAN 2 | HILCORP | FORT BEND | TX | Producing | 42-157-32275 | 0.01000000 | 0.00790235 |
| MCMILLIAN 3 | HILCORP | FORT BEND | TX | Producing | 42-157-32293 | 0.01000000 | 0.00790235 |
| MCMILLIAN 4 | HILCORP | FORT BEND | TX | Producing | 42-157-32294 | 0.01000000 | 0.00790235 |
| MCMILLIAN 5 | HILCORP | FORT BEND | TX | Producing | 42-157-32329 | 0.01000000 | 0.00790235 |
| MORNINGSIDE-ROBINSON 1-H | HILCORP | GRIMES | TX | Producing | 42-185-30560 | 0.50000000 | 0.39000000 |
| QUE PASA 1-H | HILCORP | GRIMES | TX | Producing | 42-185-30457 | 0.50000000 | 0.37718920 |
| QUE PASA 3-H | HILCORP | GRIMES | TX | Producing | 42-185-30600 | 0.50000000 | 0.39000000 |
| QUE PASA 4-H | HILCORP | GRIMES | TX | Producing | 42-185-30617 | 0.50000000 | 0.37750000 |
| QUE PASA B 2-H ST | HILCORP | GRIMES | TX | Producing | 42-185-30471 | 0.50000000 | 0.37750000 |
| ROBINSON 1-H | HILCORP | GRIMES | TX | Producing | 42-185-30478 | 0.50000000 | 0.39000000 |
| ROBINSON 2-H | HILCORP | GRIMES | TX | Producing | 42-185-30594 | 0.50000000 | 0.39000000 |
| WARD 1 | B & G PRODUCTION, INC. | Hansford | TX | Producing | 42-195-31187 | 0.25000000 | 0.19916134 |
| WILD HARE UNIT 1H & 2H | PENN VIRGINIA | LAVACA | TX | Producing | 42-285-33935 | 0.00118000 | 0.00088494 |
| BREDTHAUER 2H UNIT 2-H | ENERVEST | LEE | TX | Producing | 42-287-31856 | 0.09765600 | 0.07105370 |
| BREDTHAUER 2-H UNIT 3-H | ENERVEST | LEE | TX | Producing | 42-287-32522 | 0.09765600 | 0.07105370 |
| DANIEL B 1 | ENERVEST | LEE | TX | Producing | 42-287-31726 | 0.08663100 | 0.06584000 |
| EVA MAE UNIT 1,2,3&4 | BROWNING OIL | LEE | TX | Producing | 42-287-31280 | 0.01185593 | 0.01055178 |
| MASSEY 1-H | ENERVEST | LEE | TX | Producing | 42-287-32446 | 0.04747050 | 0.03527770 |
| MOZELLE HANCOCK 2 | ENERVEST | LEE | TX | Producing | 42-287-32460 | 0.09801000 | 0.07435100 |
| PAMELA 1RE & 2RE | ENERVEST | LEE | TX | Producing | 42-287-31740 | 0.08990000 | 0.06742695 |
| RAPPAPORT UNIT 1H | ENERVEST | LEE | TX | Producing | 42-287-31866 | 0.12231040 | 0.08806000 |
| SCHULZE O.L. UNIT 1-H | ENERVEST | LEE | TX | Producing | 42-287-32425 | 0.04386000 | 0.03287518 |
| 4M TALL PINES 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33192 | 0.03373157 | 0.02711409 |
| ACLCO 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33153 | 0.01000000 | 0.00735000 |
| ACLCO 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33267 | 0.01000000 | 0.00735000 |

**Exhibit 1**
**Offer to Purchase, July 17, 2017**
**Between Bendel Ventures, LP1 (Buyer) and Adams Resources Exploration, Corp.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACLCO 3H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33268 | 0.01000000 | 0.00735000 |
| ACLCO 4H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33269 | 0.01000000 | 0.00735000 |
| ACLCO 5H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33270 | 0.01000000 | 0.00735000 |
| ACLCO 6H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33271 | 0.01000000 | 0.00735000 |
| ACLCO 7H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33272 | 0.01000000 | 0.00735000 |
| ATKINSON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33157 | 0.02000000 | 0.01500370 |
| ATTOYAC RIVER RANCH 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33197 | 0.04792970 | 0.03692885 |
| ATTOYAC RIVER RANCH 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33199 | 0.04792970 | 0.03692885 |
| BADDERS FAMILY TRUST 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33232 | 0.01280100 | 0.00975643 |
| BAILEY, T.G. 1H ST | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33309 | 0.02000000 | 0.01496335 |
| BAKER 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33238 | 0.01892583 | 0.01456722 |
| BARTON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33300 | 0.05000000 | 0.03740763 |
| BETTYE JANE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33308 | 0.05000000 | 0.03750000 |
| BETTYE JANE 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33352 | 0.05000000 | 0.03750000 |
| BRENT MILLER A2 1H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33315 | 0.00287050 | 0.00217038 |
| BRENT MILLER A2 2H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33316 | 0.00287050 | 0.00217038 |
| BRENT MILLER A6 1H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33281 | 0.00035600 | 0.00026721 |
| BRENT MILLER A6 2H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33285 | 0.00035600 | 0.00026721 |
| BRENT MILLER A6 3H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33286 | 0.00035600 | 0.00026721 |
| BRITTAIN 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33305 | 0.05000000 | 0.03648237 |
| CAMERON MINERALS SU 1H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33179 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 2H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33273 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 3HB | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33277 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 4H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33274 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 5HB | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33280 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 6H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33276 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 7HB | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33278 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 8H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33275 | 0.01000000 | 0.00735000 |
| CAMERON MINERALS SU 9HB | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33279 | 0.01000000 | 0.00735000 |
| CLAYTON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33218 | 0.05000000 | 0.03756953 |
| COFFMAN 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33201 | 0.02000000 | 0.01500000 |
| CRANE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33141 | 0.02000000 | 0.01533225 |
| CRANE 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Shut-in | 42-347-33170 | 0.02000000 | 0.01533225 |
| DOROTHY 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33211 | 0.01046884 | 0.00789266 |
| EDGAR 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33183 | 0.05000000 | 0.03756414 |
| EL CAMINO REAL 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33241 | 0.05000000 | 0.03978136 |
| GAMMAGE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-32991 | 0.05000000 | 0.03997452 |
| GEORGE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33294 | 0.05000000 | 0.03709085 |
| GLASS ONION GU 1H | SAMSON LONE STAR | NACOGDOCHES | TX | Producing | 42-347-33225 | 0.00942674 | 0.00706082 |
| GLAZE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Shut-in | 42-347-33250 | 0.01904914 | 0.01446871 |
| GLAZE 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33251 | 0.01904914 | 0.01446871 |
| GOMEZ SU B 1H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33231 | 0.00108140 | 0.00081104 |
| GOMEZ SU C 1H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-347-33254 | 0.00005832 | 0.00004374 |
| GRIZZLIES DU 1H | XTO ENERGY | NACOGDOCHES | TX | Producing | 42-347-33208 | 0.00885067 | 0.00701590 |
| HANNA 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33217 | 0.05000000 | 0.03637350 |
| HASSELL 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33084 | 0.04961271 | 0.03904939 |
| HASSELL 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33109 | 0.05062521 | 0.03983101 |
| HASSELL 3H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33110 | 0.05062521 | 0.03983101 |
| HASSELL 5H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33135 | 0.05062521 | 0.03983101 |

Exhibit 1
Offer to Purchase, July 17, 2017
Between Bendel Ventures, LP1 (Buyer) and Adams Resources Exploration, Corp.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HASSELL 7H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33150 | 0.05062521 | 0.03983101 |
| HAYNES 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33227 | 0.05000000 | 0.03750000 |
| HAYNES 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33263 | 0.05000000 | 0.03750000 |
| HAYNES 3H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33262 | 0.05000000 | 0.03750000 |
| HAYNES 4H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33265 | 0.05000000 | 0.03750000 |
| HAYNES 5H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33266 | 0.05000000 | 0.03750000 |
| HENDERSON TRUST 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33164 | 0.02000000 | 0.01503963 |
| HILL 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Shut-in | 42-347-33062 | 0.05000000 | 0.03967729 |
| HILL 3H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33172 | 0.04840000 | 0.03849728 |
| HILL 4H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33188 | 0.04840000 | 0.03849728 |
| HILL 5H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33189 | 0.04842338 | 0.03849728 |
| HILL 7H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33180 | 0.04840000 | 0.03849728 |
| IRVINE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33174 | 0.05000000 | 0.03750000 |
| JENKINS 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33236 | 0.01500000 | 0.01113732 |
| JUDE 1H | SAMSON LONE STAR | NACOGDOCHES | TX | Producing | 42-347-33235 | 0.02533764 | 0.01903742 |
| KENDRICK 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33219 | 0.05000000 | 0.03746892 |
| KURTH INVESTMENTS 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33182 | 0.01828829 | 0.01394859 |
| LAUREN-ALSTON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33173 | 0.02000000 | 0.01441696 |
| LAUREN-ALSTON 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33178 | 0.02000000 | 0.01441696 |
| LEINART 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33156 | 0.02000000 | 0.01577361 |
| MURRAY 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33137 | 0.01975297 | 0.01486905 |
| MURRAY 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33163 | 0.01975297 | 0.01486905 |
| OLIVER, THOMAS 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33290 | 0.01500000 | 0.01106158 |
| OLIVER, THOMAS 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33291 | 0.01500000 | 0.01106157 |
| OLIVER, THOMAS 3H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33295 | 0.01500000 | 0.01106158 |
| PACE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-365-37415 | 0.05000000 | 0.03751637 |
| PATTON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33304 | 0.05000000 | 0.03750000 |
| PHILLIPS SU 1H | EXCO RES. | NACOGDOCHES | TX | Producing | 42-405-30396 | 0.00054200 | 0.00043360 |
| POP POP 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33085 | 0.05000000 | 0.03932301 |
| RUSSELL 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33246 | 0.05000000 | 0.03755269 |
| SCOGGINS 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33193 | 0.04701926 | 0.03715671 |
| SGT PEPPER GU 1H-R | SAMSON LONE STAR | NACOGDOCHES | TX | Producing | 42-347-33228 | 0.00380456 | 0.00285358 |
| SHOFNER 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33242 | 0.05000000 | 0.03750000 |
| SIMPSON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33243 | 0.05000000 | 0.03771207 |
| STANALAND TRUST 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33194 | 0.02000000 | 0.01502528 |
| STEVE 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33249 | 0.02000000 | 0.01500000 |
| SUNSHINE GU 1H | SAMSON LONE STAR | NACOGDOCHES | TX | Producing | 42-347-33186 | 0.00644467 | 0.00469892 |
| SUTTON 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33169 | 0.02000000 | 0.01484861 |
| TRAINER TRUST 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33162 | 0.02000000 | 0.01505879 |
| TRAINER TRUST 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33203 | 0.02000000 | 0.01505879 |
| WALLACE 2H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33229 | 0.01831777 | 0.01391064 |
| WILMA JEAN 1H | COVEY PARK RESOURCES | NACOGDOCHES | TX | Producing | 42-347-33253 | 0.01985562 | 0.01504464 |
| GILMER, A. ESTATE 1D | XTO ENERGY | ORANGE | TX | Producing | | 0.03534350 | 0.02454919 |
| HEAD 1 | XTO ENERGY | ORANGE | TX | Shut-in | | 0.03534350 | 0.02471902 |
| SUNKIST 1 | RAPTOR RES. | ORANGE | TX | Shut-in | | 0.02681700 | 0.02021060 |
| RED RIVER 164 - PHILLIPS ALLOC 1H | EXCO RES. | SAN AUGUSTINE | TX | Producing | 42-405-30553 | 0.00013330 | 0.00010663 |
| COATES-WRIGHT 1 | MORTIMER PROD. CO. | STARR | TX | Producing | 42-427-34493 | 0.06000000 | 0.04530684 |
| WARD RIP 1100 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-33394 | 0.00000000 | 0.09843750 |
| WARD RIP 2092 | OZARK EXPL. | SUTTON | TX | Shut-in | 42-435-33437 | 0.00000000 | 0.09843750 |

<u>Exhibit 1</u>
Offer to Purchase, July 17, 2017
Between Bendel Ventures, LP1 (Buyer) and Adams Resources Exploration, Corp.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WARD RIP 3092 | OZARK EXPL. | SUTTON | TX | Shut-in | 42-435-34514 | 0.00000000 | 0.09843750 |
| WARD RIP 3101 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-32747 | 0.00000000 | 0.09843750 |
| WARD RIP 4092 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-32752 | 0.00000000 | 0.09843750 |
| WARD RIP 4100 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-33436 | 0.00000000 | 0.09843750 |
| WARD RIP 4101 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-33972 | 0.00000000 | 0.09843750 |
| WARD RIP 5092 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-33987 | 0.00000000 | 0.09843750 |
| WARD RIP 5100 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34596 | 0.00000000 | 0.09843750 |
| WARD RIP 5101 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34232 | 0.00000000 | 0.09843750 |
| WARD RIP 6092 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34513 | 0.00000000 | 0.09843750 |
| WARD RIP 6100 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34630 | 0.00000000 | 0.09843750 |
| WARD RIP 6101 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34233 | 0.00000000 | 0.09843750 |
| WARD RIP 7100 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34669 | 0.00000000 | 0.09843750 |
| WARD RIP 8100 | OZARK EXPL. | SUTTON | TX | Producing | 42-435-34668 | 0.00000000 | 0.09843750 |
| BREDTHAUER 1-H | ENERVEST | WASHINGTON | TX | Producing | 42-477-30612 | 0.09412890 | 0.07073380 |
| COLLINS, MYRTLE 1 RE | ENERVEST | WASHINGTON | TX | Producing | 42-287-30797 | 0.02640000 | 0.01900394 |
| FISCHER, MATTIE 1 RE | ENERVEST | WASHINGTON | TX | Producing | 42-477-30400 | 0.05963000 | 0.04529311 |
| FIVE STAR RANCH 1 RE | ENERVEST | WASHINGTON | TX | Producing | 42-477-30390 | 0.03404000 | 0.02587396 |
| GOODRICH, LEVI UNIT 2 RE | ENERVEST | WASHINGTON | TX | Producing | 42-477-30681 | 0.03324000 | 0.02572625 |
| TRISHA 1 RE | ENERVEST | WASHINGTON | TX | Producing | 42-477-30489 | 0.23370000 | 0.18540000 |
| GARDNER-DUNCAN 1 | OBLAEN RESOURCES LLC | WHARTON | TX | Producing | 42-481-35116 | 0.05000000 | 0.03750000 |

End of Exhibit 1