IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| | ) | **Related Docket No. 71** |
| Debtor. | ) | |

## NOTICE OF FILING OF CONTINUED AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that the initial auction (the "Initial Auction") for the Debtor's Oil and Gas Assets took place on July 19, 2017 at the offices of Locke Lord LLP, JPMorgan Chase Tower, 600 Travis, Suite 2800, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE THAT**, as announced at the Initial Auction and pursuant to the *Notice of Prevailing Bidders and Continuation of Auction* [Docket No. 146], a continued auction (the "Continued Auction") was held at the offices of Sullivan Hazeltine Allinson LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801 on July 27, 2017 with respect to the Debtor's remaining Oil and Gas Assets not sold at the Initial Auction.

**PLEASE TAKE FURTHER NOTICE** that the transcript of the Continued Auction is attached hereto as **Exhibit A**.

Dated: July 28, 2017
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for the Debtor and Debtor-in-Possession*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

In re Adams Resources 07-27-17 Auction.txt

1

```
 1            IN THE UNITED STATES BANKRUPTCY COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3   In Re:                  ) Chapter 11
                             )
 4   ADAMS RESOURCES         )
     EXPLORATION CORP.,      ) Case No. 17-10866 (KG)
 5                           )
        Debtor.              )
 6
 7
 8                       A U C T I O N
 9
10
11              Sullivan Hazeltine Allinson, LLC
                901 North Market Street
12              Suite 1300
                Wilmington, Delaware
13
14              Thursday, July 27, 2017
                2:30 p.m.
15
16
17
18              TRANSCRIPT OF PROCEEDINGS
19
20
21
22                   WILCOX & FETZER
        1330 King Street - Wilmington, Delaware 19801
23                    (302) 655-0477
                      www.wilfet.com
24
```

2

```
 1             (Exhibit A was marked for
 2        identification.)
```

In re Adams Resources 07-27-17 Auction.txt

3   MR. SULLIVAN: We are now on the
4   record. This is Bill Sullivan, counsel for
5   Adams Resources Exploration Corporation. I am
6   in the conference room for my law firm at
7   901 Market Street, Suite 1300 in Wilmington,
8   Delaware.
9        We are here today for the
10  secondary bid auction for Adams Resources
11  Exploration Corporation. There is a court
12  reporter present today to take down all of the
13  proceedings. We are proceeding today
14  according to procedures which were emailed to
15  the qualified bidders and to other persons
16  attending either in person or telephonically
17  last evening at about 7:30 eastern, 6:30
18  central standard time. As is indicated on the
19  procedures, we are going to have two distinct
20  auctions: One for the Batch 1 assets and a
21  second for the Batch 4 assets.
22        With respect to the Batch 1
23  assets, the debtor has received two qualified
24  bids. The debtor received a letter dated

                                              3


1   July 25th, 2017, from Sequitur Permian, LLC,
2   who I will refer to during these proceedings
3   as Sequitur. The debtor also received a
4   letter dated July 21st, which was amended
5   July 25th, from Bendel Ventures LP 1, and I'll
6   refer to them as Bendel Ventures in today's
7   proceedings. The debtor has deemed both of

In re Adams Resources 07-27-17 Auction.txt

8   those bidders to be qualified to participate
9   in today's auction with respect to Batch 1.
10              With respect to Batch 4, the
11  debtor received a letter from Sequitur dated
12  July 25, 2017, and an email from Bendel
13  Ventures dated July 26, 2017, and both of
14  those offers have been deemed to be qualified
15  offers, and both Sequitur and Bendel are
16  qualified to bid on Batch 4 as well.
17              As noted in the procedures
18  circulated last evening, the assets being bid
19  on are set forth in two exhibits: Exhibit 1,
20  which was attached to the email with the
21  procedures, is for Batch 1; Exhibit 4 is for
22  Batch 4.
23              To the extent that there is any
24  difference between the assets listed on

                                                 4

1   Exhibit 1 and Exhibit 4 as against the assets
2   on which the bids were submitted, it's the
3   exhibits that will control. Yesterday we
4   reconciled with each bidder to make sure that
5   everyone was aware exactly what was contained
6   in Exhibit 1 and Exhibit 4 and whether it
7   differed from the bids that were submitted.
8   But to be perfectly clear, what's being bid on
9   today is two sets of assets, one set on
10  Exhibit 1 and one set on Exhibit 4, as
11  circulated at 7:30 eastern, 6:30 central time
12  last evening.

In re Adams Resources 07-27-17 Auction.txt

13          Each of the bidders
14  participating today has already had an offer
15  accepted at the primary auction held in
16  Houston, Texas.  Each of the bidders
17  participating today has been negotiating and
18  circulating APA agreements which will be
19  approved by the court on Tuesday, August 1st,
20  at the sale hearing in this case.  The winning
21  bidder or bidders today, the additional assets
22  acquired pursuant to their bids today will be
23  approved and included with the APA to be
24  approved on August 1st for that party, and the

5

1   APA will be modified appropriately to
2   incorporate the additional assets that are
3   being acquired.
4           That concludes the initial
5   remarks that I have with respect to the
6   auction.  Unless anybody has any questions or
7   comments, we will move forward to the first
8   auction which will be for Batch 1.
9           (No response.)
10          MR. SULLIVAN:  Okay.  Hearing
11  nothing, we are now proceeding with respect to
12  the auction for Batch 1.
13          As noted in the bid procedures,
14  the bid increments for Batch 1 are a minimum
15  of $2,500.  The initial bid that has been
16  accepted as the high bid is the bid from
17  Bendel Ventures at $65,000, and that will be

In re Adams Resources 07-27-17 Auction.txt

18  considered the opening bid for the auction.
19         As indicated in the procedures,
20  each party will have five minutes to make a
21  bid that tops the prior bid by at least the
22  bid increment of $2,500.  In addition, each
23  party will be afforded two opportunities to
24  request a 15-minute break to confer offline,

6

1   and, otherwise, the auction will proceed
2   forward, and we will be recording all of the
3   bids and repeating them back to make sure that
4   they were clearly stated and clearly heard by
5   all parties participating in the auction.
6          The bid procedures ask for one
7   person to be designated on behalf of each
8   party to announce their bid, and so first I
9   want to start with Sequitur Permian, LLC.
10  Sequitur, can you please advise me who will be
11  the person announcing the bids for Sequitur?
12         MR. VAN DEN BOLD:  Mike
13  van den Bold will.
14         MR. SULLIVAN:  For Bendel
15  Ventures LP, can you please --
16         MS. GALVIN:  Robin Galvin.
17         MR. SULLIVAN:  Mike and Robin,
18  for purposes of clarity and for the record,
19  and also because the bids have legal effect,
20  each time you make a bid, I need you to say,
21  this is Mike, or, this is Robin, and then
22  state that Sequitur bids and the amount or,

In re Adams Resources 07-27-17 Auction.txt

23  Bendel Ventures bids, and the amount so that
24  everybody can hear it clearly and the court

7

1   reporter can make sure it's accurate. That's
2   greatly appreciated.
3           Okay. So the time right now is
4   2:47 eastern, according to my computer clock,
5   and the auction is now beginning. There is a
6   bid of $65,000 that has been received from
7   Bendel Ventures, and it is now Sequitur's turn
8   to make a bid.
9           MR. VAN DEN BOLD: Mike
10  van den Bold. Sequitur chooses not to bid.
11          MR. SULLIVAN: Is there any
12  other party on the phone participating with an
13  intention to make a bid?
14          (No response.)
15          MR. SULLIVAN: Okay. The debtor
16  is now going to conclude the auction for the
17  Batch 1 assets, and Bendel Ventures is the
18  winning bidder with a bid of $65,000 for the
19  assets listed on Exhibit 1.
20          We're going to go off the record
21  for one minute. We're staying on the phone,
22  everybody's live, but we're going off the
23  record for one minute and we will resume in
24  one minute.

8

1           (Discussion off the record.)
Page 6

In re Adams Resources 07-27-17 Auction.txt

2          MR. SULLIVAN:  We're going back
3    on the record.
4          The debtor will now proceed with
5    the auction for the assets that have been
6    identified as Batch 4 and that are on
7    Exhibit 4 circulated last evening.  The
8    initial bid which has been accepted by the
9    debtor for Batch 4 is in the amount of
10   $708,000 submitted by Bendel Ventures.  The
11   same procedures apply with the prior auction.
12   With respect to Batch 4, the bid increments
13   are $5,000 minimum.  The time is 2:51 p.m.,
14   and the bid moves to Sequitur.
15         Sequitur, you're on the clock
16   for a bid on Batch 4.
17         MR. VAN DEN BOLD:  This is
18   Mike van den Bold.  Sequitur chooses not to
19   bid.
20         MR. SULLIVAN:  Is there any
21   other party on the telephone that is present
22   and attending and wishes to make a bid on
23   Batch 4?
24         (No response.)

                                              9


1          MR. SULLIVAN:  Hearing nothing,
2    this concludes the auction for the Batch 4
3    assets.  The winning bid for the Batch 4
4    assets is $708,000 submitted by Bendel
5    Ventures.  And there is no backup bidder.
6          There are no further assets for

Page 7

In re Adams Resources 07-27-17 Auction.txt

7  the auction today.  This concludes the
8  secondary auction.  Thank you for your
9  participation.  We're going off the record.
10           (Auction concluded at 2:53 p.m.)
11                - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

                                                  10


1              C E R T I F I C A T E
2   STATE OF DELAWARE)
3                    )
4   NEW CASTLE COUNTY)
5
6
           I, Kimberly A. Hurley,
7   Registered Merit Reporter and Notary Public,
    do hereby certify that the foregoing record,
8   pages 1 to 10 inclusive, is a true and
    accurate transcript of my stenographic notes
9   taken on Thursday, July 27, 2017, in the
    above-captioned matter.
10
           IN WITNESS WHEREOF, I have
11   hereunto set my hand and seal this 27th day of

Page 8

```
                In re Adams Resources 07-27-17 Auction.txt
         July, 2017, at Wilmington.
12
13
14
15
                    Kimberly A. Hurley, RPR, RMR
16
17
18
19
20
21
22
23
24
```

# Adams Resources Exploration Corp.
## Secondary Bid Telephonic Auction Procedures
### Thursday July 27, 2017 2:30 pm EDT/1:30 pm CDT



EXHIBIT A
KH 7/27/17

Dial-In Info:

    Telephone No.: 641-715-3296
    Access Code: 119490#

**Auction Parameters:**

- The Auction will proceed with Batch 1 first, followed by Batch 4.
- Participating Bidders are:
  - (1) Sequitur Permian LLC
  - (2) Bendel Ventures LP 1
- Batch 1 Assets are attached hereto as Exhibit 1.
- Batch 4 Assets are attached hereto as Exhibit 4.
- Each bidder must designate one person to submit its bids on the record.

**Batch 1 Auction:**

- Opening Bid is by Bendel Ventures at $65,000.
- Bid increments are $2,500.

**Batch 4 Auction:**

- Opening Bid is by Bendel Ventures at $708,000.
- Bid Increments are $5,000.

**As to Each Auction:**

- Each bidder has 5 minutes to make a bid that is higher than the prior bid.
- Each bidder will be permitted two 15-minute breaks, if requested, during the auction for each Batch.

AREC Secondary Bid Auction - Exhibit 1

## ADAMS RESOURCES EXPLORATION CORP

### Other Available Wells

#### Batch 1

| Operator | Unit/Well No. | Unit/Well/Name | County/Parish/State | Formation |
|---|---|---|---|---|
| Royalty/ORRI | 4300402 | J. CLEO THOMPSON WILLIS #1 | Andrews, TX | Other |
| Royalty/ORRI | 4309801 | WHITNER #1-H | Burleson, TX | Other |
| Royalty/ORRI | 3603401 | PETERS 1H-15X | Canadian, OK | Other |
| Royalty/ORRI | 100802 | TAYLOR 12-10 #1 ST | Conecuh, AL | Other |
| Royalty/ORRI | 103501 | FEDERAL 30-10 #1 | Escambia, AL | Other |
| Royalty/ORRI | 3600303 | DANZINGER, SAM | Garvin, OK | Other |
| Royalty/ORRI | 3600309 | GRACE "A" #2-10 | Garvin, OK | Other |
| Royalty/ORRI | 3601202 | JUNE, NEVA #1 | Garvin, OK | Other |
| Royalty/ORRI | 3600304 | VAUGHN, T.A. #3 & 4 | Garvin, OK | Other |
| Royalty/ORRI | 4311007 | SPRING BRANCH #1-H | Giddings, TX | Other |
| Royalty/ORRI | 3601605 | CHARLES #3-13 | Grady, OK | Other |
| Royalty/ORRI | 3601602 | CHARLES, J.L. #1 | Grady, OK | Other |
| Royalty/ORRI | 4339701 | HENDERSON ET AL G.U. #2 | Lavaca, TX | Other |
| Royalty/ORRI | 4339702 | HENDERSON ET AL GU 3 | Lavaca, TX | Other |
| Royalty/ORRI | 360305 | SCHWARTZ "A" #1 | Oklahoma, OK | Other |
| Royalty/ORRI | 3600900 | W. EDMOND HUNTON LIME UNIT | Oklahoma, OK | Other |
| Royalty/ORRI | 3600909 | DAWSON, S.P.-TRACT 754 | Oklahoma, OK | Other |
| Royalty/ORRI | 3600905 | DAWSON-HOOKER UNIT-TRACT 750 | Oklahoma, OK | Other |
| Royalty/ORRI | 2600405 | HABER "A" | Pondera, MT | Other |
| Royalty/ORRI | 2600408 | KINGSBURY | Pondera, MT | Other |
| Royalty/ORRI | 2600409 | PVSB | Pondera, MT | Other |
| Royalty/ORRI | 2600401 | COPLEY | Pratt, KS | Other |
| Royalty/ORRI | 4341902 | ARMOUR TRUST #2 | Wharton, TX | Other |
| Royalty/ORRI | 4330701 | DUNCAN #1 (MUSTANG) | Wharton, TX | Other |
| Royalty/ORRI | 4330707 | DUNCAN, F.B. #1 | Wharton, TX | Other |
| Royalty/ORRI | 4330714 | DUNCAN F.B. #3 | Wharton, TX | Other |
| Royalty/ORRI | 4330711 | GILBERT-FREEMAN #1 | Wharton, TX | Other |
| Royalty/ORRI | 4330712 | GILBERT-FREEMAN #2 | Wharton, TX | Other |
| Royalty/ORRI | 4330715 | GILBERT-FREEMAN #3 | Wharton, TX | Other |
| Royalty/ORRI | 4330722 | GILBERT-FREEMAN #5 | Wharton, TX | Other |
| Royalty/ORRI | 4307601 | CUMMINS 11-A-5,AB,B-1,B-4 | Winkler, TX | Other |
| Royalty/ORRI | 4306406 | STEWART, MARY F. #1, 2 & 3 | Wise, TX | Other |
| Royalty/ORRI | 4330709 | DUNCAN, F.B. #2 | Wharton, TX | Other |
| Royalty/ORRI | 2600400 | EM Erickson | Pondera, MT | Other |
| Royalty/ORRI | 2600404 | H B Erickson | Pondera, MT | Other |
| Royalty/ORRI | 4300401 | Morgan, A.M., Est.1 | Andrews, TX | Other |
| Royalty/ORRI | 3600702 | MONTGOMERY #1 | Logan, OK | Other |

AREC Secondary Bid Auction - Exhibit 4

## ADAMS RESOURCES EXPLORATION CORP

### Permian Basin Wells Available

#### Batch 4

| Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|
| Endeavor Energy | 4326202 | Rebel Fee #5 | Midland, TX | Permian |
| Endeavor Energy | 4326201 | Windham #6 | Midland, TX | Permian |
| FDL Operating, LLC | 4342809 | Coronado SA #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342851 | Coronado SA #4H | Irion, TX | Permian |
| FDL Operating, LLC | 4342823 | Hinde #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342844 | Hinde #2H | Irion, TX | Permian |
| FDL Operating, LLC | 4342848 | Hinde #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342849 | Hinde #4H | Irion, TX | Permian |
| FDL Operating, LLC | 4342852 | Hinde SA #5H | Irion, TX | Permian |
| FDL Operating, LLC | 4342853 | Hinde SA #6H | Irion, TX | Permian |
| FDL Operating, LLC | 4342854 | Hinde SA #7H | Irion, TX | Permian |
| FDL Operating, LLC | 4342802 | Orellana #1H | Irion, TX | Permian |
| FDL Operating, LLC | 4342805 | Orellana #2H | Irion, TX | Permian |
| FDL Operating, LLC | 4342807 | Orellana #3H | Irion, TX | Permian |
| FDL Operating, LLC | 4342817 | Orellana #5H | Irion, TX | Permian |
| FDL Operating, LLC | 4342818 | Orellana #6H | Irion, TX | Permian |
| FDL Operating, LLC | 4342819 | Orellana #7H | Irion, TX | Permian |
| FDL Operating, LLC | 4342820 | Orellana #8H | Irion, TX | Permian |
| FDL Operating, LLC | 4342821 | Orellana B #19H | Irion, TX | Permian |
| FDL Operating, LLC | 4342822 | Orellana B #20H | Irion, TX | Permian |
| FDL Operating, LLC | 4342863 | Orellana C #24H | Irion, TX | Permian |
| FDL Operating, LLC | 4342864 | Orellana C #30H | Irion, TX | Permian |
| FDL Operating, LLC | 4342810 | Orellana C #4H | Irion, TX | Permian |
| FDL Operating, LLC | 4342842 | Orellana D #17H | Irion, TX | Permian |
| FDL Operating, LLC | 4342843 | Orellana D #18H | Irion, TX | Permian |
| FDL Operating, LLC | 4342846 | Orellana E #10H | Irion, TX | Permian |
| FDL Operating, LLC | 4342840 | Orellana E #11H | Irion, TX | Permian |
| FDL Operating, LLC | 4342841 | Orellana E #12H | Irion, TX | Permian |
| FDL Operating, LLC | 4342847 | Orellana E #25H | Irion, TX | Permian |
| FDL Operating, LLC | 4342845 | Orellana E #9H | Irion, TX | Permian |
| FDL Operating, LLC | 4342828 | Orellana F #13H | Irion, TX | Permian |
| FDL Operating, LLC | 4342829 | Orellana F #14H | Irion, TX | Permian |

AREC Secondary Bid Auction - Exhibit 4

| | A | C | D | | E | F |
|---|---|---|---|---|---|---|
| | Operator | Unit / Well No. | Unit / Well / Name | | County / Parish/State | Formation |
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | | |
| 2 | Permian Basin Wells Available | | | | | |
| 40 | FDL Operating, LLC | 4342830 | Orellana G #15H | | Irion, TX | Permian |
| 41 | FDL Operating, LLC | 4342831 | Orellana G #16H | | Irion, TX | Permian |
| 42 | FDL Operating, LLC | 4342857 | Orellana K #28H | | Irion, TX | Permian |
| 43 | FDL Operating, LLC | 4342858 | Orellana K #29H | | Irion, TX | Permian |
| 44 | FDL Operating, LLC | 4342801 | Pizarro #1H | | Irion, TX | Permian |
| 45 | FDL Operating, LLC | 4342804 | Pizarro #2H | | Irion, TX | Permian |
| 46 | FDL Operating, LLC | 4342808 | Pizarro #3H | | Irion, TX | Permian |
| 47 | FDL Operating, LLC | 4342811 | Pizarro #4H | | Irion, TX | Permian |
| 48 | FDL Operating, LLC | 4342803 | University 43-13 #1H | | Irion, TX | Permian |
| 49 | FDL Operating, LLC | 4342812 | University 43-13 #2H | | Irion, TX | Permian |
| 50 | FDL Operating, LLC | 4342813 | University 43-13 #3H | | Irion, TX | Permian |
| 51 | FDL Operating, LLC | 4342814 | University 43-13 #4H | | Irion, TX | Permian |
| 52 | FDL Operating, LLC | 4342815 | University 43-13 #5H | | Irion, TX | Permian |
| 53 | FDL Operating, LLC | 4342816 | University 43-13 #6H | | Irion, TX | Permian |
| 54 | FDL Operating, LLC | 4342855 | University 43-13 #7H | | Irion, TX | Permian |
| 55 | FDL Operating, LLC | 4342856 | University 43-13 #8H | | Irion, TX | Permian |
| 56 | FDL Operating, LLC | 4342824 | University 43-14 #1H | | Irion, TX | Permian |
| 57 | FDL Operating, LLC | 4342825 | University 43-14 #2H | | Irion, TX | Permian |
| 58 | FDL Operating, LLC | 4342832 | University 43-14 #3H | | Reagan, TX | Permian |
| 59 | FDL Operating, LLC | 4342833 | University 43-14 #4H | | Reagan, TX | Permian |
| 60 | FDL Operating, LLC | 4342826 | University 43-14 #5H | | Irion, TX | Permian |
| 61 | FDL Operating, LLC | 4342827 | University 43-14 #6H | | Irion, TX | Permian |
| 62 | FDL Operating, LLC | 4342860 | University 43-15 #10H | | Reagan, TX | Permian |
| 63 | FDL Operating, LLC | 4342861 | University 43-15 #11H | | Reagan, TX | Permian |
| 64 | FDL Operating, LLC | 4342806 | University 43-15 #1H | | Irion, TX | Permian |
| 65 | FDL Operating, LLC | 4342834 | University 43-15 #2H | | Reagan, TX | Permian |
| 66 | FDL Operating, LLC | 4342835 | University 43-15 #3H | | Reagan, TX | Permian |
| 67 | FDL Operating, LLC | 4342836 | University 43-15 #4H | | Reagan, TX | Permian |
| 68 | FDL Operating, LLC | 4342837 | University 43-15 #5H | | Reagan, TX | Permian |
| 69 | FDL Operating, LLC | 4342838 | University 43-15 #6H | | Reagan, TX | Permian |
| 70 | FDL Operating, LLC | 4342839 | University 43-15 #7H | | Reagan, TX | Permian |
| 71 | FDL Operating, LLC | 4342859 | University 43-15 #9H | | Reagan, TX | Permian |
| 72 | Foreland | 4345577 | Munson C #2002H | | Irion, TX | Permian |
| 73 | Foreland | 4345579 | Munson C #2003H | | Irion, TX | Permian |

AREC Secondary Bid Auction - Exhibit 4

## ADAMS RESOURCES EXPLORATION CORP

### Permian Basin Wells Available

| # | Operator | Unit/Well No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|---|
| 74 | Permian Resources, LLC | 4335005 | Faudree #1 | Irion, TX | Permian |
| 75 | Permian Resources, LLC | 4335003 | Mayer #3801 | Irion, TX | Permian |
| 76 | Permian Resources, LLC | 4346003 | Miller 1242 #3H | Irion, TX | Permian |
| 77 | Permian Resources, LLC | 4346004 | Miller 1242 #4H | Irion, TX | Permian |
| 78 | Permian Resources, LLC | 4346001 | Miller 1242 #6H | Irion, TX | Permian |
| 79 | Permian Resources, LLC | 4346002 | Miller 1242 #7H | Irion, TX | Permian |
| 80 | Permian Resources, LLC | 4346005 | Miller 1244 #11H | Irion, TX | Permian |
| 81 | Permian Resources, LLC | 4335006 | Noelke #701 | Irion, TX | Permian |
| 82 | Permian Resources, LLC | 4335004 | Noelke #801 | Irion, TX | Permian |

# Sullivan Hazeltine Allinson, LLC
## Auction Sign-in Sheet

| Name | Party Representing |
|---|---|
| William Sullivan | Adams Resources Exploration Corp |
| William Hazeltine | " |
| Heidi Coleman | " |
| Jeremy Van Ettin | Gavin Solomonese, AREC CFO |

679877

Auction Sign In Sheet

**Sullivan Hazeltine Allinson, LLC**

Phone Participation

| ~~Task~~ | ~~Document~~ |
|---|---|
| | Sequitur Permian LLC |
| ✓ | Robin Owen |
| ✓ | Mike Van den Bold |
| ✓ | Joshua Wolfshol |
| | |
| | Bendel Ventures LP I |
| ✓ | Sandi Chalmers |
| ✓ | Robin Galvin |
| | |
| ✓ | Lender – Adams Resources & Energy, Inc. |
| ✓ | Jason Cerise, Locke Lord |
| | |
| | AREC |
| ✓ | John Riney |
| | |
| | Oil + Gas Clearinghouse |
| ✓ | Pat DaPra, Dion Walters |
| ✓ | Gavin Solomonese |
| ✓ | Slon Masti |

679877