## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION | ) | Case No. 17-10866 (KG) |
| CORPORPORATION,[1] | ) | |
| | ) | **Related Docket Nos. 71 and 146** |
| Debtor. | ) | |

### NOTICE OF PREVAILING BIDDER AT CONTINUED AUCTION

**PLEASE TAKE NOTICE THAT**, on May 4, 2017, Adams Resources Exploration Corporation, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed *Debtor's Motion for Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* [Docket No. 36] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on May 24, 2017, the Court entered the *Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts* (the "Sale Procedures Order") [Docket No. 71], which, among other things, approved certain sale procedures attached thereto as Exhibit 1 (the "Sale Procedures").

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Sale Procedures Order and the *Notice of Change of Auction Location* [Docket No. 133], the initial auction (the "Initial Auction") for the Debtor's Oil and Gas Assets (as defined in the Motion) took place on July 19, 2017 at the offices of Locke Lord LLP, JPMorgan Chase Tower, 600 Travis, Suite 2800, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE THAT**, as announced at the Initial Auction and pursuant to the *Notice of Prevailing Bidders and Continuation of Auction* [Docket No. 146], a continued auction (the "Continued Auction") was held at the offices of Sullivan Hazeltine Allinson LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801 on July 27, 2017 with respect

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion and/or the Sale Procedures.

to four batches of the Debtor's Remaining Oil and Gas Assets (the "Remaining Assets") not sold at the Initial Auction.

**PLEASE TAKE FURTHER NOTICE THAT** Bendel Ventures LP 1 ("Bendel") is the Prevailing Bidder for certain of the Remaining Assets for a purchase price of $65,000 for the Batch 1 assets and $708,000 for the Batch 4 assets. Lists of the Batch 1 and Batch 4 assets are attached hereto as **Exhibit A**. The remaining assets in Batch 2 and Batch 3 did not receive a qualifying bid and were withdrawn from the Continued Auction.

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the sale of the Remaining Assets to Bendel, the Debtor will ask the Court to approve the assumption and assignment of the executory contracts and unexpired leases on **Exhibit B** attached hereto to Bendel.

Date:   July 28, 2017
       Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William A. Hazeltine
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

*Attorneys for Debtor and Debtor in Possession*

# Exhibit A

AREC Secondary Bid Auction - Exhibit 1

| | Operator | Unit / Wel No. | Unit / Well / Name | County / Parish/State | Formation |
|---|---|---|---|---|---|
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | |
| 2 | Other Available Wells | | | | |
| 7 | Batch 1 | | | | |
| 8 | Royalty/ORRI | 4300402 | J. CLEO THOMPSON WILLIS #1 | Andrews, TX | Other |
| 9 | Royalty/ORRI | 4309801 | WHITNER #1-H | Burleson, TX | Other |
| 10 | Royalty/ORRI | 3603401 | PETERS 1H-15X | Canadian, OK | Other |
| 11 | Royalty/ORRI | 100802 | TAYLOR 12-10 #1 ST | Conecuh, AL | Other |
| 12 | Royalty/ORRI | 103601 | FEDERAL 30-10 #1 | Exambia, AL | Other |
| 13 | Royalty/ORRI | 3600303 | DANZINGER, SAM | Garvin, OK | Other |
| 14 | Royalty/ORRI | 3600309 | GRACE "A" #2-10 | Garvin, OK | Other |
| 15 | Royalty/ORRI | 3601202 | JUNE, NEVA #1 | Garvin, OK | Other |
| 16 | Royalty/ORRI | 3600304 | VAUGHN, T.A. #3 & 4 | Garvin, OK | Other |
| 17 | Royalty/ORRI | 4311007 | SPRING BRANCH #1-H | Giddings, TX | Other |
| 18 | Royalty/ORRI | 3601605 | CHARLES #3-13 | Grady, OK | Other |
| 19 | Royalty/ORRI | 3601602 | CHARLES, J.L. #1 | Grady, OK | Other |
| 20 | Royalty/ORRI | 4339701 | HENDERSON ET AL G.U. #2 | Lavaca, TX | Other |
| 21 | Royalty/ORRI | 4339702 | HENDERSON ET AL GU 3 | Lavaca, TX | Other |
| 22 | Royalty/ORRI | 3600305 | SCHWARTZ "A" #1 | Oklahoma, OK | Other |
| 23 | Royalty/ORRI | 3600901 | W. EDMOND HUNTON LIME UNIT | Oklahoma, OK | Other |
| 24 | Royalty/ORRI | 3600909 | DAWSON, S.P.-TRACT 754 | Oklahoma, OK | Other |
| 25 | Royalty/ORRI | 3600908 | DAWSON-HOOKER UNIT-TRACT 750 | Oklahoma, OK | Other |
| 26 | Royalty/ORRI | 2600405 | HABER "A" | Pondera, MT | Other |
| 27 | Royalty/ORRI | 2600403 | KINGSBURY | Pondera, MT | Other |
| 28 | Royalty/ORRI | 2600409 | PVSB | Pondera, MT | Other |
| 29 | Royalty/ORRI | 2600401 | COPLEY | Pratt, KS | Other |
| 30 | Royalty/ORRI | 4341902 | ARMOUR TRUST #2 | Wharton, TX | Other |
| 31 | Royalty/ORRI | 4330701 | DUNCAN #1 (MUSTANG) | Wharton, TX | Other |
| 32 | Royalty/ORRI | 4330707 | DUNCAN, F.B. #1 | Wharton, TX | Other |
| 33 | Royalty/ORRI | 4330714 | DUNCAN, F.B. #3 | Wharton, TX | Other |
| 34 | Royalty/ORRI | 4330711 | GILBERT-FREEMAN #1 | Wharton, TX | Other |
| 35 | Royalty/ORRI | 4330712 | GILBERT-FREEMAN #2 | Wharton, TX | Other |
| 36 | Royalty/ORRI | 4330715 | GILBERT-FREEMAN #3 | Wharton, TX | Other |
| 37 | Royalty/ORRI | 4330722 | GILBERT-FREEMAN #5 | Wharton, TX | Other |
| 38 | Royalty/ORRI | 4307501 | CUMMINS 11-A-5,A,B,B-1,B-4 | Winkler, TX | Other |
| 39 | Royalty/ORRI | 4306406 | STEWART, MARY F. #1, 2 & 3 | Wise, TX | Other |
| 40 | Royalty/ORRI | 4330709 | DUNCAN, F.B. #2 | Wharton, TX | Other |
| 41 | Royalty/ORRI | 2600400 | EM Erickson | Pondera, MT | Other |
| 42 | Royalty/ORRI | 2600404 | H B Erickson | Pondera, MT | Other |
| 43 | Royalty/ORRI | 4300401 | Morgan, A.M. Est.1 | Andrews, TX | Other |
| 44 | Royalty/ORRI | 3600702 | MONTGOMERY #1 | Logan, OK | Other |

AREC Secondary Bid Auction - Exhibit 4

| | A | C | D | E | F |
|---|---|---|---|---|---|
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | |
| 2 | Permian Basin Wells Available | | | | |
| 5 | Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
| 6 | | | | | |
| 7 | **Batch 4** | | | | |
| 8 | Endeavor Energy | 4326202 | Rebel Fee #5 | Midland, TX | Permian |
| 9 | Endeavor Energy | 4326201 | Windham #6 | Midland, TX | Permian |
| 10 | FDL Operating, LLC | 4342809 | Coronado SA #3H | Irion, TX | Permian |
| 11 | FDL Operating, LLC | 4342851 | Coronado SA #4H | Irion, TX | Permian |
| 12 | FDL Operating, LLC | 4342823 | Hinde #1H | Irion, TX | Permian |
| 13 | FDL Operating, LLC | 4342844 | Hinde #2H | Irion, TX | Permian |
| 14 | FDL Operating, LLC | 4342848 | Hinde #3H | Irion, TX | Permian |
| 15 | FDL Operating, LLC | 4342849 | Hinde #4H | Irion, TX | Permian |
| 16 | FDL Operating, LLC | 4342852 | Hinde SA #5H | Irion, TX | Permian |
| 17 | FDL Operating, LLC | 4342853 | Hinde SA #6H | Irion, TX | Permian |
| 18 | FDL Operating, LLC | 4342854 | Hinde SA #7H | Irion, TX | Permian |
| 19 | FDL Operating, LLC | 4342802 | Orellana #1H | Irion, TX | Permian |
| 20 | FDL Operating, LLC | 4342805 | Orellana #2H | Irion, TX | Permian |
| 21 | FDL Operating, LLC | 4342807 | Orellana #3H | Irion, TX | Permian |
| 22 | FDL Operating, LLC | 4342817 | Orellana #5H | Irion, TX | Permian |
| 23 | FDL Operating, LLC | 4342818 | Orellana #6H | Irion, TX | Permian |
| 24 | FDL Operating, LLC | 4342819 | Orellana #7H | Irion, TX | Permian |
| 25 | FDL Operating, LLC | 4342820 | Orellana #8H | Irion, TX | Permian |
| 26 | FDL Operating, LLC | 4342821 | Orellana B #19H | Irion, TX | Permian |
| 27 | FDL Operating, LLC | 4342822 | Orellana B #20H | Irion, TX | Permian |
| 28 | FDL Operating, LLC | 4342863 | Orellana C #24H | Irion, TX | Permian |
| 29 | FDL Operating, LLC | 4342864 | Orellana C #30H | Irion, TX | Permian |
| 30 | FDL Operating, LLC | 4342810 | Orellana C #4H | Irion, TX | Permian |
| 31 | FDL Operating, LLC | 4342842 | Orellana D #17H | Irion, TX | Permian |
| 32 | FDL Operating, LLC | 4342843 | Orellana D #18H | Irion, TX | Permian |
| 33 | FDL Operating, LLC | 4342846 | Orellana E #10H | Irion, TX | Permian |
| 34 | FDL Operating, LLC | 4342840 | Orellana E #11H | Irion, TX | Permian |
| 35 | FDL Operating, LLC | 4342841 | Orellana E #12H | Irion, TX | Permian |
| 36 | FDL Operating, LLC | 4342847 | Orellana E #25H | Irion, TX | Permian |
| 37 | FDL Operating, LLC | 4342845 | Orellana E #9H | Irion, TX | Permian |
| 38 | FDL Operating, LLC | 4342828 | Orellana F #13H | Irion, TX | Permian |
| 39 | FDL Operating, LLC | 4342829 | Orellana F #14H | Irion, TX | Permian |

AREC Secondary Bid Auction - Exhibit 4

| | A | C | D | E | F |
|---|---|---|---|---|---|
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | |
| 2 | Permian Basin Wells Available | | | | |
| | Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
| 5 | | | | | |
| 40 | FDL Operating, LLC | 4342830 | Orellana G #15H | Irion, TX | Permian |
| 41 | FDL Operating, LLC | 4342831 | Orellana G #16H | Irion, TX | Permian |
| 42 | FDL Operating, LLC | 4342857 | Orellana K #28H | Irion, TX | Permian |
| 43 | FDL Operating, LLC | 4342858 | Orellana K #29H | Irion, TX | Permian |
| 44 | FDL Operating, LLC | 4342801 | Pizarro #1H | Irion, TX | Permian |
| 45 | FDL Operating, LLC | 4342804 | Pizarro #2H | Irion, TX | Permian |
| 46 | FDL Operating, LLC | 4342808 | Pizarro #3H | Irion, TX | Permian |
| 47 | FDL Operating, LLC | 4342811 | Pizarro #4H | Irion, TX | Permian |
| 48 | FDL Operating, LLC | 4342803 | University 43-13 #1H | Irion, TX | Permian |
| 49 | FDL Operating, LLC | 4342812 | University 43-13 #2H | Irion, TX | Permian |
| 50 | FDL Operating, LLC | 4342813 | University 43-13 #3H | Irion, TX | Permian |
| 51 | FDL Operating, LLC | 4342814 | University 43-13 #4H | Irion, TX | Permian |
| 52 | FDL Operating, LLC | 4342815 | University 43-13 #5H | Irion, TX | Permian |
| 53 | FDL Operating, LLC | 4342816 | University 43-13 #6H | Irion, TX | Permian |
| 54 | FDL Operating, LLC | 4342855 | University 43-13 #7H | Irion, TX | Permian |
| 55 | FDL Operating, LLC | 4342856 | University 43-13 #8H | Irion, TX | Permian |
| 56 | FDL Operating, LLC | 4342824 | University 43-14 #1H | Irion, TX | Permian |
| 57 | FDL Operating, LLC | 4342825 | University 43-14 #2H | Irion, TX | Permian |
| 58 | FDL Operating, LLC | 4342832 | University 43-14 #3H | Reagan, TX | Permian |
| 59 | FDL Operating, LLC | 4342833 | University 43-14 #4H | Reagan, TX | Permian |
| 60 | FDL Operating, LLC | 4342826 | University 43-14 #5H | Irion, TX | Permian |
| 61 | FDL Operating, LLC | 4342827 | University 43-14 #6H | Irion, TX | Permian |
| 62 | FDL Operating, LLC | 4342860 | University 43-15 #10H | Reagan, TX | Permian |
| 63 | FDL Operating, LLC | 4342861 | University 43-15 #11H | Reagan, TX | Permian |
| 64 | FDL Operating, LLC | 4342806 | University 43-15 #1H | Irion, TX | Permian |
| 65 | FDL Operating, LLC | 4342834 | University 43-15 #2H | Reagan, TX | Permian |
| 66 | FDL Operating, LLC | 4342835 | University 43-15 #3H | Reagan, TX | Permian |
| 67 | FDL Operating, LLC | 4342836 | University 43-15 #4H | Reagan, TX | Permian |
| 68 | FDL Operating, LLC | 4342837 | University 43-15 #5H | Reagan, TX | Permian |
| 69 | FDL Operating, LLC | 4342838 | University 43-15 #6H | Reagan, TX | Permian |
| 70 | FDL Operating, LLC | 4342839 | University 43-15 #7H | Reagan, TX | Permian |
| 71 | FDL Operating, LLC | 4342859 | University 43-15 #9H | Reagan, TX | Permian |
| 72 | Foreland | 4345577 | Munson C #2002H | Irion, TX | Permian |
| 73 | Foreland | 4345579 | Munson C #2003H | Irion, TX | Permian |

AREC Secondary Bid Auction - Exhibit 4

|  | A | C | D | E | F |
|---|---|---|---|---|---|
| 1 | ADAMS RESOURCES EXPLORATION CORP | | | | |
| 2 | Permian Basin Wells Available | | | | |
| 5 | Operator | Unit / Well No. | Unit / Well / Name | County / Parish/State | Formation |
| 74 | Permian Resources, LLC | 4335005 | Faudree #1 | Irion, TX | Permian |
| 75 | Permian Resources, LLC | 4335003 | Mayer #3801 | Irion, TX | Permian |
| 76 | Permian Resources, LLC | 4346003 | Miller 1242 #3H | Irion, TX | Permian |
| 77 | Permian Resources, LLC | 4346004 | Miller 1242 #4H | Irion, TX | Permian |
| 78 | Permian Resources, LLC | 4346001 | Miller 1242 #6H | Irion, TX | Permian |
| 79 | Permian Resources, LLC | 4346002 | Miller 1242 #7H | Irion, TX | Permian |
| 80 | Permian Resources, LLC | 4346005 | Miller 1244 #11H | Irion, TX | Permian |
| 81 | Permian Resources, LLC | 4335006 | Noelke #701 | Irion, TX | Permian |
| 82 | Permian Resources, LLC | 4335004 | Noelke #801 | Irion, TX | Permian |
| 83 | | | | | |

# Exhibit B

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| Devon Energy Production Company, L.P. K. S. Adams, Jr. | Joint Operating Agreement for Multiple leases in Irion and Reagan Counties, Texas - Oil and Gas Leases | $0.00 |
| EOG Resources, Inc. Hawkins Exploration Inc. USG Properties Permian Basin I, LLC Summit Oil & Gas, Inc. Riachuelo Limited Partnership Weatherl Energy Investments, LP | Amendment No. 6 of Oil and Gas LeaseIrion County, Texas, 0089849- 01 Wells: Munson B #2001, Munson B #2002H and the Munson B #2003 | $0.00 |
| EOG Resources, Inc. | Gas Marketing Agreement dated December 1, 2015 Munson B #1706H (72418) Wolfcamp Shale, Irion Co., Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Coronado SA 3H: Section 56, Washington County Railroad Company Survey, A-1248; Section 57, Washington County Railroad Company Survey, A·692; and Section 58, Washington County Railroad Company Survey, A·865. | $0.00 |
| Devon Energy Production Co, LP | Division Order For Coronado SA 4H: The Coronado SA 4H is a Sharing Agreement Well, Comprising of 2 Leases. | $0.00 |
| Devon Energy Production Company, LP | Division Order for Hinde 1H located in Irion County, Texas. | $0.00 |
| Devon Energy Production Company, LP | Division Order for Hinde 2H (115976-3, 4): Section 48 located in Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Hinde SA 6H, a sharing agreement well, comprising of 2 Leases located in Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Hinde SA 7H, a sharing agreement well, comprising of 2 Leases Irion County, Texas. | $0.00 |
| American Energy - Permian Basin, LLC | Division Order for Miller 1242 03H, Miller 1242 04H, Miller 1242 06H, and Miller 1242 07H. | $0.00 |
| JP Energy Product Supply LLC Foreland operating LLC | Division Order for Munson C. | $0.00 |
| American Energy - Permian Basin, LLC | Division Order for Noelke 801. | $0.00 |
| American Energy - Permian Basin, LLC | Division Order for Mayer 3801 | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana #1H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana #2H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana #3H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana 5H, Orellana 6H Orellana 7H, and Orellana 8H, Irion County, TX. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana 8H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana B 19H & 20H, Irion County, Texas | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana C 4H, 24H & 30H, Irion County, Texas. | $0.00 |

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| Devon Energy Production Co, LP | Division Order for Orellana D 17H & 18H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana E 11 H & 12H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana F 13H & 14H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana G 15H & 16H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Orellana K 28H & 29H, Irion County, Texas. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Pizarro 3H: Section 101, A-1304, R. L. Gibson Survey and Section 6, A-824, WC RR CO., Campbell, H Survey. | $0.00 |
| Devon Energy Production Co, LP | Division Order for Pizarro 2H: Section 3, A-483, Miller, LP and Section 6,A-824, WC RR Cp., Campbell, H. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-14 1h & 2h: Irion County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-14 4h & 6h, Reagan County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-14 3h & 5h, Reagan County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-15 1H, Reagan County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-15 2H, 3H, and 4H, Reagan County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-15 5H, 6H, and 7H, Reagan County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43-15 9H: Pooled Unit comprised of Section 15, Block 43 and Section 6, Block 43, Reagan County, Texas. | $0.00 |
| Devon Energy Production Company, L.P. | Division Order for University 43A Block 43 Section 8, Irion County, Texas. | $0.00 |
| Endeavor Energy Resources L.P. | Division Order for Windham #6, Midland County, Texas. | $0.00 |
| Hilcorp Energy Company | Division Order for Wharton W·Armour Trust #1 BPO | $0.00 |
| BU Leasing Corporation | Division Order: Property No: TX1237 - Armour Trust et al No. 1 Well, Wharton, TX - Armour Trust et al No. 1 Well (API#42-481-35122). | $0.00 |
| Fairways Exploration & Production, LLC Plains Marketing, L.P. | Division Order for Federal 30-10 #1. | $0.00 |
| Fairways Exploration & Production, LLC | Division Order for Federal 30-10 #1 and Memorandum of Oil and Gas Lease | $0.00 |
| Ventex Operating Corp. | Division Order for Taylor 12-10 #1: Conecuh County, Alabama, 1713' FEL & 1792' FSL of Section 12, TSN, R13E | $0.00 |
| Ventex Operating Corp. | Division Order for Taylor 12-10 #1 ST | $0.00 |

| Counterparty Name | Description of Executory Contract or Unexpired Lease | Cure Cost |
|---|---|---|
| J. Cleo Thompson & James Cleo Thompson, Jr., LP | Division Order for Willis Well #1 (J. Cleo Thompson): Mrs. Lillian M. Jester, *et al.* Lease, Andrews County, Texas. | $0.00 |