IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| | ) | **Related Docket No. 83** |
| Debtor. | ) | |

## NOTICE OF FILING PROPOSED SALE ORDER

**PLEASE TAKE NOTICE THAT**, on May 26, 2017, Adams Resources Exploration Corporation, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed its *Debtor's Motion for Entry of an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of Liens Claims and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contacts and Unexpired Leases, and (C) Granting Certain Related Relief* [Docket No. 83] (the "Sale Motion"). A hearing to consider approval of the Sale Motion is scheduled for August 1, 2017 at 11:00 a.m. You were previously served with a copy of the Sale Motion.

**PLEASE TAKE FURTHER NOTICE THAT** the attached hereto as **Exhibit 1** is a proposed order approving the Sale Motion (the "Proposed Order"). A redline version of the Proposed Order showing the changes from the form of order filed with the Sale Motion is attached hereto as **Exhibit 2**.

Date: July 28, 2017
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William A. Hazeltine
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

*Attorneys for Debtor and Debtor in Possession*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.