**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| Debtor. | ) ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 1, 2017, AT 10:00 A.M.[3]**

**I.    MATTERS WITH CERTIFICATES OF NO OBJECTION**

1.    Motion of the Debtor, Pursuant to Section 1121(d)(1) of the Bankruptcy Code, for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (Docket No. 138; Filed July 10, 2017).

**Related Documents:**

(a)    Certificate of No Objection (Docket No. 149; Filed July 25, 2017).

**(b)    Order, Pursuant to Section 1121(d)(1) of the Bankruptcy Code, Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (Docket No. 158; Entered July 28, 2017).**

**Objection Deadline:** July 24, 2017 at 4:00 p.m.

**Objections/Responses:  None.**

**Status:  An Order has been entered.  No hearing is necessary.**

2.    Debtor's Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action in Civil Actions (Docket No. 139; Filed July 10, 2017).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131).  The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100, Houston, TX 77027.

[2] Amended items appear in **boldface** type.

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

**Related Documents:**

(a)   Certificate of No Objection (Docket No. 150; Filed July 25, 2017).

(b)   **Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action in Civil Actions (Docket No. 159; Entered July 28, 2017).**

**Objection Deadline:** July 24, 2017 at 4:00 p.m.

**Objections/Responses:  None.**

**Status:  An Order has been entered.  No hearing is necessary**.

II.  **MATTERS GOING FORWARD**

3.   Debtor's Motion for Entry of an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of Liens Claims and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contacts and Unexpired Leases, and (C) Granting Certain Related Relief (Docket No. 83; Filed May 26, 2017).

**Related Documents:**

(a)   Order (A) Approving Sale Procedures in Connection with Sale of Substantially all of the Debtors' Oil and Gas Assets, (B) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and manner of Notice Thereof, and (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts (Docket No. 71; Entered May 24, 2017).

(b)   Notice of Bid Deadline, Objection Deadlines, Auction and Sale Hearing (Docket No. 85; Filed May 30, 30217).

(c)   Notice to Counterparties to Executory Contracts and Unexpired Leases that the Debtors May Assume and Assign as Part of Sale of the Debtors' Oil and Gas Assets (Docket No. 102; Filed June 6, 2017).

(d)   Notice of Prevailing Bidders and Continuation of Auction (Docket No. 146; Filed July 20, 2017).

(e)   Notice of Filing of Auction Transcript (Docket No. 151; Filed July 26, 2017).

(f)   Notice of Filing of Continued Auction Transcript (Docket No. 153; Filed July 28, 2017).

(g)   Notice of Prevailing Bidder at Continued Auction (Docket No. 154; Filed July 28, 2017).

    (h)    Notice of Filing Proposed Sale Order (Docket No. 155; Filed July 28, 2017).

**Objection Deadline:** July 25, 2017 at 4:00 p.m.  The objection deadline has been extended until July 27, 2017 at 4:00 p.m. for the United States on behalf of the Environmental Protection Agency and for the United States on behalf of the Bureau of Land Management.  The objection deadline has been extended until July 28, 2017 at 10:00 a.m. for the United States Trustee.

**Objections/Responses:  None.**

**Status:**  This matter is going forward.

Date:  **August 1, 2017**                           **SULLIVAN · HAZELTINE · ALLINSON LLC**
       Wilmington, DE

                                                */s/ William A. Hazeltine*
                                                William D. Sullivan (No. 2820)
                                                William A. Hazeltine (No. 3294)
                                                901 North Market Street, Suite 1300
                                                Wilmington, DE 19801
                                                Tel: (302) 428-8191
                                                Fax: (302) 428-8195
                                                Email:  bsullivan@sha-llc.com
                                                               whazeltine@sha-llc.com

                                                *Attorneys for the Debtor and Debtor-in-Possession*