# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | ADAMS RESOURCES EXPLORATION CORPORATION |
| **Case Number:** | 17-10866-KG        **Chapter:**   11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 01, 2017 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matter:*

Sale  & Omnibus Hearing
**R / M #:**   160 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #2 - CERTIFICATION'S OF NO OBJECTION FILED - ORDERS SIGNED
#3 - Approved -  Revised Order to be submitted under  Certification of Counsel