IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| | ) | Objection Deadline: September 5, 2017 at 4:00 p.m. |
| Debtor. | ) ) | Hearing Date: September 20, 2017 at 10:00 a.m. |

**SUMMARY OF FIRST INTERIM APPLICATION OF
SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
FOR THE PERIOD FROM APRIL 21, 2017 THROUGH JUNE 30, 2017**

Name of Applicant:  Sullivan Hazeltine Allinson LLC ("SHA-LLC")

Authorized to Provide
Professional Services to:  Debtor Adams Resources Exploration Corporation

Date of Retention:  April 21, 2017 (*nunc pro tunc*)

Period for which compensation and
reimbursement is sought:  April 21, 2017 through June 30, 2017
(the "Compensation Period")

Amount of Compensation sought
as actual, reasonable and necessary:  $107,397.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $10,852.02

This is an:  _X_ interim   __ final application.

The total time expended for preparation of this fee application is approximately 2.50 hours and the corresponding compensation of approximately $850.00 will be requested in a subsequent fee application.

This is SHA-LLC's fourth application and first interim application in this case.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees and Expenses | Date Approved | Approved |
|---|---|---|---|---|
| May 26, 2017 | April 21, 2017 - April 30, 2017 | $22,440.00 (fees) $4,429.98 (exp) | June 19, 2017 (CNO) | $17,952.00 (fees) $4,429.98 (exp) |
| June 26, 2017 | May 1, 2017 – May 30, 2017 | $48,382.50 (fees) $6,841.44 (exp) | July 18, 2017 (CNO) | $38,706.00 (fees) $6,841.44 (exp) |
| July 25, 2017 | June 1, 2017 – June 30, 2017 | $36,575.00 (fees) $1,297.60 (exp) | Pending | Pending |

The SHA-LLC professionals who rendered professional services in these cases during the Compensation Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Member | 27 | Bankruptcy | $425.00 | 86.10 | $36,592.50 |
| William A. Hazeltine | Member | 23 | Bankruptcy | $375.00 | 160.00 | $60,000.00 |
| Elihu E. Allinson III | Member | 21 | Bankruptcy | $350.00 | 2.80 | $980.00 |
| Heidi M. Coleman | Paralegal | - | Bankruptcy | $150.00 | 65.50 | $9,825.00 |
| | | | | **TOTAL** | **314.40** | **$107,397.50** |

**GRAND TOTAL:** $107,397.50 Fees
314.40 Hours
**BLENDED RATE:** $  341.59 Per Hour

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Compensation |
|---|---|---|
| Asset Disposition | 80.80 | $26,407.50 |
| Business Operations | 0.20 | $75.00 |
| Case Administration | 28.00 | $9,855.00 |
| Claims Administration | 19.20 | $5,900.00 |
| Court Hearings | 24.70 | $8,297.50 |
| Fee Applications | 9.60 | $2,355.00 |
| Financial/Operating Reports | 2.60 | $927.50 |
| Financing and Cash Collateral | 19.00 | $7,360.00 |
| First Day Motions and Pleadings | 22.30 | $8,827.50 |
| Lease and Contract Issues | 1.40 | $525.00 |
| Litigation | 4.60 | $1,940.00 |
| Plan Disclosure Statement | 4.40 | $1,650.00 |
| Retention of Professionals | 29.90 | $9,217.50 |
| Schedules/Statement of Financial Affairs | 16.50 | $3,915.00 |
| Stay Relief and Adequate Protection | 51.20 | $20,145.00 |
| **TOTAL** | **314.40** | **$107,397.50** |

This interim fee application also seeks the reimbursement of the following expenses advanced on behalf of the Debtor in this matter.

| Project Category | Type of Expense and Vendor | Amount |
|---|---|---|
| Asset Disposition | Filing fee for Sale Motion | $181.00 |
| | In house copying for Sale Approval Motion and Notice of Sale | $669.60 |
| | Postage for Sale Approval Motion and Notice of Sale | $177.94 |
| Case Administration | Conference Call Charges (West unified Communications) | $10.63 |
| | Copying and Service by Outside Vendor (Blue Marble) | $2,074.25 |
| | Copying and Service by Outside Vendor (Reliable) | $2,861.08 |
| | Courier Service – (Blue Marble) | $196.33 |
| | Courier Service – (Parcels) | $71.00 |
| | Express Mail | $403.75 |
| | FedEx | $2,164.54 |
| | In house copying | $1,619.00 |
| | Postage | $422.90 |
| | **TOTAL** | **$10,852.02** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ADAMS RESOURCES EXPLORATION | ) Case No. 17-10866 (KG) |
| CORPORPORATION,[1] | ) |
| | ) Objection Deadline: September 5, 2017 at 4:00 p.m. |
| | ) Hearing Date: September 20, 2017 at 10:00 a.m. |
| Debtor. | ) |

### FIRST INTERIM APPLICATION OF
### SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION
### FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
### COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
### FOR THE PERIOD FROM APRIL 21, 2017 THROUGH JUNE 30, 2017

Sullivan Hazeltine Allinson LLC ("SHA-LLC"), counsel to Adams Resources Exploration Corporation (the "Debtor"), the debtor and debtor-in-possession, hereby submits its application, pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(4), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 2016-2, for interim allowance of compensation for services rendered and for reimbursement of expenses incurred solely for the Debtor, and in further explanation respectfully represents:

### I.    INTRODUCTION

1.    By this application, SHA-LLC seeks (i) interim allowance and an award of compensation for professional services rendered by SHA-LLC as counsel for the Debtors for the period from April 21, 2017 through and including June 30, 2017 (the "Compensation Period") in the amount of $107,397.50, representing 314.40 hours in professional services rendered by SHA-LLC on behalf of the Debtor, and (ii) reimbursement of actual and necessary expenses incurred

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

by SHA-LLC during the Compensation Period in connection with the rendition of such professional services in the amount of $10,852.02 (the "Application").

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330, 331, and 503(b)(4), Federal Rule of Bankruptcy Procedure 2016 and Del. Bankr. L.R. 2016-2.

## II.    BACKGROUND

3.     On April 21, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned chapter 11 case. The factual background regarding the Debtor, including its business operations, its capital and debt structure, and the events leading to the filing of this bankruptcy case, is set forth in detail in the *Declaration of John Riney in Support of Chapter 11 Petition and First Day Pleadings* (the "Riney Declaration"), filed on April 21, 2017 [Docket No. 8].

4.     The Debtor has continued in possession of its property and has continued to operate and maintain its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.     No creditor's committee has been appointed or designated under section 1102(a) of the Bankruptcy Code

6.     SHA-LLC has received no payments or promises of payment from any source other than as provided in the Bankruptcy Code for services rendered or to be rendered in any capacity whatsoever in these cases. There is no agreement or understanding between SHA-LLC and any other person for the sharing of compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

7.  The services for which compensation is being sought by SHA-LLC were rendered for and on behalf of the Debtor and not for or on the behalf of any other interested party in this bankruptcy proceeding.

### III.  FEE APPLICATIONS COVERED

8.  On May 26, 2017, SHA-LLC filed and served the *First Monthly Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor and Debtor-in-Possession for the Period from April 21, 2017 through April 30, 2017* (the "April Application") [Docket No. 82] requesting payment of fees in the amount of $22,440.00 and reimbursement of expenses in the amount of $4,429.98. Pursuant to the *Order Granting Motion of the Debtor for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 63], SHA-LLC filed a *Certification of No Objection* [Docket No. 119] with respect to the April Application and SHA-LLC has received payment of fees in the amount of $17,952.00, which represents payment of 80% of the fees requested, and reimbursement of expenses in the amount of $4,429.98 which, represents reimbursement of 100% of expenses requested in the April Application. A copy of the fee detail for the April Application is attached hereto as Exhibit A.

9.  On June 26, 2017, SHA-LLC filed and served the *Second Monthly Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtor-in-Possession for the Period from May 1, 2017 through May 31, 2017* (the "May Application") [Docket No. 132] requesting payment of fees in the amount of $48,382.50 and reimbursement for expenses incurred in the amount of $6,841.44. Pursuant to the Interim Compensation Order, SHA-LLC filed a *Certificate of No Objection* [Docket No. 144] with respect to the May Application and SHA-LLC has received payment of

3

fees in the amount of $38,706.00, which represents payment of 80% of the fees requested, and reimbursement of expenses in the amount of $6,841.44 which, represents reimbursement of 100% of expenses requested in the May Application. A copy of the fee detail for the May Application is attached here to as Exhibit B.

10. On July 25, 2017, SHA-LLC filed and served the *Third Monthly Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtor-in-Possession for the Period from June 1, 2017 through June 30, 2017* (the "June Application") [Docket No. 148] requesting payment of fees in the amount of $36,575.00 and reimbursement for expenses incurred in the amount of $1,297.60. To date, SHA-LLC has not received any payment with respect to the June Application. A copy of the fee detail for the June Application is attached here to as Exhibit C.

### IV.   GENERAL DESCRIPTION OF SERVICES RENDERED

11. The services rendered by SHA-LLC that are the subject of this Application include the following:

(a)   Asset Disposition.

Fees:   $26,407.50                                              Total Hours:   80.80

This category includes time related to drafting and revising a sale procedures motion, a sale motion, proposed sale procedures and proposed orders, drafting an asset purchase agreement, drafting a notice of assumption and assignment of executory contracts and unexpired leases, reviewing and commenting on a non-disclosure agreement, reviewing and commenting on draft teasers for marketing assets, reviewing sale process updates, reviewing contracts, division orders and authorizations for expenditures in preparation for drafting cure notice, reviewing revised form of asset purchase agreement, drafting a notice of change of auction

4

location, correspondence with taxing authorities concerning treatment in sale order, and discussions with parties in interest concerning the auction.

 (b) <u>Business Operations</u>.

  Fees: $75.00         Total Hours: 0.20

This category includes all matters related to communications with Debtor and CRO regarding election to participate in new wells.

 (c) <u>Case Administration</u>.

  Fees: $9,855.00        Total Hours: 28.00

This category includes all matters related to communicating with the United States Trustee and parties in interest concerning case issues, reviewing initial debtor interview material, participating in the initial debtor interview, communicating with creditors concerning case status and royalty payments, communicating with the client regarding payment obligations, preparing and updating a critical dates chart, preparing a motion to extend exclusivity and a motion to extend the deadline to remove actions, and reviewing conflict waiver for special litigation counsel.

 (d) <u>Claims Administration</u>.

  Fees: $5,900.00        Total Hours: 19.20

This category includes all matters related to preparing and filing a bar date motion, proposed order, proof of claim form and notices, reviewing Texas Brine's claims, discussions with possible creditor regarding bar date notice, communicating with American Oil & Gas Reporter regarding publishing of bar date notice, preparing amended bar date order, communicating with a creditor regarding bankruptcy filing and deadline to file claims, and reviewing and updating internal claims register.

 (e) <u>Court Hearings</u>.

  Fees: $8,297.50          Total Hours: 24.70

This category includes time related to preparing for and attending the First Day Hearing, Second Day Hearing on May 24, 2017, and a hearing on June 22, 2017.

 (f) <u>Fee Applications</u>.

  Fees: $2,355.00          Total Hours: 9.60

This category includes all matters related to preparing SHA's first and second monthly fee applications and reviewing and commenting on Gavin/Solmonese LLC's first staffing report.

 (g) <u>Financial/Operating Reports</u>.

  Fees: $927.50          Total Hours: 2.60

This category includes all matters related to reviewing the United States Trustee's information requests and various reporting requirements, preparing, reviewing and commenting on the April 2017 operating report.

 (h) <u>Financing and Cash Collateral</u>.

  Fees: $7,360.00          Total Hours: 19.00

This category includes time related to reviewing and filing the DIP financing motion, credit agreement and interim order, conferring with parties in interest regarding budget needs, reviewing and filing the final DIP financing order, credit agreement and schedules, reviewing the final cash management order and updated budget, discussions with parties in interest concerning payments for AFEs and discussions concerning authorization for inter-company transactions.

 (i) <u>First Day Motions and Pleadings</u>.

  Fees: $8,827.50          Total Hours: 22.30

This category includes time related to drafting first day motions and preparing revised and final orders for these motions.

(j)     Lease and Contract Issues.

        Fees:  $525.00          Total Hours:  1.40

This category includes time related to communicating with certain creditors concerning cure amount issues and possible assignment of JOA.

(k)     Litigation.

        Fees:  $1,940.00          Total Hours:  4.60

This category includes all matters related to communicating with proposed Special Litigation Counsel, reviewing litigation status, review of claims asserted in the sinkhole cases, and reviewing insurance coverage issues for same.

(l)     Plan and Disclosure Statement.

        Fees:  $1,650.00          Total Hours:  4.40

This category includes all matters related to drafting a disclosure statement.

(m)     Retention of Professionals.

        Fees:  $9,217.50          Total Hours:  29.90

This category includes time related to discussing retention needs and application terms, reviewing and commenting on Oil & Gas Assets Clearinghouse brokerage agreement, reviewing retention applications of various professionals, reviewing and resolving the U.S. Trustee's comments to the Gavin Solmonese retention application and proposed order, and reviewing application for Special Litigation Counsel and reviewing and responding to the U.S. Trustee's comments.

(n)    <u>Schedules/Statement of Financial Affairs.</u>

Fees:  $3,915.00                                            Total Hours:  16.50

This category includes all matters related to preparing and filing the Debtor's schedules of assets and liabilities and the statement of financial affairs and preparing amendments to Debtor's schedules of assets and liabilities and the statement of financial affairs.

(o)    <u>Stay Relief and Adequate Protection.</u>

Fees:  $20,145.00                                           Total Hours:  51.20

This category includes matters related to drafting a response to Texas Brine's relief from stay motion, negotiation of a resolution of that motion, and communicating with a creditor who was in violation of the automatic stay.

## V.    **RELIEF REQUESTED**

12.    By this Application, SHA-LLC requests that the Court approve, on an interim basis and authorize payment to SHA-LLC of 100% of the fees requested and reimbursement of 100% of the expenses incurred during the Compensation Period as set forth in the April Application, May Application, and June Application.

13.    SHA-LLC has received no payments or promises of payment from any source other than the Debtor, in accordance with the provisions of the Bankruptcy Code for services rendered or to be rendered in any capacity whatsoever in this case.  There is no agreement or understanding between SHA-LLC and any other person for the sharing of compensation in connection with this case, other than in accordance with the provisions of the Bankruptcy Code.

14.    The services for which compensation is being sought by SHA-LLC were rendered for and on behalf of the Debtor and not for or on the behalf of any other interested party in this bankruptcy proceeding.

15. The compensation sought by SHA-LLC is based on the normal hourly rates charged by SHA-LLC for work of this character. The professional services and related expenses for which SHA-LLC requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of SHA-LLC's professional responsibilities as attorney to the Debtors. SHA-LLC's services have been necessary and beneficial to the Debtor and its Estate.

16. The amount of compensation sought by SHA-LLC is consistent with the factors enumerated in 11 U.S.C. § 330, in that the amount sought is reasonable compensation for actual, necessary services rendered by SHA-LLC taking into account all relevant factors, including time spent on such services; the rates charged for such services; the complexity, importance, and nature of the problem, issue or task addressed; and the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

## VI. CERTIFICATION

17. Undersigned counsel certifies that he has reviewed Del. Bankr. LR 2016-2 and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals in these cases and believes that this Application complies with the requirements set forth therein.

## VII. CONCLUSION

**WHEREFORE,** SHA-LLC respectfully requests that this Court enter an order, in the form, substantially in the form annexed hereto as Exhibit D:

(a) approving the allowance of compensation for professional services that were rendered by SHA-LLC to the Debtor during the period from April 21, 2017 through and including June 30, 2017 in the amount of $107,397.50;

(b) approving the reimbursement of SHA-LLC's expenses incurred in connection with the rendering of such services in the amount of $10,852.02; and

(c) authorizing and directing the Debtors to make prompt payment to SHA-LLC in an amount sufficient to satisfy all fees and expenses, less any payments already received by the SHA-LLC; and

(d) granting to SHA-LLC such other relief as this Court may deem just and proper.

Dated: August 14, 2017
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for the Debtor and Debtor in Possession*