## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re Adams Resources Exploration Corporation

Debtor

Case No. 17-10866 (KG)

Reporting Period: 6/1/17 - 6/30/17

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | n/a | | X |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | n/a | | X |
| Cash disbursements journals | | n/a | | X |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | n/a | | X |
| Copies of tax returns filed during reporting period | | | NONE FILED | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____8/17/2017_____
Date

John Riney
Printed Name of Authorized Individual

President
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.  All information is unaudited, subject to further adjustment,
and not prepared in strict accordance with accounting principles generally accepted in the United States of America.

**In re Adams Resources Exploration Corporation**
    Debtor

**Case No. 17-10866 (KG)**
**Reporting Period:**    6/1/17 - 6/30/17

<u>**GENERAL NOTES**</u>

<u>**BANK RECONCILIATIONS**</u>
In lieu of providing copies of the bank statements, journals, and account reconciliations, the Debtor attests that each of the above bank accounts is reconciled to the corresponding bank statements.

<u>**PAYROLL TAXES**</u>
In lieu of providing copies of IRS Form 6123 or payment receipts, the Debtor attests that all payroll tax payments have been made by Electronic Funds Transfer to the Internal Revenue Service on a timely basis.

<u>**LIABILITIES SUBJECT TO COMPROMISE**</u>
The financial statements presented in MOR-3 include amounts classified as liabilities subject to compromise, which may be subject to change as the Debtor completes the analysis of pre and post-petition liabilities.

**In re Adams Resources Exploration Corporation**
Debtor

Case No. 17-10866 (KG)

Reporting Period: **6/1/17 - 6/30/17**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **Beginning cash** | $144,332 | | | | $144,332 | $36,973 | $219,534 | $184,523 |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | 0 | 0 |
| ACCOUNTS RECEIVABLE | | | | | | | 0 | 0 |
| LOANS AND ADVANCES | 44,763 | | | | 44,763 | 200,000 | 358,905 | 724,733 |
| SALE OF  ASSETS | | | | | | | 0 | 0 |
| PRODUCTION REVENUE | 329,168 | | | | 329,168 | 212,500 | 755,658 | 577,600 |
| TRANSFERS  (FROM DIP ACCTS) | | | | | | | 0 | 0 |
| | | | | | | | | |
| **TOTAL  RECEIPTS** | $373,931 | | | | $373,931 | $412,500 | $1,114,563 | $1,302,333 |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 33,036 | | | | 33,036 | 45,000 | 69,147 | 132,800 |
| PAYROLL TAXES | 8,790 | | | | 8,790 | 0 | 22,601 | 0 |
| SALES, USE, & OTHER TAXES | | | | | 0 | 0 | 0 | 0 |
| INVENTORY PURCHASES | | | | | 0 | 0 | 0 | 0 |
| SECURED/ RENTAL/ LEASES | 10,979 | | | | 10,979 | 10,750 | 14,198 | 32,059 |
| INSURANCE | 5,664 | | | | 5,664 | 10,200 | 14,053 | 71,602 |
| ADMINISTRATIVE | 17,741 | | | | 17,741 | 8,000 | 17,741 | 28,900 |
| SELLING | | | | | 0 | 0 | 0 | 0 |
| OTHER  (ATTACH LIST) | 0 | | | | 0 | 0 | 1,407 | 16,672 |
| OUTSTANDING ROYALTIES | 0 | | | | 0 | 0 | 6,128 | 0 |
| LEASE INTERESTS DISBURSMENTS | 143,446 | | | | 143,446 | 256,200 | 890,215 | 1,023,000 |
| TRANSFERS (TO DIP ACCTS) | | | | | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| PROFESSIONAL FEES | 32,913 | | | | 32,913 | 45,000 | 32,913 | 107,500 |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | 0 | 6,500 | 0 | 6,500 |
| COURT COSTS | | | | | 0 | 0 | 0 | 0 |
| **TOTAL DISBURSEMENTS** | $252,569 | | | | $252,569 | $381,650 | $1,068,403 | $1,419,033 |
| | | | | | | | | |
| **NET CASH FLOW** | $121,362 | | | | $121,362 | $30,850 | $46,160 | ($116,700) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | $265,694 | | | | $265,694 | $67,823 | $265,694 | $67,823 |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | $252,569 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$252,569** |

**In re Adams Resources Exploration Corporation**
   Debtor

Case No. 17-10866 (KG)
**Reporting Period:**   6/1/17 - 6/30/17

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**

| | | Operating | | Payroll | | Royalty | |
|---|---|---|---|---|---|---|---|
| | #4619 | Wells Fargo | #4627 | Wells Fargo | #4635 | Wells Fargo |
| **BALANCE PER BOOKS** | | $272,033.58 | | $0.00 | | ($6,339.11) |

See General Notes regarding bank reconciliations

**In re Adams Resources Exploration Corporation**
Debtor

**Case No. 17-10866 (KG)**
**Reporting Period:**    **6/1/17 - 6/30/17**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses | Fees | Expenses |
| SULLIVAN HAZELTINE ALLINSON | 4/21 - 4/30/17 | 22,381.98 | AREC | 17,952.00 | 4,429.98 | 17,952.00 | 4,429.98 |
| ASHBY & GEDDES | Apr-17 | 10,531.10 | AREC | 10,456.00 | 75.10 | 10,456.00 | 75.10 |
| | | | | | | | |
| | | | | | | | |
| **Total** | | **32,913.08** | | **28,408.00** | **4,505.08** | **28,408.00** | **4,505.08** |

**In re Adams Resources Exploration Corporation**                    **Case No. 17-10866 (KG)**

Debtor                                        **Reporting Period:**      **6/1/17 - 6/30/17**

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | |
|---|---:|
| REVENUES | |
| PRODUCTION REVENUE | $555,870 |
| OTHER | 11,410 |
| TOTAL REVENUE | 567,280 |
| | |
| OPERATIONAL EXPENSES | |
| LEASE OPERATING EXPENSES | (305,263) |
| GENERAL AND ADMINISTRATIVE | (140,605) |
| TOTAL OPERATIONAL EXPENSES | (445,868) |
| | |
| OTHER INCOME / (EXPENSES) | |
| INTEREST INCOME | - |
| DEPRECIATION AND AMORTIZATION | (146,877) |
| INCOME TAX | - |
| INTEREST EXPENSE | (983) |
| BANKRUPTCY COSTS - NON PROFESSIONAL | - |
| BANKRUPTCY COSTS - PROFESSIONAL SERVICES | (32,913) |
| TOTAL OTHER INCOME / (EXPENSES) | (180,773) |
| | |
| NET INCOME | $832,375 |

**In re Adams Resources Exploration Corporation**           **Case No. 17-10866 (KG)**
    Debtor                                              **Reporting Period:**           **6/1/17 - 6/30/17**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| | |
|---|---:|
| CURRENT ASSETS | |
| CASH | $265,694 |
| ACCOUNTS RECEIVABLE | 19,573 |
| ACCRUED REVENUE | 871,122 |
| PREPAID EXPENSES | 12,979 |
| OTHER RECEIVABLES | - |
| SUBTOTAL CURRENT ASSETS | 1,169,368 |
| | |
| PROPERTY & EQUIPMENT | |
| OIL AND GAS EQUIPMENT | 64,654,948 |
| LESS DEPRECIATION AND AMORTIZATION | (56,997,381) |
| NET PROPERTY AND EQUIPMENT | 7,657,567 |
| | |
| DEPOSITS | 75,000 |
| | |
| TOTAL  ASSETS | $8,901,935 |
| | |
| | |
| POST PETITION LIABILITIES | |
| ACCOUNTS PAYABLE | 21,566 |
| DIP LOAN | 300,000 |
| ACCRUED LIABILITIES | 15,599 |
| ACCRUED RETIREMENT OBLIGATIONS | 23,831 |
| DEFERRED ROYALTY PAYMENTS | 14,054 |
| INTERCOMPANY PAYABLE | 116,929 |
| SUBTOTAL POST PETITION LIABILITIES | 491,979 |
| | |
| LIABIITIES SUBJECT TO COMPROMISE | |
| ACCOUNTS PAYABLE | 883 |
| ACCRUED LIABILITIES | 601,454 |
| ROYALTY PAYABLES | 8,784 |
| ACCRUED RETIREMENT OBLIGATIONS | 869,440 |
| INTERCOMPANY PAYABLE | 59,685,388 |
| SUBTOTAL LIABILITIES SUBJECT TO COMPROMISE | 61,165,949 |
| | |
| TOTAL LIABILITIES | 61,657,928 |
| | |
| | |
| SHAREHOLDERS EQUITY | |
| COMMON STOCK | 100,000 |
| RET EARNINGS - PRE-PETITON | (53,793,652) |
| RET EARNINGS - POST-PETITON | 937,659 |
| | |
| TOTAL SHAREHOLDERS EQUITY | (52,755,993) |
| | |
| TOTAL LIABILITIES AND SHAREHOLDERS EQUITY | $8,901,935 |

**In re Adams Resources Exploration Corporation**
Debtor

Case No. 17-10866 (KG)

Reporting Period:    6/1/17 - 6/30/17

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0 | $4,414 | $4,414 | 6/6, 6/21 | EFT | $0 |
| FICA-Employee | 0 | 2,188 | 2,188 | 6/6, 6/21 | EFT | $0 |
| FICA-Employer | 0 | 2,188 | 2,188 | 6/6, 6/21 | EFT | $0 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | $0 | $8,790 | $8,790 | | | $0 |
| **State and Local** | | | | | | |
| Withholding | $0 | $0 | $0 | | | $0 |
| Sales | | | | | | |
| Excise | | | | | | $0 |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | $0 | $0 | $0 | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | $21,566 | | | | | $21,566 |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | 416,929 | | | | | 416,929 |
| Other:__Accrued Expenses_____ | 15,599 | | | | | 15,599 |
| Other:__ARO_____ | 23,831 | | | | | 23,831 |
| Other:__Deferred Royalty Payments___ | 14,054 | | | | | 14,054 |
| **Total Postpetition Debts** | $491,979 | $0 | $0 | $0 | | $491,979 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re Adams Resources Exploration Corporation**
Debtor

**Case No. 17-10866 (KG)**
Reporting Period:    6/1/17 - 6/30/17

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $13,139 | |
| + Amounts billed during the period | 6,455 | |
| - Amounts collected during the period | 21 | |
| Bad debt expense write-off | 0 | |
| Total Accounts Receivable at the end of the reporting period | $19,573 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $6,459 | |
| 31 - 60 days old | $1,001 | |
| 61 - 90 days old | 1323 | |
| 91+ days old | 10790 | |
| Total Accounts Receivable | $19,573 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | $19,573 | |

(1)  Includes amounts due to participating interests outside of Debtor that will be paid to the particpants reducing the credit balance

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

## <u>CERTIFICATE OF SERVICE</u>

I, William A. Hazeltine, hereby certify that on August 17, 2017, I caused one copy of the

foregoing to be served upon the party listed below via First Class, U.S. Mail.

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

*August 17, 2017*
Date

*/s/ William A. Hazeltine*
William A. Hazeltine