IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| | ) | Objection Deadline: September 18, 2017 at 4:00 p.m. |
| | ) | Hearing Date: Only if an objection is filed |
| Debtor. | ) | |

SUMMARY OF FOURTH MONTHLY APPLICATION OF
SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017

Name of Applicant:  Sullivan Hazeltine Allinson LLC ("SHA-LLC")

Authorized to Provide
Professional Services to:  Debtor Adams Resources Exploration Corporation

Date of Retention:  April 21, 2017 (*nunc pro tunc*)

Period for which compensation and
reimbursement is sought:  July 1, 2017 through July 31, 2017
(the "Compensation Period")

Amount of Compensation sought
as actual, reasonable and necessary:  $63,072.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $4,467.71

This is an:  _X_ interim  ___ final application.

The total time expended for preparation of this fee application is approximately 4.00 hours and the corresponding compensation of approximately $900.00 will be requested in a subsequent fee application.

This is SHA-LLC's fifth fee application and fourth fee application in this case.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees and Expenses | Date Approved | Approved |
|---|---|---|---|---|
| May 26, 2017 | April 21, 2017 - April 30, 2017 | $22,440.00 (fees) $4,429.98 (exp) | June 19, 2017 (CNO) | $17,952.00 (fees) $4,429.98 (exp) |
| June 26, 2017 | May 1, 2017 – May 30, 2017 | $48,382.50 (fees) $6,841.44 (exp) | July 18, 2017 (CNO) | $38,706.00 (fees) $6,841.44 (exp) |
| July 25, 2017 | June 1, 2017 – June 30, 2017 | $36,575.00 (fees) $1,297.60 (exp) | August 16, 2017 (CNO) | $29,260.00 (fees) $1,297.60 (exp) |
| August 14, 2017 | April 21, 2017 – June 30, 2017 | $107,397.50 (fees) $10,852.02 (exp) | Pending | Pending |

The SHA-LLC professionals who rendered professional services in these cases during the Compensation Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Hourly billing rate | Department | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Member | 27 | $425.00 | Bankruptcy | 52.90 | $22,482.50 |
|  |  |  | 212.50 |  | 6.00 | 1,275.00 |
| William A. Hazeltine | Member | 23 | $375.00 | Bankruptcy | 90.80 | $34,050.00 |
|  |  |  | 187.50 |  | 10.40 | 1,950.00 |
| Heidi M. Coleman | Paralegal | - | $150.00 | Bankruptcy | 22.10 | $3,315.00 |
| TOTAL |  |  |  |  | 182.20 | $63,072.50 |

                **GRAND TOTAL:**   $ 63,072.50 Fees
                                           182.20 Hours
                **BLENDED RATE:**   $   346.17 Per Hour

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Compensation |
|---|---|---|
| Asset Disposition | 133.70 | $51,287.50 |
| Business Operations | 0.20 | $75.00 |
| Case Administration | 8.30 | $1,977.50 |
| Claims Administration | 8.80 | $2,117.50 |
| Court Hearings | 3.70 | $735.00 |
| Fee Applications | 3.90 | $915.00 |
| Financial/Operating Reports | 0.50 | $142.50 |
| Financing and Cash Collateral | 1.20 | $465.00 |
| Lease and Contract Issues | 0.20 | $75.00 |
| Litigation | 0.80 | $340.00 |

| Project Category | Total Hours Billed | Total Compensation |
|---|---|---|
| Non-Working Travel[2] | 16.40 | $3,225.00 |
| Plan Disclosure Statement | 4.50 | $1,717.50 |
| **TOTAL** | **182.20** | **$63,072.50** |

This interim fee application also seeks the reimbursement of the following expenses advanced on behalf of the Debtor in this matter.

| Project Category | Type of Expense and Vendor | Amount |
|---|---|---|
| Asset Disposition | Airfare (Travel) | $740.80 |
| | Business Meals (Travel) | $218.35 |
| | Courier Service – (Blue Marble) | $5.00 |
| | Ground Transportation (Travel) | $229.67 |
| | In house copying | $198.00 |
| | Lodging (Travel) | $518.56 |
| | Postage | $96.60 |
| | Shuttle Service (pick up client from airport) | $240.00 |
| | Transcript Fee (From TX Auction) | $644.30 |
| | Transcript Fee (From DE Auction) | $318.50 |
| Case Administration | Courier Service – (Blue Marble) | $68.74 |
| | FedEx | $200.35 |
| | In house copying | $744.40 |
| | Postage | $244.44 |
| | **TOTAL** | **$4,467.71** |

---

[2] Travel time has been billed at 50% of normal rate.

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADAMS RESOURCES EXPLORATION CORPORPORATION,[1] | ) ) ) | Case No. 17-10866 (KG) |
| | ) | **Objection Deadline: September 18, 2017 at 4:00 p.m.** |
| Debtor. | ) ) | **Hearing Date: Only if an objection is filed** |

**FOURTH MONTHLY APPLICATION OF
SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017**

Sullivan Hazeltine Allinson LLC ("SHA-LLC"), counsel to Adams Resources Exploration Corporation (the "Debtor"), the debtor and debtor-in-possession, hereby submits its application, pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(4), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 2016-2, for interim allowance of compensation for services rendered and for reimbursement of expenses incurred solely for the Debtor, and in further explanation respectfully represents:

### I.    INTRODUCTION

1.    By this application, SHA-LLC seeks (i) interim allowance and an award of compensation for professional services rendered by SHA-LLC as counsel for the Debtors for the period from July 1, 2017 through and including July 31, 2017 (the "Compensation Period") in the amount of $63,072.50, representing 182.20 hours in professional services rendered by SHA-LLC on behalf of the Debtor and (ii) reimbursement of actual and necessary expenses incurred

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is Adams Resources Exploration Corp. (9131). The location of the Debtor's corporate headquarters and service address is: 17 S. Briar Hollow Lane, Suite 100 Houston, TX 77027.

by SHA-LLC during the Compensation Period in connection with the rendition of such professional services in the amount of $4,467.71 (the "Application").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330, 331, and 503(b)(4), Federal Rule of Bankruptcy Procedure 2016 and Del. Bankr. L.R. 2016-2.

## II.  BACKGROUND

3. On April 21, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned chapter 11 case. The factual background regarding the Debtor, including its business operations, its capital and debt structure, and the events leading to the filing of this bankruptcy case, is set forth in detail in the *Declaration of John Riney in Support of Chapter 11 Petition and First Day Pleadings* (the "Riney Declaration"), filed on April 21, 2017 [Docket No. 8].

4. The Debtor has continued in possession of its property and has continued to operate and maintain its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. No creditor's committee has been appointed or designated under section 1102(a) of the Bankruptcy Code.

6. SHA-LLC has received no payments or promises of payment from any source other than as provided in the Bankruptcy Code for services rendered or to be rendered in any capacity whatsoever in these cases. There is no agreement or understanding between SHA-LLC and any other person for the sharing of compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

7.  The services for which compensation is being sought by SHA-LLC were rendered for and on behalf of the Debtor and not for or on the behalf of any other interested party in this bankruptcy proceeding.

### III.  TIME RECORDS AND HOURLY RATES

8.  The total time spent by SHA-LLC representing the Debtor during the Compensation Period was 182.20 hours and the compensation sought for the Compensation Period is $63,072.50. This equates to a blended rate of $346.17 per hour.

9.  Attached hereto as Exhibit A and incorporated herein by reference are SHA-LLC's time records showing a daily log of all time spent by SHA-LLC providing services for the Debtor during the Compensation Period by Project Category. The attached time records provide a detailed, day-by-day explanation of the services rendered by SHA-LLC in connection with this matter during that time. The undersigned certifies that he has reviewed Del. Bankr. L.R. 2016-2 and believes that the Application complies therewith.

10. Also included in Exhibit A, and incorporated herein by reference, is a summary of the expenses incurred by SHA-LLC during the Compensation Period on behalf of the Debtor. Expenses that SHA-LLC bills to its clients include charges for photocopying, postage, courier services, Federal Express, court costs and transcript fees. The total expenses for which reimbursement is sought in the Application is $4,467.71. In a future fee application, SHA-LLC may seek reimbursement of additional expenses advanced or incurred on behalf of the Debtor during this Compensation Period that do not appear on Exhibit A.

### IV.  SUMMARY OF SERVICES BY PROJECT

11. The services rendered by SHA-LLC during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached

Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are identified in Exhibit A attached hereto.

### IV. GENERAL DESCRIPTION OF SERVICES RENDERED

12. The services rendered by SHA-LLC that are the subject of this Application include the following:

(a) Asset Disposition.

Fees: $51,287.50     Total Hours: 133.70

This category includes time related to reviewing sale process updates, reviewing contracts, reviewing revised forms of asset purchase agreement, reviewing potential bids and credit bid, discussing contracts and leases that may be assumed and assigned and bid requirements, discussing escrow agreements and asset purchase agreement updates with bidders, reviewing documents in data room, traveling to and attending an auction in Houston, Texas, drafting notice of prevailing bidders, reviewing lists of remaining assets, reviewing U.S. Trustee comments to sale order, revising sale order, reviewing additional bids for secondary auction of remaining assets, reviewing list of joint operating agreements, communicating with counsel for the U.S. EPA regarding discontinued wells and status of sale process, correspondence with taxing authorities concerning treatment in the sale order, preparing for and attending secondary auction for remaining assets, drafting proffers for testimony for sale hearing, and discussions with parties in interest concerning the upcoming sale hearing.

(b) Business Operations.

Fees: $75.00     Total Hours: 0.20

This category includes all matters related to reviewing an AFE.

4

(c)    <u>Case Administration</u>.

Fees: $1,977.50                    Total Hours: 8.30

This category includes all matters related to drafting a motion to extend time to remove claims and causes of action, reviewing DIP lenders comments to that motion, reviewing creditor inquiries, communications regarding filing a creditor matrix, and preparing for and attending the continued 341 meeting.

(d)    <u>Claims Administration</u>.

Fees: $2,117.50                    Total Hours: 8.80

This category includes all matters related to communicating with Oil & Gas Reporter regarding publishing of bar date notice and affidavit of publication, reviewing of proofs of claims, review of schedules and update of claims register.

(e)    <u>Court Hearings</u>.

Fees: $735.00                      Total Hours: 3.70

This category includes time related to preparing for the hearing on August 1, 2017.

(f)    <u>Fee Applications</u>.

Fees: $915.00                      Total Hours: 3.90

This category includes all matters related to preparing SHA's third monthly fee application and reviewing and commenting on Gavin/Solmonese LLC's second staffing report.

(g)    <u>Financial/Operating Reports</u>.

Fees: $142.50                      Total Hours: 0.50

This category includes all matters related to preparing, reviewing and commenting on the May 2017 operating report.

(h)    <u>Financing and Cash Collateral</u>.

Fees: $465.00                      Total Hours: 1.20

This category includes time related to reviewing the updated budget.

(i)     <u>Lease and Contract Issues</u>.

Fees: $75.00                  Total Hours: 0.20

This category includes time related to reviewing a lease.

(j)     <u>Litigation</u>.

Fees: $340.00               Total Hours: 0.80

This category includes all matters related to the handling of debtor and insurer claims on sinkhole litigation.

(k)     <u>Non-Working Travel</u>.

Fees: 3,225.00              Total Hours: 16.40

This category includes time spent by SHA-LLC professionals traveling from Wilmington, Delaware to Houston Texas for an auction.

(l)     <u>Plan and Disclosure Statement</u>.

Fees: $1,717.50            Total Hours: 4.50

This category includes all matters related to drafting a motion to extend the exclusivity period and reviewing comments received from the DIP lenders.

## V.    CONCLUSION

13.     The compensation sought by SHA-LLC is based on the normal hourly rates charged by SHA-LLC for work of this character. The services rendered by SHA-LLC to the Debtor were necessary and appropriate. The amount of compensation sought by SHA-LLC is consistent with the factors enumerated in 11 U.S.C. §330, in that the amount sought is reasonable compensation for actual, necessary services rendered by SHA-LLC taking into account all relevant factors, including time spent on such services; the rates charged for such services; the complexity, importance, and nature of the problem, issue or task addressed; and the customary

...

...

compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

**WHEREFORE,** SHA-LLC respectfully requests that this Court enter an order:

(a)     approving the allowance of compensation for professional services that were rendered by SHA-LLC to the Debtor during the period from July 1, 2017 through and including July 31, 2017 in the amount of $63,072.50;

(b)     approving the reimbursement of SHA-LLC's expenses incurred in connection with the rendering of such services in the amount of $4,467.71; and

(c)     granting to SHA-LLC such other relief as this Court may deem just and proper.

Dated:  August 28, 2017
        Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON** LLC

*/s/ William A. Hazeltine*

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for the Debtor and Debtor in Possession*

7